# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

METRC, INC., METRC ID, LLC

    Plaintiffs,

v.

MARCUS ESTES,

    Defendant.

Case No. 8:24-cv-01252-WFJ-CPT

## PLAINTIFFS' NOTICE OF PENDING RELATED ACTION

Plaintiffs METRC, INC. ("METRC") and METRC ID, LLC (collectively, "Plaintiffs"), in accordance with Local Rule 1.07(c), hereby certify that the instant action:

✓    **IS**    related to pending or closed civil or criminal case(s) previously filed in this Court or any other Federal or State court, or administrative agency as indicated below:

> *METRC, INC., METRC ID, LLC v. MARCUS ESTES*
> *Case No. 2024-_____-_____*
> *Pending in the Court of Chancery of the State of Delaware*

____    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Actions upon each party no later than fourteen days after appearance of the party.

Dated: June 3, 2024.

|  |  |
|---|---|
|  | FORDHARRISON LLP |
| By: | /s/ Edward B. Carlstedt |
|  | Edward B. Carlstedt |
|  | Florida Bar No. 0136972 |
|  | ecarlstedt@fordharrison.com |
|  | Nicholas S. Andrews |
|  | Florida Bar No. 0105699 |
|  | nandrews@fordharrison.com |

FordHarrison LLP
401 East Jackson Street, Suite 2500
Tampa, Florida 33602
Telephone (813) 261-7800
Facsimile (813) 261-7899

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 3, 2024, a true and correct copy of the foregoing has been filed with the Clerk of the Court using the CM/ECF system, and has also been provided via U.S. Mail to Marcus Estes, 561 Russel Dr., Hammond, OR 97121-9808.

/s/ Edward B. Carlstedt
Attorney