IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

Tampa Division

METRC, INC., and METRC ID, LLC,

     Plaintiffs,

     v.

MARCUS ESTES,

     Defendant.

Case No. 8:24-CV-01252

## DECLARATION OF MARCUS ESTES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

I, Marcus Estes, hereby declare and state:

1.    My name is Marcus Estes. I am over the age of eighteen, am a resident of Oregon living in Hammond, Oregon, and have personal knowledge of the facts contained in this Declaration.

2.    I am the former employee of Metrc, Inc., until my employment was terminated April 9, 2024. I make this Declaration in support of the Motion to Dismiss.

//

//

3.  The cannabis tracking system ("CTS") system relies upon the use of radio-frequency identification ("RFID") tags, which licensees must purchase from Metrc.

4.  Metrc also offers software-as-a-service ("SaaS") products directly to licensees in the states it serves, which integrate with the CTS system.

5.  Metrc holds contracts with the state regulatory agencies of Oregon, California, and twenty other states, as well as with the District of Columbia and Guam, and is by far the largest provider of CTS solutions to state agencies.

6.  Metrc does not hold a contract with the State of Florida.

7.  After the parties executed the offer letter agreement and the Non-Solicitation Agreement and I became an employee of Metrc, I performed all obligations under the aforementioned agreements, and all of my duties as employee of Metrc, in Oregon. I traveled occasionally to California as part of my employment.

8.  I performed the following duties in Oregon: Business Development, Sales Account Management, Product Strategy.

9.  I did not perform duties in Florida, apart from one brief visit to Florida at the beginning of my employment with Metrc.

10. I have never resided, lived, voted, paid taxes, owned or leased property or listed an address or phone number in Florida.

11.    I have never done business in Florida, have no assets in Florida, have no

personal office in Florida, and have never conducted personal business in

Florida.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE OF EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED ___6/19/2024_____

DocuSigned by:

*Marcus Estes*

─────────────
5AF4EB16E83C455...

Marcus Estes
*Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served the foregoing

**DECLARATION OF MARCUS ESTES IN SUPPORT OF**

**DEFENDANT'S MOTION TO DISMISS** on the following individual(s)

by the method indicated below:

| | |
|---|---|
| Edward B. Carlstedt | __X__ By CM/ECF |
| Florida Bar No. 0136972 | __X__ By E-Mail |
| ecarlstedt@fordharrison.com | _____ By First Class Mail |
| Nicholas S. Andrews | _____ By Facsimile |
| Florida Bar No. 0105699 | _____ By Hand-Delivery |
| nandrews@fordharrison.com | |
| 401 East Jackson Street, Suite 2500 | |
| Tampa, Florida 33602 | |
| Telephone (813) 261-7800 | |
| Fax (813) 261-7899 | |
| *Attorneys for Plaintiff* | |

DATED: June 19, 2024          **ANDREW DEWEESE, PC**

By: */s/ Andrew DeWeese*
Andrew DeWeese, Fla. Bar 0059925
3055 SW Yeon Avenue, #527
Portland, Oregon 97210
andrew@andrewdeweese.com
Telephone: (971) 303-0351
*Lead Counsel for Defendant*