## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

METRC, INC., METRC ID, LLC

       Plaintiffs,

   v.

MARCUS ESTES,

       Defendant.

Case No. 8:24-cv-01252-WFJ-CPT

### Declaration of David Eagleson

I, David Eagleson, being duly sworn, depose and say:

1.     I am over 18 years of age, and I make this declaration truthfully and based upon my personal knowledge as well as the business records of Metrc, which records are regularly maintained in the ordinary course of business by individuals whose responsibility it is to maintain the accuracy of such records.

2.     I am Metrc's Director of Product Management.

3.     As the Director of Product Management, I am somewhat familiar with Metrc's acquisition of Chroma, and Estes' general duties while Metrc employed him.

4.     Metrc is the most trusted and experienced provider of cannabis regulatory systems in the United States. Metrc's office and headquarters are located at 3111 W Pipkin Rd Ste. 140, Lakeland, FL 33811.  Metrc does not occupy or have offices in any other state.

5.     Metrc's corporate employees reside in Florida. All services provided by Metrc, including customer support, product design and engineering, and administrative functions, are

1

provided out of its office in Lakeland, Florida. In addition, Metrc's Retail ID technology, discussed

herein, was developed and tested out of Metrc's offices in Lakeland, Florida.

6.      In 2022, Metrc began negotiating with Estes to purchase his company, Chroma

Protocol Corporation ("Chroma"). Indeed, Estes reached out to Metrc regarding the potential sale

of Chroma and, in so doing, Estes reached out to Metrc's employees located in Florida. During

the course of the negotiations, Estes exchanged emails with Metrc's employees who were located

in Florida and he sent and received calls to Metrc's Florida-based employees during this time

period. These negotiations occurred over several months, culminating in Metrc's purchase of

Chroma from Estes.

7.      My understanding is that, in December 2022, Estes travelled to Lakeland, Florida

to discuss Metrc's acquisition of Chroma.

8.      On April 7, 2023, Metrc, through its subsidiary MCS Acquisition, LLC,

consummated the acquisition of Chroma. In connection with the transaction, Metrc agreed to

employ Estes as its Executive Vice President.

9.      Estes' Offer Letter for the Executive Vice President role included a one-time

signing bonus. The language of the Signing Bonus provision provides as follows:

> [T]he Company will pay you a one-time cash award of $100,000 (the
> "Signing Bonus")…If your employment with the Company terminates prior
> to the second-year anniversary of your start date for any reason, you agree to
> repay to the Company the gross amount of the Signing Bonus within thirty
> (30) days following the effective date of your termination of employment.

10.     Metrc expected Estes to facilitate the production and rollout of its product, Retail

ID. Metrc allowed Estes to work remotely while most of its employees are located in Florida.

11.     After accepting the Executive Vice President role with Metrc, Estes initiated

videoconference and email communications into the State of Florida, regularly communicated with

Metrc's employees in Metrc's Florida offices, and conducted/led Florida-based projects on Metrc's behalf. Estes communicated routinely via email and telephone with Metrc's Florida based employees, including receiving and assigning tasks. A sample of such communications is attached hereto as **Composite Exhibit 1**.

12.     Estes remotely participated in meetings that were based in Florida, including weekly product review meetings, daily meetings with Florida-based developers for Metrc's Retail ID product, weekly go-to market meetings involving Florida-based personnel, and product planning meetings. I have attached a Microsoft Excel Workbook showing scores of calendar entries with Florida personnel where Estes' participation was required as **Composite Exhibit 2**.

13.     Estes also worked closely with Metrc's Retail ID Product Director, who is located in Florida. Although Estes performed his work remotely, Estes' supervisor(s) and project teams were located in Florida, and all of the work he performed was for the benefit of Metrc's operational lines and business in Florida.

14.     Estes' work with Metrc required him to work with Metrc's employees on a near daily basis and his duties significantly impacted Metrc's Florida based operations.

15.     I worked closely with Estes to further the production and rollout of Retail ID.

16.     I personally met with Estes via Teams meetings frequently to discuss Retail ID and the "go-to-market" strategy. Calendar invites to Estes attached hereto as **Composite Exhibit 3**.

**IN ACCORDANCE WITH THE PROVISIONS OF 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON THIS 22ND DAY OF JULY, 2024.**

David Eagleson

3

Composite Exhibit 1

████████████████

**Subject:**                    End to End Sync
**Location:**                   Microsoft Teams Meeting

**Start:**                      Wed 2/7/2024 5:15 PM
**End:**                        Wed 2/7/2024 6:15 PM
**Show Time As:**               Tentative

**Recurrence:**                 (none)

**Meeting Status:**             Not yet responded

**Organizer:**                  David Eagleson

Want to walk through the outline and try to complete the "end to end" happy path for Retail ID.

In ████████████████████████████████████████████████████ppen:

████████████████████████████████ Proper

██████s able to take one of those packages and ████████████████████████

In ███████████████████████████████████ that ███████ were generated from in step 2

In ███████████████████████████ to a retailer license

In ████████████████ e package into retailer and u ████████████ would to validate the package has no other siblings in the license and ████████████████ associated with the package

In ████████████████████████ would with ████████████████████ Package ID in step 5

In ████████████████ the second package from step 3 to the same retailer

In ████████████████ he associate function populates prior to receiving transfer

In ████████████████ ssociation for the second package via the API and receive transfer

Between these two systems, I believe this is the most pertinent flow to demonstrate "end to end" for what we've currently scoped out. My belief is that this is fully achievable already so long as we button up the webhook from ████████████████.

---

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**

1

Composite Exhibit 1

Click here to join the meeting

Meeting ID: 267 890 981 062
Passcode: MDafkP
Download Teams | Join on the web

Learn More | Meeting options

---

Composite Exhibit 1

█████████

| | |
|---|---|
| **From:** | David Eagleson <David.Eagleson@metrc.com> |
| **Sent:** | Monday, January 22, 2024 3:36 PM |
| **To:** | Marcus Estes |
| **Subject:** | Fw: MD Retail ID Engagement Update |

**David Eagleson**
Director – Product

---

**From:** David Eagleson
**Sent:** Sunday, January 21, 2024 10:35 PM
**To:** Michael Johnson <Michael.Johnson@metrc.com>; Sam Peterson <Sam.Peterson@metrc.com>; Matt Greene <Matt.Greene@metrc.com>; Lauren Cole <Lauren.Cole@metrc.com>
**Subject:** MD Retail ID Engagement Update

All,

I wanted to provide you with an update regarding our most recent efforts ████ over the past week and a half for Retail ID. The highlights are as follows:

1. Email outreach sent to every ████████████████████████████████████████
   ██████████████████████ on 1/11

2. Responses received from eight different companies that bring our total number of business licenses we're actively engaged with ████████████████████████. Note that a company may account for multiple licenses in this effort.

3. 30-minute intro meetings were held on 1/17 and the overall response from these companies was positive. All were interested in taking next steps which we outlined as a deeper dive into their processes and a demo of our current offering. In two instances we had a request to reconvene with leadership, which we plan to follow up tomorrow.

4. Met █████████████████████████ week to progress them towards fully using our solution. For ████ this would be used right at the start of production and ████████████ re outlining a test run on a batch of products before they would convert over █████████████████

Composite Exhibit 1

5.  Met with two ███████████████████████████████████████████████████ to evaluate current processes with ███████████████ our proposed solution approach with Retail ID. Both were met with favorable responses if we can seamlessly allow for intaking of transfers with Metrc Package IDs and unit level labels that can be scanned for checkout too.

6.  We booked three onsites visits this ████████████████████████████████ to progress our proposed next steps with them in person this week. We are also planning to be back onsite with ████████████████████ ensure progress continues for their first batches of product. We'll also be doing a virtual meeting with ████████████.

7.  For those who we had not heard back on our initial outreach. We are planning for a second round of outreach this week in hopes to continue to drive our opportunities pipeline up over 50% of the operating l███████████.

8.  We're actively working to finalize an approved ████████████ ill approve for us to post directly in Metrc for all licenses announcing the new Retail ID solution for businesses to be further aware on this effort.

If you have any questions or concerns on current approach, please let me know.

Thanks,



**David Eagleson**
Director – Product
**m** 443-758-4435
metrc.com

Composite Exhibit 1

**From:** David Eagleson <David.Eagleson@metrc.com>
**Sent:** Monday, January 29, 2024 9:29 PM
**To:** Mark Goetz; Marcus Estes; Leif Shackelford; John Tolar
**Subject:** MD Compliance Label Update and Next Steps

Team,

Today at GG standup it was brought up that we have a bit of an emergency ████████ █████████████ ████████████████

Due to this, I want to sync up tomorrow for 30 minutes to understand the following:

1. Do we fully grasp the problem/solution needed?
2. Is it ticketed appropriately and who has the capacity to fix this?
3. How can we prevent this from happening again ██████████████████████ we're trying to create?

Ultimately, I want to a ██████████████████████████████
████████████████████████████████████████
██████████████████s.

If anyone wants to add additional thoughts prior to syncing up tomorrow, please feel free to do so on this thread.

Thanks,



**David Eagleson**
Director – Product
**m** 443-758-4435
metrc.com

Composite Exhibit 1

██████████████

**From:**          David Eagleson <David.Eagleson@metrc.com>
**Sent:**          Monday, January 29, 2024 6:17 PM
**To:**            Marcus Estes
**Subject:**       Metrics Summary

Coming off our conversation on Friday I wanted to share some thoughts I had about our metrics for Retail ID before taking any further action to better formalize them more broadly.

To make sure we're on the same page, I understand that we currently are wanting to ████████████████ printed and the ████████████████████████████████████████████. To be clear, I think those metrics do make perfect sense ██████████████████████████████████████████████████ ████████████████████████████████d:

1.  ████████████████████████████████████████████████████████████████████
    ████████████████████████████████████.

2.  Based on the names, we should then equate that to actual license #'s in Metrc. For example, █████████████ ████████████████████████████ and three Dispensary licenses and gives a clearer picture when you start to add up the total numbers that ████████████████████████████████████████████ █████s in a given target State to see how well were doing at capturing market share based on license counts. Saying we're ██████████████████████████████████████ more meaningful for what we've accomplished versus 7 brands or companies, but that might just be me.

3.  Some of this will be very easy, but in certain cases we'll have to dig a layer or two deeper to make these associations. For example, ████████████████████████████████ hat you wouldn't just be able to deduct without a bit more insight. I think we could use known company email addresses to solve this as a middle ground.

The last piece of this that I wanted to engage the Data team on is with the information gathered on items 1/2, we ████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████

Count based items will be very easy to know, whereas weight-based items we would have ████████████████ ████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████

Composite Exhibit 1



**David Eagleson**
Director – Product
**m** 443-758-4435
metrc.com

Composite Exhibit 1

**From:** David Eagleson <David.Eagleson@metrc.com>
**Sent:** Monday, January 22, 2024 9:26 PM
**To:** Mark Goetz; Leif Shackelford; John Tolar; Marcus Estes
**Subject:** My Thoughts on Demonstrating End to End Right Now

Stemming from our conversation earlier today and working our way into the next sprint, I want to outline my thoughts on what I'd consider "end to end" for the current state of Retail ID.

In ██████████████████████████████ the following needs to be able to happen:

1. ██████ is able to intake packages from a license in ████████

2. ██████s ab████████████████████████████████████████e

3. In ██████████ ████████████████████████████████████████
   ████████████

4. In ██████████████ one o████████████████████████e

5. In ████████████████████t██████████████|████████|████████
   ████████

6. In ████████████████ final sale via ████████████it████████████
   ████████████

7. In ██████████████ the second package from step 3 to the same retailer

8. In ████████████████ ████████████████████████████

9. In ██████████ ████████████████████████████

Composite Exhibit 1

Between these two systems, I believe this is the most pertinent flow to demonstrate "end to end" for what we've currently scoped out. My belief is that this is fully achievable already so long as we button up the webhook from ██████████████.

**<u>If there is something else missing, that needs to take priority in our upcoming sprint.</u>**

Thanks,


**David Eagleson**
Director – Product
**m** 443-758-4435
metrc.com

Composite Exhibit 1

████████████████

| | |
|---|---|
| **From:** | David Eagleson <David.Eagleson@metrc.com> |
| **Sent:** | Sunday, December 17, 2023 10:27 PM |
| **To:** | Luis Vallesteros; Laura Werner; Marcus Estes |
| **Cc:** | James Daley |
| **Subject:** | RE: Chroma Onboarding Steps for MD Market |

All,

Appreciate your time Friday to sync up on key deliverables we need to have as we march forward on supporting ██████████████████ Here were my takeaways but please let me know if you have any I missed:

1. To support ████████ we will be using the legacy Chroma application to ████████████████
   ██████████████████████████████████

2. ████████████ u ████████████████████████████
   ██████████

3. David/Marcus to outline what "standard" templates the team will develop this week:

   a. ████████████ ████████████████████████
      ████████████nd label but meet the compliance requirements that are allowed to be on the
      ████████.

4. Once the onboarding and standard templates are deemed as ready to go, we can engage more directly with t██████████████████████.

5. Support/Training for this will start as CSM (Luis/Cynthia), Product (Myself), and Marcus but as we learn more, we can look to identify Support/Training resources.

Key dates to keep in mind:

1. 1/31 – ██████████████████████.
2. 3/1 – Anticipated expectations for each company to have an updated labeling solution per State requirements.
3. 6/1 – Any product package labels that have not been updated will need to be destroyed or moved out of the system.

Thanks,

**David Eagleson**
Director – Product

-----Original Appointment-----
**From:** David Eagleson
**Sent:** Wednesday, December 13, 2023 9:47 AM
**To:** David Eagleson; Luis Vallesteros; Laura Werner; Marcus Estes
**Cc:** James Daley
**Subject:** Chroma Onboarding Steps for MD Market

1

Composite Exhibit 1

**When:** Friday, December 15, 2023 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Setting up time to get Luis/Laura up to speed on how we can support ███████████████ in need of a
label service for new regulations.

_____

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 238 218 561 698
Passcode: J2Nwgk
Download Teams | Join on the web

Learn More | Meeting options

_____

Composite Exhibit 1

| | |
|---|---|
| **From:** | David Eagleson <David.Eagleson@metrc.com> |
| **Sent:** | Tuesday, December 19, 2023 9:27 PM |
| **To:** | Marcus Estes; Luis Vallesteros |
| **Subject:** | RE: Maryland onboarding survey draft |

Marcus,

Thanks for putting this together. I went in an added some comments and made some slight tweaks.

@Luis Vallesteros – Please let us know your thoughts and then I think we need to engage with Laura to get the Marketing touch on a form. If her bandwidth is stretched, we may need to ping IT as an alternative.

**David Eagleson**
Director – Product

---

**From:** Marcus Estes <marcus.estes@metrc.com>
**Sent:** Monday, December 18, 2023 4:45 PM
**To:** David Eagleson <David.Eagleson@metrc.com>; Luis Vallesteros <Luis.Vallesteros@metrc.com>
**Subject:** Maryland onboarding survey draft

Hey guys,

First draft of the MD onboarding survey:

**Web Form**
Contact name:
Contact email:
Business name:
Brand name(s)*:
Production license number(s)*:

*optional

**Requirements gathered from onboarding call**



Shared doc is here if you've got revisions:
📄 Maryland Brand onboarding survey.docx



**Marcus Estes**
CEO Chroma Signet / EVP Metrc
**m** 917-309-5894
chromasignet.com / metrc.com

Composite Exhibit 1

**Denice K. Luttrell**

---

| | |
|---|---|
| **From:** | David Eagleson <David.Eagleson@metrc.com> |
| **Sent:** | Monday, February 12, 2024 6:31 PM |
| **To:** | Marcus Estes; Mark Goetz |
| **Cc:** | Sam Peterson; James Daley |
| **Subject:** | Re: Metrc Retail ID training |

Just to close the loop here. I think we should try and ███████████. I don't necessarily think it has to be the night they do the full count, but we could stop by to walk through the general process the week prior maybe before heading further south to LA on Thursday.

For the problem step being flagged: ████████████████████████████████████████████
█████████. ***This is the step that is concerning with this new software***

The ███████████████████████████ **is not changing**, and ███████



This endpoi████████████████████████████████████████████████████████ill address a cleaner solution where we intend for POS systems to be able to call with a " ████████ and receive the associated codes. T███████████████████████████████████████████.

████████████████████████████████████████████████

Ultimately the bottom line is we do want to tackle this ███████████████████████████████
████████████████████████████████████

**David Eagleson**
Director – Product

---

**From:** Marcus Estes <marcus.estes@metrc.com>
**Sent:** Monday, February 12, 2024 3:12 PM
**To:** Mark Goetz <mark.goetz@metrc.com>; David Eagleson <David.Eagleson@metrc.com>

Composite Exhibit 1

**Cc:** Sam Peterson <Sam.Peterson@metrc.com>
**Subject:** Re: Metrc Retail ID training

We can zoom in on the problem here:

- *Users hand count units per state tracking ID for all recounts and key in the quantity in column F.* **This is the step that is concerning with this new software**





**Marcus Estes**
CEO Chroma Signet /
EVP Metrc
**m** 917-309-5894
chromasignet.com /
metrc.com

---

**From:** Mark Goetz <mark.goetz@metrc.com>
**Date:** Monday, February 12, 2024 at 10:28 AM
**To:** Marcus Estes <marcus.estes@metrc.com>, David Eagleson <David.Eagleson@metrc.com>
**Cc:** Sam Peterson <Sam.Peterson@metrc.com>
**Subject:** Re: Metrc Retail ID training

Hey Marcus,

Thanks for sending this. We can certainly chat about this in person, but I am a bit confused ▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Can you provide some more context?

Composite Exhibit 1

Best,
Mark

___

**From:** Marcus Estes <marcus.estes@metrc.com>
**Sent:** Monday, February 12, 2024 11:02 AM
**To:** Mark Goetz <mark.goetz@metrc.com>; David Eagleson <David.Eagleson@metrc.com>
**Cc:** Sam Peterson <Sam.Peterson@metrc.com>
**Subject:** FW: Metrc Retail ID training

Hey guys,

I've been working with a new lead in t█████████████████████████  ███████████████
██████████████████████████████  I've got them sold on us instead, so long as we can
figure this out.

███████████████████████████████████████████ of a large retail footprint in CA. The Parent
C█              █████████████████████████████████████████
████████████  █.

They use ██████████ most of their retail. W██████████████ █████████████████████
████████████████████████████████████████████████████████████████████████████
██████████████████████████

I've been asking for more info about how █████conducts cycle counts today. They use a Google spreadsheet, and
they've shared it with us below.

Long story short: the ██████████ █████████████████████████████████████████
██████████

I mentioned that they could use our API to accomplish that lookup. I think it could be implemented as a lightweight Apps
Script plugin:
https://www.google.com/script/start/

████████████████████████████████████████  ████████████████████████████
██████████████████



**Marcus Estes**
CEO Chroma Signet /
EVP Metrc
**m** 917-309-5894
chromasignet.com /
metrc.com

___

**From:** Andrew Goodman <AGoodman@goldflora.com>
**Date:** Friday, February 9, 2024 at 4:33 PM
**To:** Marcus Estes <marcus.estes@metrc.com>, Logan Hickey <lhickey@goldflora.com>, Chloe Cowles
<Chloe@goldflora.com>, Stacie Green <SGreen@goldflora.com>
**Subject:** Re: Metrc Retail ID training

Composite Exhibit 1

You don't often get email from agoodman@goldflora.com. Learn why this is important

CAUTION: This email is from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Marcus,

Here is a copy of our Counting Tool with a few lines of data loaded in.

Gold Flora Wanding Tool for Physical Inventory

How it works:



Any questions, let me know!



**Andrew Goodman**
*Retail Field Ops Inventory Controller*
Mobile: (209) 451-7640
agoodman@goldflora.com

3165 Red Hill Avenue, Costa Mesa, CA 92626 • **goldflora.com**

---

**From:** Marcus Estes <marcus.estes@metrc.com>
**Sent:** Tuesday, February 6, 2024 9:10 AM
**To:** Logan Hickey <lhickey@goldflora.com>; Chloe Cowles <Chloe@goldflora.com>; Andrew Goodman

Composite Exhibit 1

<AGoodman@goldflora.com>
**Subject:** Re: Metrc Retail ID training

Let's do Friday at 3pm. I'll send an invite.

Thanks, talk to you then.



**Marcus Estes**
CEO Chroma Signet /
EVP Metrc
**m** 917-309-5894
chromasignet.com /
metrc.com

---

**From:** Logan Hickey <lhickey@goldflora.com>
**Date:** Tuesday, February 6, 2024 at 9:05 AM
**To:** Chloe Cowles <Chloe@goldflora.com>, Marcus Estes <marcus.estes@metrc.com>, Andrew Goodman <AGoodman@goldflora.com>
**Subject:** Re: Metrc Retail ID training

You don't often get email from lhickey@goldflora.com. Learn why this is important

CAUTION: This email is from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

These times Chloe mentioned seem good, but prefer it not being today after 3.

Get Outlook for Android

---

**From:** Chloe Cowles <Chloe@goldflora.com>
**Sent:** Tuesday, February 6, 2024 8:51:07 AM
**To:** Marcus Estes <marcus.estes@metrc.com>; Logan Hickey <lhickey@goldflora.com>; Andrew Goodman <AGoodman@goldflora.com>
**Subject:** RE: Metrc Retail ID training

3pm works for me today, Wednesday, & Friday.

My Wednesday and Thursday mornings 10am-noon are open as well.

---

**From:** Marcus Estes <marcus.estes@metrc.com>
**Sent:** Tuesday, February 6, 2024 8:39 AM
**To:** Logan Hickey <lhickey@goldflora.com>; Chloe Cowles <Chloe@goldflora.com>; Andrew Goodman <AGoodman@goldflora.com>
**Subject:** Metrc Retail ID training

Morning all,

Let's find some time this week or next to schedule a training session for our labeling software and to discuss general feasibility. Logan, Chloe, Andrew – let me know what your calendars looks like. I'm free after 3pm all week and have some availability before then, if needed.

Composite Exhibit 1



**Marcus Estes**
CEO Chroma Signet /
EVP Metrc
**m** 917-309-5894
chromasignet.com /
metrc.com

Composite Exhibit 1

**Jesica P. Fico**

---

| | |
|---|---|
| **From:** | David Eagleson <David.Eagleson@metrc.com> |
| **Sent:** | Thursday, December 21, 2023 10:00 PM |
| **To:** | Marcus Estes; Cyrus Bahrassa; John Tolar |
| **Cc:** | Leif Shackelford; Jesse Naranjo; James Daley; Sam Peterson |
| **Subject:** | Re: Retail Id Metrc API Documentation |

I put time on the books for next Thursday with a subset of us to get started.

Sam/James/Jesse we'll update you as the documentation progresses unless you'd like to join initial meeting.

> **David Eagleson**
> Director – Product

---

**From:** Marcus Estes <marcus.estes@metrc.com>
**Sent:** Thursday, December 21, 2023 11:49 AM
**To:** Cyrus Bahrassa <Cyrus.Bahrassa@metrc.com>; John Tolar <john.tolar@metrc.com>
**Cc:** David Eagleson <David.Eagleson@metrc.com>; Leif Shackelford <leif.shackelford@metrc.com>; Jesse Naranjo <Jesse.Naranjo@metrc.com>; James Daley <james.daley@metrc.com>; Sam Peterson <Sam.Peterson@metrc.com>
**Subject:** Re: Retail Id Metrc API Documentation

I'm free all day today and tomorrow from 12pm-1:30pm and anytime after 2pm EST.



**Marcus Estes**
CEO Chroma Signet / EVP Metrc
**m** 917-309-5894
chromasignet.com / metrc.com

---

**From:** Cyrus Bahrassa <Cyrus.Bahrassa@metrc.com>
**Date:** Thursday, December 21, 2023 at 7:14 AM
**To:** John Tolar <john.tolar@metrc.com>
**Cc:** David Eagleson <David.Eagleson@metrc.com>, Leif Shackelford <leif.shackelford@metrc.com>, Marcus Estes <marcus.estes@metrc.com>, Jesse Naranjo <Jesse.Naranjo@metrc.com>, James Daley <james.daley@metrc.com>, Sam Peterson <Sam.Peterson@metrc.com>
**Subject:** Re: Retail Id Metrc API Documentation

I'll be around every day so I'm flexible. My calendar is up-to-date so just grab an open time. Please note, I will be out/unavailable January 2-5 so that week won't work.

Cyrus Bahrassa
615-797-8000

---

**From:** John Tolar <john.tolar@metrc.com>
**Sent:** Thursday, December 21, 2023 8:13 AM
**To:** Cyrus Bahrassa <Cyrus.Bahrassa@metrc.com>
**Cc:** David Eagleson <David.Eagleson@metrc.com>; Leif Shackelford <leif.shackelford@metrc.com>; Marcus Estes

Composite Exhibit 1

<marcus.estes@metrc.com>; Jesse Naranjo <Jesse.Naranjo@metrc.com>; James Daley <james.daley@metrc.com>; Sam Peterson <Sam.Peterson@metrc.com>
**Subject:** Retail Id Metrc API Documentation

Hey Cyrus,

We are working on adding endpoints for a new product named Retail Id. This is the project that adds printable QR codes for integrators to add to their packaging, allow the consumer to scan the QR code to get additional information and allow sales tracking via QR codes at POS. I am going to look for a time for us to meet. Please let me know your availability over the next week and we can schedule a intro meeting.

 **John Tolar**
Software Engineering Manager
metrc.com

Composite Exhibit 1

**Jesica P. Fico**

---

| | |
|---|---|
| **From:** | David Eagleson <David.Eagleson@metrc.com> |
| **Sent:** | Monday, March 11, 2024 8:54 AM |
| **To:** | Marcus Estes; Mark Goetz |
| **Subject:** | Re: Training Videos - Retail ID |

Morning - Were either of you able to get Marc and Rob access to ████████ they can get started on outlining the training prototypes?

> **David Eagleson**
> Director – Product

---

**From:** David Eagleson
**Sent:** Monday, March 4, 2024 12:52 AM
**To:** Marc Boursiquot <Marc.Boursiquot@metrc.com>; Rob Romig <Rob.Romig@metrc.com>
**Cc:** Marcus Estes <marcus.estes@metrc.com>; Mark Goetz <mark.goetz@metrc.com>; Luis Vallesteros <Luis.Vallesteros@metrc.com>
**Subject:** Training Videos - Retail ID

Marc and Rob,

Appreciate the time we had on Thursday to discuss our current status and desired next steps for Retail ID. I'm looping in a few additional team members (Marcus, Mark, and Luis) who are also working on this effort.

There were a few items I owed you following our meeting:

1. Access to D███████████ - Marcus/Mark can you please help get Marc and Rob access to this site?
2. Current User Guide info - ████████████████████████████████████████████████
3. Outline of training video - I would like to have Marcus/Mark/Luis weigh in to make sure this captures what we think is most important. but from our conversation we're looking at:
   a. Catalogue - Create Product
   b. Packages - █████████████████████████████████████████
      ████████████████████)
   c. Labels - Create/Download Labels

████████████████████████████████████████████████████████████████████████
████████████████████████

Marc/Rob - Let me know if I missed anything, or if we need to get any time on the books with the broader team here to keep the ball rolling.

Thanks,

Composite Exhibit 1



**David Eagleson**
Director – Product
**m** 443-758-4435
metrc.com

Composite Exhibit 1

**Jesica P. Fico**

| | |
|---|---|
| **From:** | David Eagleson <David.Eagleson@metrc.com> |
| **Sent:** | Monday, March 11, 2024 2:56 PM |
| **To:** | Marcus Estes; Mark Goetz |
| **Subject:** | Re: VerifID Product Planning |

Weekly Priorities (to complete this week):

1. Finish 1a4 prod stand up - Strech goal!
2. Finish hand off for mobile team to finish what ever is needed to take reigns of app management
3. Outline current blockers for current accounts or estimated print timing
4. Establish clear terminology on what Retail ID covers
5. Reestablish alignment on pricing strategy and rollout expectations
6. Follow up with ███████████ on their evaluation and estimated timeline to integrate with Retail ID

**David Eagleson**
Director – Product

---

**From:** David Eagleson
**Sent:** Sunday, December 10, 2023 8:03 PM
**To:** Marcus Estes <marcus.estes@metrc.com>; Mark Goetz <mark.goetz@metrc.com>
**Subject:** VerifID Product Planning
**When:** Monday, March 11, 2024 5:00 PM-5:30 PM.
**Where:** Microsoft Teams Meeting

Want to set a weekly sync for a little while to make sure we're aligned on priorities and ensuring we communicate a uniform update on the GTM meetings on Tuesday.

---

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 254 743 071 418
Passcode: 7wuUxF
Download Teams | Join on the web

Learn More | Meeting options

Composite Exhibit 1

2
Composite Exhibit 1

**Jesica P. Fico**

| | |
|---|---|
| **From:** | David Eagleson  <David.Eagleson@metrc.com> |
| **Sent:** | Sunday, March 3, 2024 8:27 PM |
| **To:** | Marcus Estes; Mark Goetz |
| **Subject:** | Re: VerifID Product Planning |

For tomorrow, please add any you want us to make sure we're aligned on.

Weekly Priorities:

1. Finish ████████████n
2. End to End walkthrough with ██████████████
   a. Need to get ██████████ codes this week…
3. ██████ in Issues / ████████ Issue
4. Stand Up 1a4
5. Finish hand off for mobile team to finish whatever they need to take reigns of app management


Forward looking:



1. ████████████
2. R█  █████████
3. ████████████████████
4. ███████████████
5. ███████████████


**David Eagleson**
Director – Product


---

**From:** David Eagleson
**Sent:** Sunday, December 10, 2023 8:03 PM
**To:** Marcus Estes <marcus.estes@metrc.com>; Mark Goetz <mark.goetz@metrc.com>
**Subject:** VerifID Product Planning
**When:** Monday, March 4, 2024 5:00 PM-5:30 PM.
**Where:** Microsoft Teams Meeting

Want to set a weekly sync for a little while to make sure we're aligned on priorities and ensuring we communicate a
uniform update on the GTM meetings on Tuesday.

---

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**

1

Composite Exhibit 1

Click here to join the meeting

Meeting ID: 254 743 071 418
Passcode: 7wuUxF
Download Teams | Join on the web

Learn More | Meeting options

_____

Composite Exhibit 1

**Jesica P. Fico**

| | |
|---|---|
| **From:** | David Eagleson <David.Eagleson@metrc.com> |
| **Sent:** | Monday, February 12, 2024 9:35 AM |
| **To:** | Marcus Estes; Mark Goetz |
| **Subject:** | Re: VerifID Product Planning |

Just to be clear on where I think priorities need to be right now on the current GG team front before we meet later today.

1. ███████████████ Verification and Functional Capabilities
   a. Two part - We should be getting the MCA to sign off on our templates, and they need to actually work as they were intended against the data we get back to populate them.

2. ███ Walkthrough
   a. Scheduled for 3/5 with Level and need a Retailer. Want to make sure everything from Level's account, print testing, existing integrations with Treez is all functional.

3. ██ Templates
   a. Would like to get those started this week.

4. ████████

**David Eagleson**
Director – Product

---

**From:** David Eagleson
**Sent:** Sunday, December 10, 2023 8:03 PM
**To:** Marcus Estes <marcus.estes@metrc.com>; Mark Goetz <mark.goetz@metrc.com>
**Subject:** VerifID Product Planning
**When:** Monday, February 12, 2024 5:00 PM-5:30 PM.
**Where:** Microsoft Teams Meeting

Want to set a weekly sync for a little while to make sure we're aligned on priorities and ensuring we communicate a uniform update on the GTM meetings on Tuesday.

---

# Microsoft Teams meeting

Composite Exhibit 1

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 254 743 071 418
Passcode: 7wuUxF
Download Teams | Join on the web

Learn More | Meeting options

_____

Composite Exhibit 1

Composite Exhibit 2

| Subject or Title | Recipients | | | Received or Created | |
|---|---|---|---|---|---|
| Product Reviews | James Daley <james.daley@metrc.com> | <james.daley@metrc.co m>,HQ Boardroom (Tiger Den) <HQ-Boardroom@metrc.com >,Jesse Naranjo om>,Sam Peterson <Sam.Peterson@metrc.co om>,Jennifer Alexander <jennifer.alexander@me trc.com>,Jennifer Clements <Jennifer.Clements@met rc.com>,Thomas Haynie <thomas.haynie@metrc. com>,Taiwo Sokumbi <taiwo.sokumbi@metrc. com>,Morgan Mitchell <morgan.mitchell@metr c.com>,Matt Greene <Matt.Greene@metrc.co m>,Chris Cox <chris.cox@metrc.com>, Brent Doherty <Brent.Doherty@metrc.c om>,Luis Vallesteros <Luis.Vallesteros@metrc .com>,Laura Werner | <brent.caramanica@metrc.com>,Kirsti Mack@metrc.com>,Stasija Gomez @metrc.com>,Natasha Alvarez <natasha.alvarez@metrc.com>,Alex Pavlis <alex.pavlis@metrc.com>,Matthew Keegan <matthew.keegan@metrc.com>,James Lindquist <james.lindquist@metrc.com>,Chris Fisher <chris.fisher@metrc.com>,Brandon Zastrow <brandon.zastrow@metrc.com>,Cynthia Cole <cynthia.cole@metrc.com>,Jennifer LeCoche <jennifer.lecoche@metrc.com>,Enrique Henderson <enrique.henderson@metrc.com>,Executive Leadership Team <ELT-D@metrc.com>,David Urbanowicz <David.Urbanowicz@metrc.com>,Lewis Koski <Lewis.Koski@metrc.com>,Shay Romine <Shay.Romine@metrc.com>,Andrea Kiehl <Andrea.Kiehl@metrc.com>,Lauren Cole <Lauren.Cole@metrc.com>,Michael Johnson <Michael.Johnson@metrc.com>,Audrey Prior <audrey.prior@metrc.com>,Rashawn Raiford <rashawn.raiford@metrc.com>,Cindy Register <cindy.register@metrc.com>,Jean Robinson <Jean.Robinson@metrc.com>,Monica Ancu <monica.ancu@metrc.com>,Jason Wergin <jason.wergin@metrc.com>,Laurin Bell <laurin.bell@metrc.com>,Chad Heater <chad.heater@metrc.com>,Anthony Armstrong <anthony.armstrong@metrc.com>,David Rodriguez <david.rodriguez@metrc.com>,Joshua Farkas <joshua.farkas@metrc.com>,Amit Ramaiya <amit.ramaiya@metrc.com>,Arifuzzaman <arifuzzaman@metrc.com>,Brian Squires <brian.squires@metrc.com>,Thaddeus Bowie <thaddeus.bowie@metrc.com>,Timberly Lambert <timberly.lambert@metrc.com>,Shawn Bolton <shawn.bolton@metrc.com>,Kevin Weidner <kevin.weidner@metrc.com>,Joseph Jaeb <Joseph.Jaeb@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,Nicholas Salyers <nick.salyers@metrc.com>,Darryl Robinson <darryl.robinson@metrc.com>,Michaiah Coleman <michaiah.coleman@metrc.com>,Gabe Gribbin <gabe.gribbin@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com>,Ellard douglas <ellard.douglas@metrc.com>,Taylor Coffield <taylor.coffield@metrc.com>,Cody Henderson <Cody.Henderson@metrc.com>,Bren Norris <bren.norris@metrc.com>,Liam Dimar <liam.dimar@metrc.com>,Adem Karapinar <adem.karapinar@metrc.com>,Samantha Bassett <samantha.bassett@metrc.com>,Dre McKee <deidre.mckee@metrc.com>,Adrienne Landingham <adrienne.landingham@metrc.com>,Jose Ballon <jose.ballon@metrc.com>,Joe Beckner <joe.beckner@metrc.com>,Raisel Martell <raisel.martell@metrc.com>,Toney Avery <toney.avery@metrc.com>,Mallory Lancraft <mallory.lancraft@metrc.com>,Ankit Jain <ankit.jain@metrc.com>,Roger Patrick <roger.patrick@metrc.com>,Premaa Agarwal <Premaa.Agarwal@metrc.com>,Ram Nelluru <ram.nelluru@metrc.com>,Phill Valoyi <phill.valoyi@metrc.com>,Adilet Salmakeev <Adil.Salmake@metrc.com>,James Kalish <james.kalish@metrc.com>,Steve Shirley <Steve.Shirley@metrc.com>,Alex Araoz <Alex.Araoz@metrc.com>,Michael Goosney <Michael.Goosney@metrc.com>,Stephanie Garza <Stephanie.Garza@metrc.com>,Brandon Thomson <Brandon.Thomson@metrc.com>,Alfonso Almanza <alfonso.almanza@metrc.com>,Andrew Campbell <andrew.campbell@metrc.com>,Arpit Desai <arpit.desai@metrc.com>,Kelly Sanidas <kelly.sanidas@metrc.com>,Munira Ali-Ginna <munira.aliginna@metrc.com>,Mark Goetz <mark.goetz@metrc.com>,Nat Gibbs <nat.gibbs@metrc.com>,Leisa Wortinger <Leisa.Wortinger@metrc.com>,Arhlene Hubbard <arhlene.hubbard@metrc.com>,Miriam Limon <miriam.limon@metrc.com>,Lily Kerrigan <lily.kerrigan@metrc.com>,Jessica Painter <jessica.painter@metrc.com>,Jonas Zebari <Jonas.Zebari@metrc.com>,Tyler Powell <tyler.powell@metrc.com>,Paul Dinda | 5/14/2024 15:33 | 5/14/2024 15:33 |
| Metrc QR Code Project Monthly Meeting | Jerome Stretch <jstretch@nwconfections.com> | Jackie Brown <jackie@nwconfections.c om>,Kale Gray <kgray@nwconfections.c om>,David Eagleson <David.Eagleson@metrc. com>,Luis Vallesteros <Luis.Vallesteros@metrc .com>,Marcus Estes <marcus.estes@metrc.c om> | Mark Goetz <mark.goetz@metrc.com>,Rachel Ewing <rewing@nwconfections.com>,Cynthia Cole <Cynthia.Cole@metrc.com> | 4/23/2024 21:08 | 4/23/2024 21:08 |
| Meeting (Scheduled Meeting)/Thread Id: 19:meeting_Mzg4M2E1MmUtMzRkZ00DOhLWIzYmitZWJhODlYzc4YzQy@thread. v2/Communication Id: edbb1117-4f83-4808-ab77-53a186dad81a/Taylor Coffield,David Eagleson,Marcus Estes | David Eagleson <David.Eagleson@metrc.com> | Taylor Coffield <taylor.coffield@metrc.c om>,David Eagleson <David.Eagleson@metrc. com>,Marcus Estes <marcus.estes@metrc.c om> | | 4/9/2024 1:01 | 4/9/2024 1:01 |
| Accepted: Resync w Marcus | Marcus Estes <marcus.estes@metrc.com> | David Eagleson <David.Eagleson@metrc. com> | | 4/5/2024 18:46 | 4/5/2024 18:46 |
| Resync w Marcus | David Eagleson <David.Eagleson@metrc.com> | David Eagleson <David.Eagleson@metrc. com>,Taylor Coffield <taylor.coffield@metrc.c om>,Marcus Estes <marcus.estes@metrc.c om>,Marcus Estes <marcus@hcoma.io> | | 4/5/2024 17:31 | 4/5/2024 17:31 |
| Metrc QR Code Project Meeting | Jerome Stretch <jstretch@nwconfections.com> | Jackie Brown <jackie@nwconfections.c om>,Kale Gray <kgray@nwconfections.c om>,Marcus Estes <marcus.estes@metrc.c om>,David Eagleson <David.Eagleson@metrc. com>,Luis Vallesteros <Luis.Vallesteros@metrc .com> | Mark Goetz <mark.goetz@metrc.com>,Rachel Ewing <rewing@nwconfections.com>,Cynthia Cole <Cynthia.Cole@metrc.com> | 3/27/2024 16:33 | 3/27/2024 16:33 |
| Canceled: Green Glove standup | Marcus Estes <marcus.estes@metrc.com> | Leif Shackelford <leif.shackelford@metrc. com>,Joshua Farkas <Joshua.Farkas@metrc.c om>,Timberly Lambert <timberly.lambert@metr c.com>,David Eagleson <David.Eagleson@metrc. com>,Mark Goetz <mark.goetz@metrc.co m> | Bren Norris <bren.norris@metrc.com>,Timberly Lambert <timberly.lambert@metrc.com>,John Tolar <john.tolar@metrc.com>,Leif Shackelford | 3/26/2024 2:08 | 3/26/2024 2:08 |
| Meeting (Recurring Meeting)/Thread Id: 19:meeting_OWRkNGQ3M2EtMTAwZ00Y2ZlLThmNTgtNmEwNzA0ZjkzMjgz@threa d.v2/Communication Id: 7ba86672-720f-4d9a-a415-cd4ca075367d/Leif Shackelford,Joshua Farkas,Timberly Lambert,David Eagleson,Mark Goetz | Marcus Estes <marcus.estes@metrc.com> | | | 3/25/2024 17:44 | 3/25/2024 17:44 |
| Canceled: VeriflD Product Planning | David Eagleson <David.Eagleson@metrc.com> | Marcus Estes <marcus.estes@metrc.c om>,Mark Goetz <mark.goetz@metrc.co m> | | 3/25/2024 17:36 | 3/25/2024 17:36 |
| Meeting (Recurring Meeting)/Thread Id: 19:meeting_OWRkNGQ3M2EtMTAwZ00Y2ZlLThmNTgtNmEwNzA0ZjkzMjgz@threa d.v2/Communication Id: d2f0e97b-e306-43c8-b72b-328541dea715/Marcus Estes,Leif Shackelford | Marcus Estes <marcus.estes@metrc.com> | Marcus Estes <marcus.estes@metrc.c om>,Leif Shackelford <leif.shackelford@metrc. com> | | 3/23/2024 18:29 | 3/23/2024 18:29 |
| Meeting (Recurring Meeting)/Thread Id: 19:meeting_OWRkNGQ3M2EtMTAwZ00Y2ZlLThmNTgtNmEwNzA0ZjkzMjgz@threa d.v2/Communication Id: 5c7a14b7-f0bf-4027-9998-993581492410/Marcus Estes | Marcus Estes <marcus.estes@metrc.com> | Marcus Estes <marcus.estes@metrc.c om> | | 3/23/2024 1:53 | 3/23/2024 1:53 |
| Meeting (Recurring Meeting)/Thread Id: 19:meeting_OWRkNGQ3M2EtMTAwZ00Y2ZlLThmNTgtNmEwNzA0ZjkzMjgz@threa d.v2/Communication Id: 22be1d96-215e-4f60-a856-8bde5c3ef34d/David Eagleson,Leif Shackelford,Joshua Farkas | Marcus Estes <marcus.estes@metrc.com> | David Eagleson <David.Eagleson@metrc. com>,Leif Shackelford <leif.shackelford@metrc. com>,Joshua Farkas <Joshua.Farkas@metrc.c om> | | 3/22/2024 2:37 | 3/22/2024 2:37 |

| Title | From | Attendees/Recipients | Recipients | Date | Date |
|---|---|---|---|---|---|
| Holistic <> Metrc Retail ID Print Test | Chad Heater <chad.heater@metrc.com> | <chad.heater@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,Courtney Carroll <courtney.carroll@holisticindustries.com>,Ashley Holmes <ashley.holmes@holisticindustries.com>,Mark Goetz <mark.goetz@metrc.com> | retail-id@metrc.com,David Eagleson <David.Eagleson@metrc.com>,Cynthia Cole <Cynthia.Cole@metrc.com>,Chris Fisher <chris.fisher@metrc.com>,Luis Vallesteros <Luis.Vallesteros@metrc.com> | 3/21/2024 16:22 | 3/21/2024 16:22 |
| Q1 Town Hall | Metrc Meeting <metrc.meeting@metrc.com> | Metrc Meeting <metrc.meeting@metrc.com>,Metrc Meeting Peripherals <metrc.meeting2@metrc.com>,All Boursiquot <Marc.Boursiquot@metrc.com> | Bryan Roecker <bryan.roecker@metrc.com>,John Tolar <john.tolar@metrc.com>,Antonio Olivero <Antonio.Olivero@metrc.com>,Brianna Phy <Brianna.Phy@metrc.com>,Arifuzzaman <arifuzzaman@metrc.com>,Antoaneta Perlmutter <antoaneta.perlmutter@metrc.com>,Taiwo Sokumbi <taiwo.sokumbi@metrc.com>,Jaala Pruitt <Jaala.Pruitt@metrc.com>,Jodi Wakham <jodi.wakham@metrc.com>,Jonas Zebari <Jonas.Zebari@metrc.com>,Chris DeGroote <chris.degroote@metrc.com>,Nick Salyers <nick.salyers@metrc.com>,Joe Beckner <joe.beckner@metrc.com>,Mali Moxley <mali.moxley@metrc.com>,Rachel Anderson <Rachel.Anderson@metrc.com>,David Eagleson <David.Eagleson@metrc.com>,Vahid Ghafarpour <vahid.ghafarpour@metrc.com>,Adam Acre <adam.acre@metrc.com>,Roger Patrick <roger.patrick@metrc.com>,Amy Wilson <Amy.Wilson@metrc.com>,Jennifer Clements <Jennifer.Clements@metrc.com>,Stephanie Garza <Stephanie.Garza@metrc.com>,Arhlene Hubbard <Arhlene.Hubbard@metrc.com>,Jeff Wells <Jeff.Wells@metrc.com>,Andrea Kiehl <Andrea.Kiehl@metrc.com>,Wendi Odenhausen <wendi.odenhausen@metrc.com>,Brian Weatherill <Brian.Weatherill@metrc.com>,Casey Weaver <casey.weaver@metrc.com>,Chris Cox <chris.cox@metrc.com>,Kristin Kilroy <kristin.kilroy@metrc.com>,Joshua Miller <joshua.miller@metrc.com>,Joshua Farkas <Joshua.Farkas@metrc.com>,Chad Heater <chad.heater@metrc.com>,Miriam Limon <Miriam.Limon@metrc.com>,Kevin Weidner <Kevin.Weidner@metrc.com>,Brian Squires <brian.squires@metrc.com>,David Urbanowicz <David.Urbanowicz@metrc.com>,Cindy Register <cindy.register@metrc.com>,Alfonso Almanza <alfonso.almanza@metrc.com>,Swapna Nair <swapna.nair@metrc.com>,Stan Johnson <Stan.Johnson@metrc.com>,Zach Rankin <zach.rankin@metrc.com>,Norberto Lopez <norberto.lopez@metrc.com>,Dana Halsey <dana.halsey@metrc.com>,Hannah Hodge <hannah.hodge@metrc.com>,Morgan Mitchell <morgan.mitchell@metrc.com>,Ernie Francise <Ernie.Francise@metrc.com>,Joey Perdomo <Joey.Perdomo@metrc.com>,Sam Peterson | 3/21/2024 15:01 | 3/21/2024 15:01 |
| Meeting (ScheduledMeeting)/Thread Id: 19:meeting_NDc1OWYwZTAtODZhMC00NTY4LTg2NDUtZjI1ODI2YTZiM2Qw@thread.v2/Communication Id: c016a0c9-b532-4ec9-b58e-69ee3febe1c4/Marcus Estes,Joshua Farkas,teamsvisitor:a8167b66c07a4ee3aa2b7b663a008bd7 | Marcus Estes <marcus.estes@metrc.com> | Marcus Estes <marcus.estes@metrc.com>,Application b1902c3e-b9f7-4650-9b23-5772bd429747,Joshua Farkas <Joshua.Farkas@metrc.com>,teamsvisitor:a8167b66c07a4ee3aa2b7b663a008bd7 <Teamsvisitor:a8167b66c07a4ee3aa2b7b663a008bd7>,bdd75849-e0a6-4cce-8fc1-d7c0d4da43e5 | | 3/21/2024 2:53 | 3/21/2024 2:53 |
| Meeting (RecurringMeeting)/Thread Id: 19:meeting_OWRkNGQ3M2EtMTAwZDQtYZDLThmNTgtNmEwNzA0ZGJcMjgz@thread.v2/Communication Id: 904d7993-fddd-45e9-be5d-b08e8993d012/Marcus Estes,Mark Goetz,Leif Shackelford,David Eagleson,Joshua Farkas | Marcus Estes <marcus.estes@metrc.com> | Marcus Estes <marcus.estes@metrc.com>,Mark Goetz <mark.goetz@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com>,David Eagleson <David.Eagleson@metrc.com>,Joshua Farkas <Joshua.Farkas@metrc.com> | | 3/21/2024 2:20 | 3/21/2024 2:20 |
| Vaya label Q&A | Marcus Estes <marcus.estes@metrc.com> | Joshua Farkas <Joshua.Farkas@metrc.com>,Vincenzo Carrano <vin@vaya.earth> | | 3/20/2024 18:03 | 3/20/2024 18:03 |
| Declined: VerifID Product Planning | Mark Goetz </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN-C8935238124240DFAEE031682391938E-E86D5953-D9> | Marcus Estes <marcus.estes@metrc.com> | | 3/20/2024 16:27 | 3/20/2024 16:27 |
| Meeting (RecurringMeeting)/Thread Id: 19:meeting_OWRkNGQ3M2EtMTAwZDQtYZDLThmNTgtNmEwNzA0ZGJcMjgz@thread.v2/Communication Id: 4ea2cedc-f0e0-4fd3-928f-7b77e1620ec5/Joshua Farkas,Mark Goetz,Leif Shackelford,Marcus Estes,David Eagleson | Marcus Estes <marcus.estes@metrc.com> | Joshua Farkas <Joshua.Farkas@metrc.com>,Mark Goetz <mark.goetz@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,David Eagleson <David.Eagleson@metrc.com> | | 3/20/2024 2:05 | 3/20/2024 2:05 |
| Serialized QR Test - Market Plan | Jerome Stretch <jstretch@nwconfections.com> | <nshauger@nwconfections.com>,Jose Garcia <Joseg@nwconfections.com>,Jackie Brown <jackie@nwconfections.com>,Kale Gray <kgray@nwconfections.com>,Belinda Spencer <belindaspencer@nwconfections.com>,Chelsae Wilkins <chelsaewilkins@nwconfections.com>,Heather Pierce <hpierce@nwconfections.com>,Marcus Estes <marcus.estes@metrc.com>,Luis Vallesteros <Luis.Vallesteros@metrc.com>,David Eagleson <David.Eagleson@metrc.com>,Mike Voss <mikevoss@nwconfections.com>,Jane Plank <jane.plank@nwconfections.com>,Jordan Robinson <jrobinson@nwconfections.com> | | 3/19/2024 19:45 | 3/19/2024 19:45 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | <john.tolar@metrc.com> ,Jesse Naranjo <Jesse.Naranjo@metrc.c om>,David Eagleson <David.Eagleson@metrc. com>,Rod Aguilera <rod.aguilera@metrc.co m>,Leif Shackelford <leif.shackelford@metrc. com>,Mark Goetz <mark.goetz@metrc.co m>,Rick Chapman <Rick.Chapman@metrc.c om>,Marcus Estes <marcus.estes@metrc.c om>,David Rodriguez <david.rodriguez@metrc. com>,Adem Karapinar <adem.karapinar@metrc .com>,Timberly Lambert <timberly.lambert@metr c.com>,Jose Ballon <jose.ballon@metrc.com >,Joshua Farkas <Joshua.Farkas@metrc.c om>,Jason Wergin <jason.wergin@metrc.co | | | | |
| JT- OOO (Vacation) | John Tolar <john.tolar@metrc.com> | m> | Jennifer Clements <Jennifer.Clements@metrc.com>,Kristin Kilroy <kristin.kilroy@metrc.com> | | 3/19/2024 13:12 | 3/19/2024 13:12 |
| Meeting (ScheduledMeeting)/Thread Id: 19:meeting_OWE3ZgyNmQtMTEwOS00NjQ1LTlhZjAtYzE1NTcxYmVhZWJi@thread. v2/Communication Id: 947ae8bd-c907-4278-8cc1-b81a044009c9/Kale Gray,Ben Gaines,Marcus Estes,Lawrence Lyman,David Eagleson,300 Conference Room 1,Jer... | Marcus Estes <marcus.estes@metrc.com> | Kale Gray <kgray@nwconfections.c om>,Ben Gaines <ben@nwconfections.co m>,Marcus Estes <marcus.estes@metrc.c om>,Lawrence Lyman <llyman@nwconfections. com>,David Eagleson <David.Eagleson@metrc. com>,300 Conference Room 1 <300ConferenceRoom1 @nwconfections.com>,J erome Stretch <jstretch@nwconfection s.com> | | | 3/19/2024 5:05 | 3/19/2024 5:05 |
| Meeting (ScheduledMeeting)/Thread Id: 19:meeting_OWE3ZgyNmQtMTEwOS00NjQ1LTlhZjAtYzE1NTcxYmVhZWJi@thread. v2/Communication Id: ea9d8403-ce75-4481-aaac-06e23fa41998/300 Conference Room 1 | Marcus Estes <marcus.estes@metrc.com> | 300 Conference Room 1 <300ConferenceRoom1 @nwconfections.com> | | | 3/19/2024 4:21 | 3/19/2024 4:21 |
| Meeting (ScheduledMeeting)/Thread Id: 19:meeting_NzQxYTUyZjltOTcwYi00YTY4LTgyNjQtYzMyYzgyZmVkZWNi@thread.v2 /Communication Id: 3454bc7e-5c73-46db-a08f-a9b0c92b68c7/Mark Goetz,David Eagleson,Marc Boursiquot,Rob Romig,Marcus Estes | David Eagleson <David.Eagleson@metrc.com> | Mark Goetz <mark.goetz@metrc.co m>,David Eagleson <David.Eagleson@metrc. com>,Marc Boursiquot <Marc.Boursiquot@metr c.com>,Rob Romig <Rob.Romig@metrc.com >,Marcus Estes <marcus.estes@metrc.c om> | | | 3/19/2024 3:51 | 3/19/2024 3:51 |
| Meeting (ScheduledMeeting)/Thread Id: 19:meeting_OTdmMTBhNTktODY4OC00ZjI4LWIwYjYtZjg5NTEyMWU2YTcz@threa d.v2/Communication Id: ee0132a5-6b86-4467-84fa-a139974e4652/Rafael Seward,Marcus Estes,Chad Heater | Chad Heater <chad.heater@metrc.com> | Application bdd75849-e0a6-4cce-8fc1-d7c0d4da43e5,Rafael Seward <rseward@evermoreco mpany.com>,Marcus Estes <marcus.estes@metrc.c om>,Application b1902c3e-b9f7-4650-9b23-5772bd429747,Chad Heater <chad.heater@metrc.co m> | | | 3/19/2024 2:40 | 3/19/2024 2:40 |
| Meeting (RecurringMeeting)/Thread Id: 19:meeting_OWRkNGQ3M2EtMTAwZi00Y2ZiLTlmNTgtNmEwNzA0ZjkuMjgz@threa d.v2/Communication Id: 3130bc901-63e7-4a22-8fd2-23c969417d8b/Leif Shackelford,Marcus Estes,Mark Goetz,Joshua Farkas,David Eagleson | Marcus Estes <marcus.estes@metrc.com> | Leif Shackelford <leif.shackelford@metrc. com>,Marcus Estes <marcus.estes@metrc.c om>,Mark Goetz <mark.goetz@metrc.co m>,Joshua Farkas <Joshua.Farkas@metrc.c om>,David Eagleson <David.Eagleson@metrc. com> | | | 3/19/2024 2:18 | 3/19/2024 2:18 |
| Call (Complete)/Thread Id: /Communication Id: c2902882-1b7d-45b6-a79b-ca85aa697b9a/Marcus Estes,David Eagleson | Marcus Estes <marcus.estes@metrc.com> | Marcus Estes <marcus.estes@metrc.c om>,David Eagleson <David.Eagleson@metrc. com> | | | 3/19/2024 1:13 | 3/19/2024 1:13 |
| Call (Complete)/Thread Id: /Communication Id: e0cd8607-aa7b-444c-b1d5-f9662b397004/Marcus Estes,Chad Heater | Marcus Estes <marcus.estes@metrc.com> | Marcus Estes <marcus.estes@metrc.c om>,Chad Heater <chad.heater@metrc.co m> | | | 3/18/2024 22:35 | 3/18/2024 22:35 |
| Accepted: Resync on Convo Regarding Handoffs | Marcus Estes <marcus.estes@metrc.com> | David Eagleson <David.Eagleson@metrc. com> | | | 3/18/2024 19:32 | 3/18/2024 19:32 |
| Resync on Convo Regarding Handoffs | David Eagleson <David.Eagleson@metrc.com> | Marcus Estes <marcus.estes@metrc.c om> | | | 3/18/2024 19:31 | 3/18/2024 19:31 |

| Subject | From | Recipients | Content | Date | Date |
|---|---|---|---|---|---|
| Evermore <> Retail ID Nutrition Label | Chad Heater <chad.heater@metrc.com> | Chad Heater <chad.heater@metrc.com>,rseward@evermorecompany.com,Mark Goetz <mark.goetz@metrc.com>,Marcus Estes <marcus.estes@metrc.com> | | 3/18/2024 17:26 | 3/18/2024 17:26 |
| Meeting (RecurringMeeting)/Thread Id: 19:meeting_OWRkNGQ3MZEtMTAwZ00Y2ZlLThmNTgtNmEwNzA0ZjkzMjgz@thread.d.v2/Communication Id: d81544cd-ef9b-47be-94a7-7d05c7aS6fd3/David Eagleson,Joshua Farkas,Mark Goetz,Bren Norris,Timberly Lambert | Marcus Estes <marcus.estes@metrc.com> | David Eagleson <David.Eagleson@metrc.com>,Joshua Farkas <Joshua.Farkas@metrc.com>,Mark Goetz <mark.goetz@metrc.com>,Bren Norris <bren.norris@metrc.com>,Timberly Lambert <timberly.lambert@metrc.com> | | 3/16/2024 2:04 | 3/16/2024 2:04 |
| Meeting (RecurringMeeting)/Thread Id: 19:meeting_OWRkNGQ3MZEtMTAwZ00Y2ZlLThmNTgtNmEwNzA0ZjkzMjgz@thread.d.v2/Communication Id: a0e6af68-28b9-4b73-a347-4d5c5221c114/Timberly Lambert,Joshua Farkas,Leif Shackelford,John Tolar,Bren Norris,David Eagleson | Marcus Estes <marcus.estes@metrc.com> | Timberly Lambert <timberly.lambert@metrc.com>,Joshua Farkas <Joshua.Farkas@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com>,John Tolar <john.tolar@metrc.com>,Bren Norris <bren.norris@metrc.com>,David Eagleson <David.Eagleson@metrc.com> | | 3/15/2024 2:04 | 3/15/2024 2:04 |
| Meeting (ScheduledMeeting)/Thread Id: 19:meeting_ODExMzQ3MDUtMzhiYy00NWZmLTk5MjEtZTl0NWU2ZzmM4M2Nm@thread.v2/Communication Id: 8b2ff44d-87e3-40fc-9efe-8a9382fa4c5c/Sam Peterson,Marcus Estes,Taylor Coffield | Sam Peterson <Sam.Peterson@metrc.com> | Sam Peterson <Sam.Peterson@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,Taylor Coffield <taylor.coffield@metrc.com> | | 3/15/2024 1:26 | 3/15/2024 1:26 |
| Canceled: Retail ID: MCA <> Metrc Follow-up | Lily Kerrigan </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=841e454d08c84109-8d27f46c06ff3735-5ca7898b-73> | Marcus Estes <marcus.estes@metrc.com> | | 3/14/2024 20:33 | 3/14/2024 20:33 |
| Declined: Internal Sync: Retail ID MD Meeting | Marcus Estes <marcus.estes@metrc.com> | Lily Kerrigan <lily.kerrigan@metrc.com> | | 3/14/2024 19:37 | 3/14/2024 19:38 |
| Verano <> Metrc Retail ID Test Print | Chad Heater <chad.heater@metrc.com> | Chad Heater <chad.heater@metrc.com>,Joe Meglio <Joe.Meglio@verano.com>,Marcus Estes <marcus.estes@metrc.com>,Lily Kerrigan <lily.kerrigan@metrc.com>,Ally Walenga <ally.walenga@verano.com>,Mark Goetz <mark.goetz@metrc.com> | Luis Vallesteros <Luis.Vallesteros@metrc.com>,David Eagleson <David.Eagleson@metrc.com>,retail-id@metrc.com,Michael Frank <michael.frank@verano.com>,Joshua Kudisch <Josh.Kudisch@verano.com>,Jen Prior <Jennifer.Prior@verano.com>,Chris Fisher <chris.fisher@metrc.com>,Jon Wright <jonathan.wright@verano.com>,Laura McCartney <Laura.McCartney@verano.com>,Jonathan List <jonathan.list@verano.com>,Cynthia Cole <Cynthia.Cole@metrc.com> | 3/14/2024 18:07 | 3/14/2024 18:07 |
| Canceled: Evermore <> Metrc Retail ID Nutrition Facts | Chad Heater <chad.heater@metrc.com> | Rafael Seward <rseward@evermorecompany.com>,Mark Goetz <mark.goetz@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,Lily Kerrigan <lily.kerrigan@metrc.com> | | 3/14/2024 17:57 | 3/14/2024 17:57 |
| Evermore <> Metrc Retail ID Nutrition Facts | Chad Heater <chad.heater@metrc.com> | Rafael Seward <rseward@evermorecompany.com>,Mark Goetz <mark.goetz@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,Lily Kerrigan <lily.kerrigan@metrc.com> | | 3/14/2024 17:49 | 3/14/2024 17:49 |
| Accepted: Sam / Marcus | Marcus Estes <marcus.estes@metrc.com> | Sam Peterson <Sam.Peterson@metrc.com> | | 3/14/2024 15:45 | 3/14/2024 15:45 |
| Internal Sync: Retail ID MD Meeting | Lily Kerrigan <lily.kerrigan@metrc.com> | Lily Kerrigan <lily.kerrigan@metrc.com>,Luis Vallesteros <luis.vallesteros@metrc.com>,David Eagleson <david.eagleson@metrc.com>,Marcus Estes <marcus.estes@metrc.com> | Program Management - Maryland <MD-PM@metrc.com>,Cynthia Cole <Cynthia.Cole@metrc.com>,Jessica Painter <Jessica.Painter@metrc.com> | 3/14/2024 15:34 | 3/14/2024 15:34 |
| Sam / Marcus | Sam Peterson <Sam.Peterson@metrc.com> | Sam Peterson <Sam.Peterson@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,Taylor Coffield <taylor.coffield@metrc.com> | | 3/14/2024 13:55 | 3/14/2024 13:55 |

| Subject/Thread | From | Recipients | Date | Date |
|---|---|---|---|---|
| | | 8e4392a8d549fe8b17ce15 <Teamsvisitor:397c9cb9 188e4392a8d549fe8b17 ce15>,Marcus Estes <marcus.estes@metrc.c om>,Cyrus Bahrassa <Cyrus.Bahrassa@metrc. com>,Chad Heater <chad.heater@metrc.co m> | | |
| Meeting (ScheduledMeeting)/Thread Id: 19:meeting_YjhiYjExNgtNDBmM00MjljLWE0NzktMWVkZjk5MjJlNmMw@thread.v 2/Communication Id: 46cfedd3-2d55-4216-9b28- 639e2d76483f/teamsvisitor:397c9cb9188e4392a8d549fe8b17ce15,Marcus Estes,Cyrus Bahrassa,Chad Heater | Cyrus Bahrassa <Cyrus.Bahrassa@metrc.com> | | 3/14/2024 4:37 | 3/14/2024 4:37 |
| Meeting (RecurringMeeting)/Thread Id: 19:meeting_OWRkNGQ1M2EtMTAwZD0lY2ZtLThmNTgtNmEwNzA0ZjkcMjgz@threa d.v2/Communication Id: a5426596-561f-4443-ba29-0c0a4e21252f/Mark Goetz,Bren Norris,Timberly Lambert,Joshua Farkas,Marcus Estes,Leif Shackelford | Marcus Estes <marcus.estes@metric.com> | Mark Goetz <mark.goetz@metrc.co m>,Bren Norris <bren.norris@metrc.com >,Timberly Lambert <timberly.lambert@metr c.com>,Joshua Farkas <Joshua.Farkas@metrc.c om>,Marcus Estes <marcus.estes@metrc.c om>,Leif Shackelford <leif.shackelford@metrc. com> | 3/14/2024 2:29 | 3/14/2024 2:29 |
| Meeting (ScheduledMeeting)/Thread Id: 19:meeting_YjA2ZTVhMWYtODhjMS00NmQyLTllMmQtMmYxYjMyNzA1YjNm@thr ead.v2/Communication Id: 70d4815b-fed1-4978-b3d0-381203654189/Marcus Estes | Mark Goetz <mark.goetz@metrc.com> | Marcus Estes <marcus.estes@metrc.c om> | 3/14/2024 1:39 | 3/14/2024 1:39 |
| Accepted: Internal Sync: Retail ID MD Meeting | Marcus Estes <marcus.estes@metrc.com> | Lily Kerrigan <lily.kerrigan@metrc.co m> | 3/13/2024 16:11 | 3/13/2024 16:11 |
| Meeting (ScheduledMeeting)/Thread Id: 19:meeting_ZmQwNThkMmItODdiN00NijmLWIwMjltZTQxYmU4ZWNhMWU@thr ead.v2/Communication Id: 8e287b1b-95fa-46b3-976e-43b8c80dc133/Jerome Stretch (Guest),Marcus Estes | Marcus Estes <marcus.estes@metrc.com> | Jerome Stretch (Guest) <jstretch@nwconfection s.com>,Marcus Estes <marcus.estes@metrc.c om> | 3/13/2024 5:48 | 3/13/2024 5:48 |
| Meeting (ScheduledMeeting)/Thread Id: 19:meeting_MjFhNDQ4MWItOTc3Y500MjIAwLTllMGUtYmY0NTAxOTEODBk@thre ad.v2/Communication Id: 9edf34f9-5cd7-4508-9f22-c0f2af9d68db/Chad Heater,Marcus Estes | Marcus Estes <marcus.estes@metrc.com> | Chad Heater <chad.heater@metrc.co m>,Marcus Estes <marcus.estes@metrc.c om> | 3/13/2024 4:57 | 3/13/2024 4:57 |
| Meeting (ScheduledMeeting)/Thread Id: 19:meeting_MjFhNDQ4MWItOTc3Y500MjIAwLTllMGUtYmY0NTAxOTEODBk@thre ad.v2/Communication Id: e08db655-b9c2-45cb-920a-d0787d5b7727/Marcus Estes | Marcus Estes <marcus.estes@metrc.com> | Marcus Estes <marcus.estes@metrc.c om> | 3/13/2024 4:56 | 3/13/2024 4:56 |
| Meeting (ScheduledMeeting)/Thread Id: 19:meeting_ZGI2YjM3MzAtYjEzMC00ODOTlyLThlMWItZDcxMDQwN2YwZDUx@threa d.v2/Communication Id: 0976faba-63f2-4e3d-a2c3-25f6fbd09eda/Ashley Holmes,Chad Heater,Courtney Carroll,Marcus Estes | Chad Heater <chad.heater@metrc.com> | Ashley Holmes <ashley.holmes@holistici ndustries.com>,Chad Heater <chad.heater@metrc.co m>,Courtney Carroll <courtney.carroll@holisti cindustries.com>,Applica tion bdd75849-e0a6- 4cce-8fc1- d7c0d4da43e5,Marcus Estes <marcus.estes@metrc.c om>,Application b1902c3e-b9f7-4650- 9b23-5772bd429747 | 3/13/2024 3:49 | 3/13/2024 3:49 |
| Meeting (ScheduledMeeting)/Thread Id: 19:meeting_YjA2ZTVhMWYtODhjMS00NmQyLTllMmQtMmYxYjMyNzA1YjNm@thr ead.v2/Communication Id: de3f7bfd-d671-436a-81b4-6b0ba9aae9b2/David Eagleson,Leif Shackelford,Marcus Estes,Mark Goetz | Mark Goetz <mark.goetz@metrc.com> | David Eagleson <David.Eagleson@metrc. com>,Leif Shackelford <leif.shackelford@metrc. com>,Marcus Estes <marcus.estes@metrc.c om>,Mark Goetz <mark.goetz@metrc.co m> | 3/13/2024 3:33 | 3/13/2024 3:33 |
| Meeting (RecurringMeeting)/Thread Id: 19:meeting_OWRkNGQ1M2EtMTAwZD0lY2ZtLThmNTgtNmEwNzA0ZjkcMjgz@threa d.v2/Communication Id: a3c34408-ab62-4af1-8817-52a53b05164b/Bren Norris,David Eagleson,Marcus Estes,Mark Goetz,Joshua Farkas,Timberly Lambert,Leif Sh... | Marcus Estes <marcus.estes@metrc.com> | Bren Norris <bren.norris@metrc.com >,David Eagleson <David.Eagleson@metrc. com>,Marcus Estes <marcus.estes@metrc.c om>,Mark Goetz <mark.goetz@metrc.co m>,Joshua Farkas <Joshua.Farkas@metrc.c om>,Timberly Lambert <timberly.lambert@metr c.com>,Leif Shackelford <leif.shackelford@metrc. com> | 3/13/2024 2:08 | 3/13/2024 2:08 |
| Accepted: Evermore <> Metrc Retail ID Nutrition Facts | Marcus Estes <marcus.estes@metrc.com> | Chad Heater <chad.heater@metrc.co m> | 3/12/2024 22:45 | 3/12/2024 22:45 |
| Accepted: Retail ID: MCA <> Metrc Follow-up | Marcus Estes <marcus.estes@metrc.com> | Lily Kerrigan <lily.kerrigan@metrc.co m> | 3/12/2024 15:48 | 3/12/2024 15:48 |
| Accepted: Retail ID Training Sync | Marcus Estes <marcus.estes@metrc.com> | David Eagleson <David.Eagleson@metrc. com> | 3/12/2024 15:48 | 3/12/2024 15:48 |

| | | | | |
|---|---|---|---|---|
| Meeting (AdHocMeeting)/Thread Id: 19:7c0fd824adc947539676ac428f9fa491@thread.v2/Communication Id: e1536f9d8d74-402c-9994-fa89714361dc/Marcus Estes,John Tolar,Timberly Lambert,Jennifer Alexander,Leif Shackelford,David Eagleson,Bren Norris | Marcus Estes <marcus.estes@metrc.com> | <marcus.estes@metrc.com>,John Tolar <john.tolar@metrc.com>,Timberly Lambert <timberly.lambert@metrc.com>,Jennifer Alexander,Leif Shackelford <leif.shackelford@metrc.com>,David Eagleson <David.Eagleson@metrc.com>,Bren Norris <bren.norris@metrc.com> | 12/7/2023 1:15 | 12/7/2023 1:15 |
| Call (Voicemail)/Thread Id: /Communication Id: 7892ccf8-aaa2-4df3-af17-63398fe1238d/Marcus Estes,Leif Shackelford | Marcus Estes <marcus.estes@metrc.com> | Marcus Estes <marcus.estes@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com> | 12/7/2023 0:42 | 12/7/2023 0:42 |
| Call (Voicemail)/Thread Id: /Communication Id: 587f76b1-e4fe-4c91-9b19-afa63836949d/Leif Shackelford,Marcus Estes | Leif Shackelford <leif.shackelford@metrc.com> | Leif Shackelford <leif.shackelford@metrc.com>,Marcus Estes <marcus.estes@metrc.com> | 12/7/2023 0:15 | 12/7/2023 0:15 |
| Call (Complete)/Thread Id: /Communication Id: 1bb6bcd8-425f-4ef1-ad22-30d911a8e792/Marcus Estes,Leif Shackelford | Marcus Estes <marcus.estes@metrc.com> | Marcus Estes <marcus.estes@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com> | 12/6/2023 22:24 | 12/6/2023 22:24 |
| JT - Out of Office | John Tolar <john.tolar@metrc.com> | Rod Aguilera <rod.aguilera@metrc.com>,Rick Chapman <Rick.Chapman@metrc.com>,Jesse Naranjo <Jesse.Naranjo@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com>,Jennifer Alexander <jennifer.alexander@metrc.com>,David Eagleson <David.Eagleson@metrc.com>,James Daley <james.daley@metrc.com>,Marcus Estes <marcus.estes@metrc.com> | 12/6/2023 13:10 | 12/6/2023 13:10 |
| Meeting (ScheduledMeeting)/Thread Id: 19:meeting_M2E4NThkNGItYY0Zi0DMjRiLWFmNGUtZjhOGM3M2Y0Yzim@thread.v2/Communication Id: 3753b8d0-df86-49cb-ad20-ab320b961229/teamsvisitor:a371053d9503440da596c253c3f48d4c,Marcus Estes,David Eagleson,teamsvisitor:b4... | Marcus Estes <marcus.estes@metrc.com> | teamsvisitor:a371053d9503440da596c253c3f48d4c,Marcus Estes <marcus.estes@metrc.com>,David Eagleson <David.Eagleson@metrc.com>,teamsvisitor:b4a912339751481bb9c13ad1511e5600,teamsvisitor:8c02e1134374beb83c34c9c84faBb19,Application on b1902c3e-b9f7-4650-9b23-5772bd429747 bdd75849-e0a6-4cce-8fc1-d7c0d4da43e5 | 12/6/2023 6:40 | 12/6/2023 6:40 |
| Meeting (ScheduledMeeting)/Thread Id: 19:meeting_MZEwVI1NmEtNzU1MC00MTBhLWIyZGQtNDlmYWQ2ZjMMSMmVj@thread.v2/Communication Id: 5bc0b856-056a-43f6-89cf-126b0ef78e72/Bren Norris,Robert Orler,Timberly Lambert,Ashley Holmes,Leif Shackelford,Marcus Estes | Marcus Estes <marcus.estes@metrc.com> | Bren Norris <bren.norris@metrc.com>,Robert Orler <robert.orler@holisticindustries.com>,Timberly Lambert <timberly.lambert@metrc.com>,Ashley Holmes <ashley.holmes@holisticindustries.com>,Leif Shackelford <leif.shackelford@metrc.com>,Marcus Estes <marcus.estes@metrc.com> | 12/6/2023 5:24 | 12/6/2023 5:24 |
| Meeting (RecurringMeeting)/Thread Id: 19:meeting_OWRkNGQ3MZEtMTAwZ00Y2ZlLThmNTgtNmEwNzA0ZjkzMjgz@thread.v2/Communication Id: 6896d41d-dac8-4f29-881f-e54f9000e558/Leif Shackelford,John Tolar,David Eagleson,Timberly Lambert,Marcus Estes,Bren Norris | Marcus Estes <marcus.estes@metrc.com> | Leif Shackelford <leif.shackelford@metrc.com>,John Tolar <john.tolar@metrc.com>,David Eagleson <David.Eagleson@metrc.com>,Timberly Lambert <timberly.lambert@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,Bren Norris <bren.norris@metrc.com> | 12/6/2023 4:06 | 12/6/2023 4:06 |
| Meeting (AdHocMeeting)/Thread Id: 19:8519dc9900cb406bb05aeba59220038d@thread.v2/Communication Id: e7abd196-c59f-4342-ae48-21f193d125fb/Marcus Estes,John Tolar,Leif Shackelford | Leif Shackelford <leif.shackelford@metrc.com> | Marcus Estes <marcus.estes@metrc.com>,John Tolar <john.tolar@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com> | 12/6/2023 2:44 | 12/6/2023 2:44 |
| Call (Complete)/Thread Id: /Communication Id: 3d21c0c0-9b88-44d0-ac5b-cf9fb816ba98/David Eagleson,Marcus Estes | David Eagleson <David.Eagleson@metrc.com> | David Eagleson <David.Eagleson@metrc.com>,Marcus Estes <marcus.estes@metrc.com> | 12/6/2023 2:30 | 12/6/2023 2:30 |

| | | | | | |
|---|---|---|---|---|---|
| Meeting (RecurringMeeting)/Thread Id: 19:meeting_MGUyM2E0YTgtZDA0YS00Y2U2LTlhMTEtYjk4YzBiMWRhNmQx@thread.v2/Communication Id: c62d3737-9333-4dbe-898a-81e7e87f4b9a/Laura Werner,Jesse Naranjo,Jean Robinson,Lauren Cole,David Eagleson,John Tolar,Marcus Est... | Laura Werner <laura.werner@metrc.com> | 90a6-4c0e-8fc5-d7c0d4da43e5,Laura Werner <laura.werner@metrc.com>,Jesse Naranjo <Jesse.Naranjo@metrc.com>,Jean Robinson <Jean.Robinson@metrc.com>,Lauren Cole <Lauren.Cole@metrc.com>,David Eagleson <David.Eagleson@metrc.com>,John Tolar <john.tolar@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com>,Application b1902c3e-b9f7-4650-9b23-5772bd429747,Andrea Kiehl <Andrea.Kiehl@metrc.com>,Blake Harbert <blake.harbert@metrc.com>,Michael Johnson <Michael.Johnson@metr | | 12/6/2023 1:45 | 12/6/2023 1:45 |
| Call (Voicemail)/Thread Id: /Communication Id: 63cbc065-0a17-4aaa-95a2-5cebf46943ad/Marcus Estes,Leif Shackelford | Marcus Estes <marcus.estes@metrc.com> | Marcus Estes <marcus.estes@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com> | | 12/5/2023 22:32 | 12/5/2023 22:32 |
| Call (Complete)/Thread Id: /Communication Id: 3442211c-99a2-44f9-8195-a999a439fa1b/Marcus Estes,Bren Norris | Marcus Estes <marcus.estes@metrc.com> | Marcus Estes <marcus.estes@metrc.com>,Bren Norris <bren.norris@metrc.com> | | 12/5/2023 20:23 | 12/5/2023 20:23 |
| Accepted: Retail ID Pilot Kickoff | David Eagleson </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=70B920BC0BBA4F C3AEA376EE4D78249D-DAVID.EAGLE> | Marcus Estes <marcus.estes@metrc.com> | | 12/5/2023 17:24 | 12/5/2023 17:24 |
| Retail ID Pilot Kickoff | Marcus Estes <marcus.estes@metrc.com> | Marcus Estes <marcus.estes@metrc.com>,Chris Emerson <chris@levelexperience.com>,Zack Gluck <zack@mettamedical.com>,Joseph Colombo <joseph@levelexperience.com>,vai@levelexperience.com,David Eagleson <David.Eagleson@metrc.com> | Zack Gluck <zack@levelexperience.com> | 12/5/2023 17:24 | 12/5/2023 17:24 |
| Accepted: GG Check-in / Temperature Check for Holistic Meeting | Marcus Estes <marcus.estes@metrc.com> | John Tolar <john.tolar@metrc.com> | | 12/5/2023 16:36 | 12/5/2023 16:36 |
| GG Check-in / Temperature Check for Holistic Meeting | John Tolar <john.tolar@metrc.com> | John Tolar <john.tolar@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com>,Bren Norris <bren.norris@metrc.com>,Timberly Lambert <timberly.lambert@metrc.com> | David Eagleson <David.Eagleson@metrc.com>,Jennifer Alexander <jennifer.alexander@metrc.com> | 12/5/2023 16:30 | 12/5/2023 16:30 |
| April Lunch & Learn - Jeffrey Wells, RFID | Laurin Bell <laurin.bell@metrc.com> | Metrc All Employees <MetrcAllEmployees@metrc.com>,Metrc All Contractors <MetrcAllContractors@metrc.com>,Brent Doherty <Brent.Doherty@metrc.com>,Ryan McCloskey <ryan.mccloskey@metrc.com>,Laura Werner <laura.werner@metrc.com>,Tirzah Alexander .com>,Tirzah Alexander <tirzah.alexander@metrc.com>,Joe Gaiters <joe.gaiters@metrc.com> | People and Culture <people@metrc.com>,Valerie Ledbetter <Valerie.Ledbetter@metrc.com>,Stan Johnson <Stan.Johnson@metrc.com>,Kevin Johnson <invalid:nomail>,Tina Pilkinton <Tina.Pilkinton@metrc.com>,Jaala Pruitt <Jaala.Pruitt@metrc.com>,John Tolar <john.tolar@metrc.com>,Dana Halsey <dana.halsey@metrc.com>,Brooke Solano <Brooke.Solano@metrc.com>,Izzy Villega <izzy.villega@metrc.com>,Carlee Weimer <carlee.weimer@metrc.com>,Chris Fisher <chris.fisher@metrc.com>,Donna Sanchez <donna.sanchez@metrc.com>,Amy Wilson <Amy.Wilson@metrc.com>,Rebecca Wiens <Rebecca.Wiens@metrc.com>,Taiwo Sokumbi <taiwo.sokumbi@metrc.com>,Wendi Odenhausen <wendi.odenhausen@metrc.com>,Jeff Wells <Jeff.Wells@metrc.com>,Jeanyfer Maier <jeanyfer.maier@metrc.com>,Jose Ballon <jose.ballon@metrc.com>,Taylor Anzo <Taylor.Anzo@metrc.com>,David Eagleson <David.Eagleson@metrc.com>,Joshua Farkas <Joshua.Farkas@metrc.com>,Jennifer Clements <Jennifer.Clements@metrc.com>,Debbie Rozen <Debbie.Rozen@metrc.com>,Ernie Francise <Ernie.Francise@metrc.com>,Michael Johnson <Michael.Johnson@metrc.com>,Jennifer LeCoche <Jennifer.LeCoche@metrc.com>,Adam Acre <adam.acre@metrc.com>,Cyrus Bahrassa <Cyrus.Bahrassa@metrc.com>,Vahid Ghafarpour <vahid.ghafarpour@metrc.com>,Brandon Zastrow <brandon.zastrow@metrc.com>,Drake Durant <drake.durant@cthru.com>,Abigail Dacus <Abigail.Dacus@metrc.com>,Antoaneta Perlmutter <antoaneta.perlmutter@metrc.com>,Karen Cheatham <karen.cheatham@metrc.com>,Cynthia Cole <Cynthia.Cole@metrc.com>,Jennifer Alexander <jennifer.alexander@metrc.com>,Brian Squires <brian.squires@metrc.com>,Laura Werner <laura.werner@metrc.com>,Brian Weatherill <Brian.Weatherill@metrc.com>,Archive-Shay Romine <Shay.Romine@metrc.com>,Susan Ford <susan.ford@metrc.com>,Joey Perdomo <Joey.Perdomo@metrc.com>,Jodi Wakham <jodi.wakham@metrc.com>,Jovanna McDevitt <jovanna.mcdevitt@metrc.com>,Matthew Keegan <Matthew.Keegan@metrc.com>,Lexie Castorela <Lexie.Castorela@metrc.com>,Arhlene Hubbard <Arhlene.Hubbard@metrc.com>,Chris Cox <chris.cox@metrc.com>,Cindy Register <cindy.register@metrc.com>,Teresa Cochran <teresa.cochran@metrc.com>,Morgan Mitchell <morgan.mitchell@metrc.com>,Dre McKee <Deidre.McKee@metrc.com>,Cody Henderson <cody.henderson@metrc.com>,Leisa Wortinger <Leisa.Wortinger@metrc.com>,Lauren Cole <Lauren.Cole@metrc.com>,Hannah Hodge <hannah.hodge@metrc.com>,Jesse Naranjo <Jesse.Naranjo@metrc.com>,Samantha Bassett <samantha.bassett@metrc.com>,David Urbanowicz <david.Urbanowicz@metrc.com>,Mallory Lancraft <mallory.lancraft@metrc.com>,Deonna Barrientos <Deonna.Barrientos@metrc.com>,Jason Wergin <jason.wergin@metrc.com>,Mali Moxley <mali.moxley@metrc.com>,David Rodriguez <david.rodriguez@metrc.com>,Shellie Owen | 12/5/2023 16:14 | 12/5/2023 16:14 |
| Metrc Onboarding | Archive-Shay Romine <Shay.Romine@metrc.com> | Marcus Estes <marcus.estes@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com> | People and Culture <people@metrc.com> | 12/5/2023 16:14 | 12/5/2023 16:14 |

| Subject | From | To / Recipients | Date | Date |
|---|---|---|---|---|
| Metrc brand refresh event | Laurin Bell <laurin.bell@metrc.com> | All <all@metrc.com> … (distribution list) | 12/5/2023 16:14 | 12/5/2023 16:14 |
| Innovation Update - People Leader Preview with Michael Johnson | Archive-Shay Romine <Shay.Romine@metrc.com> | People Leaders <peopleleader@metrc.com> … (distribution list) | 12/5/2023 16:14 | 12/5/2023 16:14 |
| Q2 Town Hall | Metrc Meeting <metrc.meeting@metrc.com> | Laurin Bell <laurin.bell@metrc.com>; David Rodriguez; Morgan Mitchell; Wendi Odenhausen; FinOps; Meeting Peripherals <metrc.meeting2@metrc.com> … (distribution list) | 12/5/2023 16:13 | 12/5/2023 16:13 |
| June Lunch & Learn: Metrc Brand Refresh | Laurin Bell <laurin.bell@metrc.com> | All <all@metrc.com> … (distribution list) | 12/5/2023 16:13 | 12/5/2023 16:13 |
| Form I-9 Q&A PM Session | People and Culture <people@metrc.com> | Cody Henderson <cody.henderson@metrc.com> … (distribution list) | 12/5/2023 16:12 | 12/5/2023 16:12 |
| Form I-9 Q&A AM Session | People and Culture <people@metrc.com> | Cody Henderson <cody.henderson@metrc.com> … (distribution list) | 12/5/2023 16:12 | 12/5/2023 16:12 |
| Accepted: Metrc <--> Holistic label Q&A | Timberly Lambert </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e62be7ff08084434814817c5340b6b801-timberly.la> | Marcus Estes <marcus.estes@metrc.com> | 12/5/2023 14:04 | 12/5/2023 14:04 |
| Meeting (AdHocMeeting)/Thread Id: 19:d93b15f46c94437eaef75f8df120b86e@thread.v2/Communication Id: 3c96d553-eff7-4654-a9c8-cf7b2c548c6a/Bren Norris,Timberly Lambert,Marcus Estes,Leif Shackelford | Leif Shackelford <leif.shackelford@metrc.com> | Bren Norris <bren.norris@metrc.com>; Timberly Lambert <timberly.lambert@metrc.com>; Marcus Estes <marcus.estes@metrc.com>; Leif Shackelford <leif.shackelford@metrc.com> | 12/5/2023 7:04 | 12/5/2023 7:04 |
| Meeting (RecurringMeeting)/Thread Id: 19:meeting_ZGQ4NGQwODctZTZjMC00OTM0LWJiOTgtZWY0YjY0ZmFhN2U0@thread.v2/Communication Id: d45a0c1a-edc0-4291-ab05-3bda8c53c98b/James Daley | Marcus Estes <marcus.estes@metrc.com> | James Daley <james.daley@metrc.com> | 12/5/2023 4:21 | 12/5/2023 4:21 |
| Meeting (RecurringMeeting)/Thread Id: 19:meeting_ZGQ4NGQwODctZTZjMC00OTM0LWJiOTgtZWY0YjY0ZmFhN2U0@thread.v2/Communication Id: 8379d0cd-aa3c-439e-bbf0-61718bee68eb/Marcus Estes,James Daley | Marcus Estes <marcus.estes@metrc.com> | Marcus Estes <marcus.estes@metrc.com>; James Daley <james.daley@metrc.com> | 12/5/2023 3:58 | 12/5/2023 3:58 |
| Meeting (RecurringMeeting)/Thread Id: 19:meeting_OWRkNGQ3M2EtMTAwZ00YZ2LThmNTgtNmEwNzA0ZjkcMjgz@thread.v2/Communication Id: c0ceeb44-9b77-45eb-a9fc-4d6fb61fecfe/Marcus Estes,Leif Shackelford | Marcus Estes <marcus.estes@metrc.com> | Marcus Estes <marcus.estes@metrc.com>; Leif Shackelford <leif.shackelford@metrc.com> | 12/5/2023 3:02 | 12/5/2023 3:02 |

| | | | | | |
|---|---|---|---|---|---|
| Meeting (Escalation, AdHocMeeting)/Thread Id: 19:d93b15f46c94437eaef75f8df120b86e@thread.v2/Communication Id: 00e4251e-379c-43e0-a6db-abb9b7565892a/Timberly Lambert,Leif Shackelford,Marcus Estes,Bren Norris | Timberly Lambert <timberly.lambert@metrc.com> | Timberly Lambert <timberly.lambert@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,Bren Norris <bren.norris@metrc.com > | | 12/5/2023 1:52 | 12/5/2023 1:52 |
| Metrc <--> Holistic label Q&A | Marcus Estes <marcus.estes@metrc.com> | Marcus Estes <marcus.estes@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com>,robert.orler@holisticindustries.com,Timberly Lambert <timberly.lambert@metrc.com>,Bren Norris <bren.norris@metrc.com >,Ashley Holmes <ashley.holmes@holisticindustries.com> | | 12/5/2023 1:18 | 12/5/2023 1:18 |
| Accepted: Chroma <--> Glass House label kickoff | David Eagleson </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=708920BC08BA4F C3AEA376EE4D78249D-DAVID.EAGLE> | Marcus Estes <marcus@chroma.io> | | 12/4/2023 21:30 | 12/4/2023 21:30 |
| Chroma <--> Glass House label kickoff | Marcus Estes <marcus@chroma.io> | Marcus Estes <marcus@chroma.io>,mescalante@glasshousegroup.com,mrorales-moreno@glasshousegroup.com,morgan@glasshousegroup.com | imanescala@glasshousegroup.com,shariq@glasshousegroup.com,David Eagleson <David.Eagleson@metrc.com>,Leif Shackelford <leif@chroma.io> | 12/4/2023 21:20 | 12/4/2023 21:20 |
| Invitation: Chroma <--> Glass House label kickoff @ Tue Dec 5, 2023 1pm - 2pm (PST) (david.eagleson@metrc.com) | Marcus Estes <marcus@chroma.io> | Marcus Estes <marcus@chroma.io>,mrorales-moreno@glasshousegroup.com,morgan@glasshousegroup.com | imanescala@glasshousegroup.com,shariq@glasshousegroup.com,David Eagleson <David.Eagleson@metrc.com>,Leif Shackelford <leif@chroma.io> | 12/4/2023 21:20 | 12/4/2023 21:20 |
| Green Glove Requirements Refinement | Jennifer Alexander <jennifer.alexander@metrc.com> | Jennifer Alexander <jennifer.alexander@metrc.com>,Bren Norris <bren.norris@metrc.com >,John Tolar <john.tolar@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,Timberly Lambert <timberly.lambert@metrc.com> | Sam Peterson <Sam.Peterson@metrc.com>,Jesse Naranjo <jesse.naranjo@metrc.com>,James Daley <James.Daley@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com>,David Eagleson <david.eagleson@metrc.com> | 12/4/2023 14:19 | 12/4/2023 14:19 |
| OOO Plumbing Issues | Jennifer Alexander <jennifer.alexander@metrc.com> | Jennifer Alexander <jennifer.alexander@metrc.com>,James Daley <james.daley@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,John Tolar <john.tolar@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com>,Bren Norris <bren.norris@metrc.com >,Timberly Lambert <timberly.lambert@metrc.com>,Adem Karapinar <adem.karapinar@metrc.com>,David Rodriguez <david.rodriguez@metrc.com>,Jose Ballon <jose.ballon@metrc.com > | | 12/4/2023 11:24 | 12/4/2023 11:24 |
| Tentative: Green Glove office hours | James Daley </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=30C6B017B1454 DB45598FF0C1811FB01-E528B214-E4> | Marcus Estes <marcus.estes@metrc.com> | | 12/3/2023 18:51 | 12/3/2023 18:51 |
| Meeting (AdHocMeeting)/Thread Id: 19:1b7a74c4f888474a916d18000b07bc92@thread.v2/Communication Id: 81d2f7b0-9946-46ff-a1d3-48e0dba4ddab/Marcus Estes,Timberly Lambert,Leif Shackelford,David Rodriguez,Bren Norris,Jennifer Alexander,John Tolar,Jose Ballon,... | John Tolar <john.tolar@metrc.com> | Marcus Estes <marcus.estes@metrc.com>,Timberly Lambert <timberly.lambert@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com>,David Rodriguez <david.rodriguez@metrc.com>,Bren Norris <bren.norris@metrc.com >,Jennifer Alexander <jennifer.alexander@metrc.com>,John Tolar <john.tolar@metrc.com>,Jose Ballon <jose.ballon@metrc.com >,Adem Karapinar <adem.karapinar@metrc.com> | | 12/1/2023 23:19 | 12/1/2023 23:19 |

| Subject | From | To | Date | Date |
|---|---|---|---|---|
| Meeting (ScheduledMeeting)/Thread Id: 19.meeting_ZjFlZDE0NGUtOTkxZi00ZWVjLTkyNWEtZGI2OGMwYmE5YTg0@thread.v2/Communication Id: 5d91c152-8d91-4e21-90f3-452eb8e98051/Antoaneta Perlmutter,Rashawn Raiford,Alison Ohara,Arhlene Hubbard,Joey Perdomo,Phill Valo... | Theresa Jacobowitz <Theresa.Jacobowitz@bbrown.com> | Antoaneta.perlmutter@metrc.com>,Rashawn Raiford <rashawn.raiford@metrc.com>,Alison Ohara <Alison.OHara@metrc.com>,Arhlene Hubbard <Arhlene.Hubbard@metrc.com>,Joey Perdomo <Joey.Perdomo@metrc.com>,Phill Valoyi <phill.valoyi@metrc.com>,Kadin Dixon <Kadin.Dixon@metrc.com>,Jennifer Clements <Jennifer.Clements@metrc.com>,April Michaels <april.michaels@metrc.com>,Premaa Agarwal <Premaa.Agarwal@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,Juliana Bishop <Juliana.Bishop@metrc.com>,Jason Wergin <jason.wergin@metrc.com>,Darryl Robinson <darryl.robinson@metrc. | 12/1/2023 6:21 | 12/1/2023 6:21 |
| Meeting (RecurringMeeting)/Thread Id: 19.meeting_OGYyYTBlYYtNGVkOS00YWUxLThhZmItZjEzNjE0M2FhMmM4@thread.v2/Communication Id: c80efb5d-4972-435b-a0fa-705ff9bd949a/Jason Wergin,Joe Beckner,Darryl Robinson,Munira Ali-Ginna,Arifuzzaman,Arpit Desai,Cindy R... | James Daley <james.daley@metrc.com> | jason.wergin@metrc.com>,Joe Beckner <joe.beckner@metrc.com>,Darryl Robinson <darryl.robinson@metrc.com>,Munira Ali-Ginna <munira.aliginna@metrc.com>,Arifuzzaman <arifuzzaman@metrc.com>,Arpit Desai <arpit.desai@metrc.com>,Cindy Register <cindy.register@metrc.com>,Monica Ancu <monica.ancu@metrc.com>,Amit Ramaiya <amit.ramaiya@metrc.com>,Taiwo Sokumbi <taiwo.sokumbi@metrc.com>,Application bdd75849-e0a6-4cce-8fc1-d7c0d4da43e5,Application b1902c3e-b9f7-4650-9b23-5772bd429747,Raisel Martell <raisel.martell@metrc.c | 12/1/2023 6:09 | 12/1/2023 6:09 |
| Labels for MD take 2 - Holistic Industries / Metrc | Stacy Groleau <stacy.groleau@holisticindustries.com> | John Brown2 <john.brown@holisticindustries.com>,Ryan Fink <Ryan.Fink@holisticindustries.com>,Robert Orler <robert.orler@holisticindustries.com>,Jennifer Alexander <jennifer.alexander@metrc.com>,Jesse Naranjo <Jesse.Naranjo@metrc.com>,John Tolar <john.tolar@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com>,Ashley Holmes <ashley.holmes@holisticindustries.com>,Marcus Estes <marcus.estes@metrc.com>,James Daley <james.daley@metrc.com>,Sam Peterson <Sam.Peterson@metrc.com> | 11/30/2023 18:32 | 11/30/2023 18:32 |
| Team GG Review | Jennifer Alexander <jennifer.alexander@metrc.com> | Marcus Estes <marcus.estes@metrc.com>,John Tolar <john.tolar@metrc.com>,Bren Norris <bren.norris@metrc.com>,Timberly Lambert <timberly.lambert@metrc.com> | James Daley <james.daley@metrc.com>,Jesse Naranjo <Jesse.Naranjo@metrc.com>,Sam Peterson <Sam.Peterson@metrc.com> | 11/29/2023 14:21 | 11/29/2023 14:22 |
| Call (Complete)/Thread Id: /Communication Id: 77869aea-03d1-45e9-a4fb-a5cfa0b51dac/Marcus Estes,Sam Peterson | Marcus Estes <marcus.estes@metrc.com> | Marcus Estes <marcus.estes@metrc.com>,Sam Peterson <Sam.Peterson@metrc.com> | 11/28/2023 21:11 | 11/28/2023 21:11 |

| | | | | |
|---|---|---|---|---|
| Labels for MD - Holistic Industries | Stacy Groleau <stacy.groleau@holisticindustries.com> | Stacy Groleau <stacy.groleau@holisticindustries.com>,John Brown2 <john.brown@holisticindustries.com>,Ryan Fink <Ryan.Fink@holisticindustries.com>,Robert Orler <robert.orler@holisticindustries.com>,Jennifer Alexander <jennifer.alexander@metrc.com>,Jesse Naranjo <Jesse.Naranjo@metrc.com>,John Tolar <john.tolar@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,James Daley <james.daley@metrc.com>,Sam Peterson <Sam.Peterson@metrc.com> | | 11/28/2023 19:04 | 11/28/2023 19:04 |
| Canceled: Green Glove Requirements Refinement | Jennifer Alexander <jennifer.alexander@metrc.com> | Bren Norris <bren.norris@metrc.com>,John Tolar <john.tolar@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,Timberly Lambert <timberly.lambert@metrc.com> | Sam Peterson <Sam.Peterson@metrc.com>,Jesse Naranjo <Jesse.Naranjo@metrc.com>,James Daley <james.daley@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com> | 11/28/2023 18:17 | 11/28/2023 18:17 |
| Meeting (AdHocMeeting)/Thread Id: 19:149d6bf83f374cc18f06fcf89866ec26@thread.v2/Communication Id: a0703b45-df6e-4b31-b9f2-4d0c51b6db1b/Jennifer Alexander,Marcus Estes,Timberly Lambert,Bren Norris | Marcus Estes <marcus.estes@metrc.com> | Jennifer Alexander <jennifer.alexander@metrc.com>,Application b1902c3e-b9f7-4650-9b23-5772bd429747,Application bdd75849-e0a6-4cce-8fc1-d7c0d4da43e5,Marcus Estes <marcus.estes@metrc.com>,Timberly Lambert <timberly.lambert@metrc.com>,Bren Norris <bren.norris@metrc.com> | | 11/28/2023 7:14 | 11/28/2023 7:14 |
| Green Glove Requirements Refinement Part 2 - Carry Over | Jennifer Alexander <jennifer.alexander@metrc.com> | Jennifer Alexander <jennifer.alexander@metrc.com>,Bren Norris <bren.norris@metrc.com>,John Tolar <john.tolar@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,Timberly Lambert <timberly.lambert@metrc.com> | Leif Shackelford <leif.shackelford@metrc.com>,Sam Peterson <Sam.Peterson@metrc.com>,Jesse Naranjo <jesse.naranjo@metrc.com>,James Daley <James.Daley@metrc.com> | 11/28/2023 0:42 | 11/28/2023 0:42 |
| Meeting (ScheduledMeeting)/Thread Id: 19:meeting_OTJhZTUxMGItNzgwNi00YmI4LWJlZDctMDNjODk0NTJhNjM1@thread.v2/Communication Id: 052a7733-f378-4dd5-bfaa-fe6b3e9fb10a/Marcus Estes,Bren Norris,Jennifer Alexander | Jennifer Alexander <jennifer.alexander@metrc.com> | Marcus Estes <marcus.estes@metrc.com>,Application bdd75849-e0a6-4cce-8fc1-d7c0d4da43e5,Bren Norris <bren.norris@metrc.com>,Jennifer Alexander <jennifer.alexander@metrc.com>,Application b1902c3e-b9f7-4650-9b23-5772bd429747 | | 11/23/2023 5:31 | 11/23/2023 5:31 |
| Meeting (ScheduledMeeting)/Thread Id: 19:meeting_MzJjNmZhZDgtODA0Yy00NTFiLTkxYWItMzhjNmZjN2U1N2Uz@thread.v2/Communication Id: 7e83cbcb-5bb3-4ec0-86db-f0063fa71bf1/David Eagleson,Marcus Estes | David Eagleson <David.Eagleson@metrc.com> | David Eagleson <David.Eagleson@metrc.com>,Marcus Estes <marcus.estes@metrc.com> | | 11/23/2023 2:18 | 11/23/2023 2:18 |
| GG Business Requirement Refinement | Jennifer Alexander <jennifer.alexander@metrc.com> | Marcus Estes <marcus.estes@metrc.com>,Bren Norris <bren.norris@metrc.com> | James Daley <james.daley@metrc.com>,Timberly Lambert <timberly.lambert@metrc.com>,Sam Peterson <Sam.Peterson@metrc.com> | 11/22/2023 19:39 | 11/22/2023 19:39 |
| Accepted: Metrc 2024 Employee Benefits Presentation (2 of 2) | Marcus Estes <marcus.estes@metrc.com> | People and Culture <people@metrc.com> | | 11/22/2023 19:25 | 11/22/2023 19:25 |
| Accepted: Metrc 2024 Employee Benefits Presentation (1 of 2) | Marcus Estes <marcus.estes@metrc.com> | People and Culture <people@metrc.com> | | 11/22/2023 19:25 | 11/22/2023 19:25 |
| Metrc 2024 Employee Benefits Presentation (2 of 2) | People and Culture <people@metrc.com> | People and Culture <people@metrc.com> | Metrc All Employees <MetrcAllEmployees@metrc.com>,Charmaine Martinez <charmaine.martinez@metrc.com>,Lisam Dimar <lisam.dimar@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,Brianna Phy <brianna.phy@metrc.com>,Joe Beckner <joe.beckner@metrc.com>,David Eagleson <David.Eagleson@metrc.com>,Arhlene Hubbard <Arhlene.Hubbard@metrc.com>,Nicholas Salyers <nick.salyers@metrc.com>,Brian Weatherill <Brian.Weatherill@metrc.com>,Phill Valoyi <phill.valoyi@metrc.com>,Sam Peterson <Sam.Peterson@metrc.com>,Bryan Roecker <bryan.roecker@metrc.com>,Joey Perdomo <Joey.Perdomo@metrc.com>,Shellie Owen <Shellie.Owen@metrc.com>,Prernaa Agarwal <Prernaa.Agarwal@metrc.com>,Leisa Wortinger <Leisa.Wortinger@metrc.com>,Audrey Prior <audrey.prior@metrc.com>,Brian Squires <brian.squires@metrc.com>,Michael Johnson <Michael.Johnson@metrc.com>,Taiwo Sokumbi <taiwo.sokumbi@metrc.com>,Tina Pilkinton <Tina.Pilkinton@metrc.com>,Cynthia Cole <Cynthia.Cole@metrc.com>,Ernie Francise <Ernie.Francise@metrc.com>,Jeff Wells <Jeff.Wells@metrc.com>,Morgan Mitchell <morgan.mitchell@metrc.com>,Chris DeGroote | 11/22/2023 19:25 | 11/22/2023 19:25 |

| Subject | From | To | CC | Date | Date |
|---|---|---|---|---|---|
| Chroma API Needs | Jesse Naranjo <Jesse.Naranjo@metrc.com> | <leif.shackelford@metrc.com>,Rick Chapman <Rick.Chapman@metrc.com>,Rod Aguilera <rod.aguilera@metrc.com> | Marcus Estes <marcus.estes@metrc.com> | 4/26/2023 18:26 | 4/26/2023 18:26 |
| Accepted: Marcus / Sam - 1 on 1 | Marcus Estes <marcus.estes@metrc.com> | Sam Peterson <Sam.Peterson@metrc.com> | | 4/26/2023 17:32 | 4/26/2023 17:32 |
| Marcus / Sam - 1 on 1 | Sam Peterson <Sam.Peterson@metrc.com> | Marcus Estes <marcus.estes@metrc.com> | | 4/26/2023 16:45 | 4/26/2023 16:45 |
| Meeting (None)/Thread Id: /Communication Id: 77b29ec1-4d22-4cc2-bb08-117ba6517a38/Leif Shackelford,Jesse Naranjo,Marcus Estes,Sam Peterson,Brian Weatherill,James Daley,Blake Harbert | Sam Peterson <Sam.Peterson@metrc.com> | Leif Shackelford <leif.shackelford@metrc.com>,Jesse Naranjo <Jesse.Naranjo@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,Sam Peterson <Sam.Peterson@metrc.com>,Brian Weatherill <Brian.Weatherill@metrc.com>,James Daley <james.daley@metrc.com>,Blake Harbert <blake.harbert@metrc.com> | | 4/26/2023 8:27 | 4/26/2023 8:27 |
| Meeting (ScheduledMeeting)/Thread Id: 19:meeting_Mzk4Mzk1MzUtMjQwNC00NGE5LWExMzYtYTM3M2ZlZmFlZWZj@thread.v2/Communication Id: f24575e2-d607-44b8-a098-4c176483zec1/Lewis Koski,Sam Peterson,Leif Shackelford,Laura Werner,Andrea Kiehl,Kevin Johnson,Shay Ro... | Laurin Bell <laurin.bell@metrc.com> | <Lewis.Koski@metrc.com>,Sam Peterson <Sam.Peterson@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com>,Laura Werner <laura.werner@metrc.com>,Application 9e133cac-5238-4d1e-aaa0-d8ff4ca23f4e,Andrea Kiehl <Andrea.Kiehl@metrc.com>,Kevin Johnson <kevin.johnson@metrc.com>,Shay Romine <Shay.Romine@metrc.com>,+17274880076,Lauren Cole <Lauren.Cole@metrc.com>,Audrey Prior <audrey.prior@metrc.com>,Matt Greene <Matt.Greene@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,Justin Green <Justin.Green@metrc.com>,David Urbanowicz | | 4/26/2023 3:39 | 4/26/2023 3:39 |
| Meeting (ScheduledMeeting)/Thread Id: 19:meeting_OWY5MWNhODltNjBiYS00ZmRmLThlMWEtMzkxZjhOWVmNjEy@thread.v2/Communication Id: 73bd42a2-9cbe-4415-bf90-3bc0e021ce79/James Daley,Blake Harbert,Leif Shackelford,Marcus Estes,David Eagleson | Blake Harbert <blake.harbert@metrc.com> | James Daley <james.daley@metrc.com>,Blake Harbert <blake.harbert@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,David Eagleson <David.Eagleson@metrc.com> | | 4/26/2023 1:57 | 4/26/2023 1:57 |
| Comet Integration | Sam Peterson <Sam.Peterson@metrc.com> | Sam Peterson <Sam.Peterson@metrc.com>,James Daley <james.daley@metrc.com>,Jesse Naranjo <Jesse.Naranjo@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,Brian Weatherill <Brian.Weatherill@metrc.com> | David Eagleson <David.Eagleson@metrc.com>,Blake Harbert <blake.harbert@metrc.com> | 4/25/2023 17:44 | 4/25/2023 17:44 |
| Accepted: Invention Timing Discussion | Marcus Estes <marcus.estes@metrc.com> | Andrea Kiehl <Andrea.Kiehl@metrc.com> | | 4/25/2023 14:38 | 4/25/2023 14:38 |
| Invention Timing Discussion | Andrea Kiehl <Andrea.Kiehl@metrc.com> | Andrea Kiehl <Andrea.Kiehl@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com> | Sam Peterson <Sam.Peterson@metrc.com> | 4/25/2023 13:57 | 4/25/2023 13:57 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Integration Kick Off | Laurin Bell <laurin.bell@metrc.com> | ;laurin.bell@metrc.com ;Sam Peterson <Sam.Peterson@metrc.c om>;Justin Green <justin.green@metrc.co m>;Lewis Koski <lewis.koski@metrc.com >;Lauren Cole <lauren.cole@metrc.com >;Audrey Prior <audrey.prior@metrc.co m>,Andrea Kiehl <andrea.kiehl@metrc.co m>,Matt Greene <Matt.Greene@metrc.co m>,Wendi Odenhausen <wendi.odenhausen@m etrc.com>,Blake Harbert <blake.harbert@metrc.c om>,Shay Romine <shay.romine@metrc.co m>,Kevin Johnson <kevin.johnson@metrc.c om>,Robert Loviska <robert.loviska@metrc.c om>,David Urbanowicz <david.urbanowicz@met rc.com>,Laura Werner | Marcus Estes <marcus.estes@metrc.com>,Leif Shackelford <leif.shackelford@metrc.com> | | 4/25/2023 13:02 | 4/25/2023 13:02 |
| Meeting (ScheduledMeeting)/Thread Id: 19:meeting_MGI2ODctZDktNDU4Ny00MTBmLThhYWUtODc0NTlODIyYjMy@thre ad.v2/Communication Id: 31a5fb96-18b7-44de-be2a-b24c14c9db8f/Matt Greene,Laura Werner,Audrey Prior,Sam Peterson,Marcus Estes,Blake Harbert,Leif Shacke... | Blake Harbert <blake.harbert@metrc.com> | Matt Greene <Matt.Greene@metrc.co m>,Laura Werner <laura.werner@metrc.co m>,Audrey Prior <audrey.prior@metrc.co m>,Sam Peterson <Sam.Peterson@metrc.c om>,Marcus Estes <marcus.estes@metrc.c om>,Blake Harbert <blake.harbert@metrc.c om>,Leif Shackelford <leif.shackelford@metrc. com> | | | 4/25/2023 1:51 | 4/25/2023 1:51 |
| Accepted: Comet Integration | Marcus Estes <marcus.estes@metrc.com> | Sam Peterson <Sam.Peterson@metrc.c om> | | | 4/24/2023 20:32 | 4/24/2023 20:33 |
| Accepted: Comet - GTM | Marcus Estes <marcus.estes@metrc.com> | Blake Harbert <blake.harbert@metrc.c om> | | | 4/24/2023 16:22 | 4/24/2023 16:22 |
| Comet - GTM | Blake Harbert <blake.harbert@metrc.com> | Blake Harbert <blake.harbert@metrc.c om>,Sam Peterson <Sam.Peterson@metrc.c om>,Matt Greene <Matt.Greene@metrc.co m>,Audrey Prior <audrey.prior@metrc.co m>,Marcus Estes <marcus.estes@metrc.c om>,Leif Shackelford <leif.shackelford@metrc. com> | Laura Werner <laura.werner@metrc.com> | | 4/24/2023 15:04 | 4/24/2023 15:04 |
| Canceled: Comet - GTM | Blake Harbert </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D1EED0710644 B24BFE2F9565DAC280B-BLAKE HARBE> | Marcus Estes <marcus@chroma.xo,Le if Shackelford <leif@chroma.xo> | | | 4/24/2023 15:04 | 4/24/2023 15:03 |
| Accepted: IL Labeling Requirements | Marcus Estes <marcus.estes@metrc.com> | Blake Harbert <blake.harbert@metrc.c om> | | | 4/21/2023 22:05 | 4/21/2023 22:05 |
| James Daley Product Reviews | James Daley <james.daley@metrc.com> | (dense recipient list) | | | 4/21/2023 18:57 | 4/21/2023 18:57 |
| FW: Integration Kick Off | Blake Harbert </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D1EED0710644 B24BFE2F9565DAC280B-BLAKE HARBE> | Marcus Estes <marcus.estes@metrc.c om> | | | 4/21/2023 18:17 | 4/21/2023 18:17 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IL Labeling Requirements | Blake Harbert <blake.harbert@metrc.com> | <blake.harbert@metrc.com>,James Daley <james.Daley@metrc.com>,David Eagleson <david.eagleson@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,Leif Shackelford <leif@chroma.io> | David Urbanowicz <david.urbanowicz@metrc.com> | | | 4/21/2023 18:15 | 4/21/2023 18:15 |
| Accepted: Integration - Gov Affairs @ Fri Apr 21, 2023 10am - 11am (PDT) (Blake Harbert) | Google Calendar <calendar-notification@google.com> | Blake Harbert <blake.harbert@metrc.com> | | | | 4/21/2023 16:21 | 4/21/2023 16:21 |
| Integration - Gov Affairs | Blake Harbert <blake.harbert@metrc.com> | David Urbanowicz <David.Urbanowicz@metrc.com>,Marcus Estes <marcus@chroma.io>,Leif Shackelford <leif@chroma.io> | | | | 4/21/2023 16:21 | 4/21/2023 16:21 |
| Accepted: Integration Strategy @ Wed Apr 19, 2023 10am - 11:30am (PDT) (Blake Harbert) | Google Calendar <calendar-notification@google.com> | Blake Harbert <blake.harbert@metrc.com> | | | | 4/18/2023 16:40 | 4/18/2023 16:40 |
| Integration Strategy | Blake Harbert </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D1EED07106A4 8248FE2F9565DAC280B-BLAKE HARBE> | Marcus Estes <marcus@chroma.io>,Leif Shackelford <leif@chroma.io> | | | | 4/18/2023 16:33 | 4/18/2023 16:33 |
| Accepted: Comms Connect @ Mon Apr 17, 2023 12:30pm - 12:45pm (PDT) (Blake Harbert) | Google Calendar <calendar-notification@google.com> | Blake Harbert <blake.harbert@metrc.com> | | | | 4/17/2023 18:33 | 4/17/2023 18:33 |
| Comms Connect | Blake Harbert <blake.harbert@metrc.com> | Audrey Prior <audrey.prior@metrc.com> | Shay Romine <Shay.Romine@metrc.com>,Marcus Estes <marcus@chroma.io> | | | 4/17/2023 18:24 | 4/17/2023 18:24 |
| Accepted: FW: Comms Connect @ Mon Apr 17, 2023 12:30pm - 12:45pm (PDT) (Blake Harbert) | Google Calendar <calendar-notification@google.com> | Blake Harbert <blake.harbert@metrc.com> | | | | 4/17/2023 18:21 | 4/17/2023 18:21 |
| FW: Comms Connect | Blake Harbert </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D1EED07106A4 8248FE2F9565DAC280B-BLAKE HARBE> | Marcus Estes <marcus@chroma.io> | | | | 4/17/2023 18:21 | 4/17/2023 18:21 |
| Accepted: Comet - GTM @ Mon Apr 24, 2023 10am - 10:30am (PDT) (Blake Harbert) | Google Calendar <calendar-notification@google.com> | Blake Harbert <blake.harbert@metrc.com> | | | | 4/13/2023 19:24 | 4/13/2023 19:24 |
| Accepted: Comet - GTM @ Thu Apr 13, 2023 1:30pm - 2pm (PDT) (Blake Harbert) | Google Calendar <calendar-notification@google.com> | Blake Harbert <blake.harbert@metrc.com> | | | | 4/10/2023 19:12 | 4/10/2023 19:13 |
| Accepted: Comet - GTM @ Mon Apr 10, 2023 12pm - 12:30pm (PDT) (Blake Harbert) | Google Calendar <calendar-notification@google.com> | Blake Harbert <blake.harbert@metrc.com> | | | | 4/10/2023 18:52 | 4/10/2023 18:52 |
| Canceled: Comet Daily | Blake Harbert <blake.harbert@metrc.com> | Marcus Estes <marcus@chroma.io> | Sam Peterson <Sam.Peterson@metrc.com>,Justin Green <Justin.Green@metrc.com>,Andrea Kiehl <Andrea.Kiehl@metrc.com>,Michael Johnson <Michael.Johnson@metrc.com> | | | 4/3/2023 16:34 | 4/3/2023 16:34 |
| Accepted: Comet Daily @ Wed Mar 29, 2023 10am - 10:30am (PDT) (Blake Harbert) | Google Calendar <calendar-notification@google.com> | Blake Harbert <blake.harbert@metrc.com> | | | | 3/29/2023 16:09 | 3/29/2023 16:09 |
| Comet Daily | Blake Harbert <blake.harbert@metrc.com> | Blake Harbert <blake.harbert@metrc.com>,Marcus Estes <marcus@chroma.io> | Sam Peterson <Sam.Peterson@metrc.com>,Justin Green <Justin.Green@metrc.com>,Andrea Kiehl <Andrea.Kiehl@metrc.com>,Michael Johnson <Michael.Johnson@metrc.com> | | | 3/29/2023 15:28 | 3/29/2023 15:28 |
| Accepted: Comet Daily @ Wed Mar 22, 2023 10am - 11am (PDT) (Blake Harbert) | Google Calendar <calendar-notification@google.com> | Blake Harbert <blake.harbert@metrc.com> | | | | 3/22/2023 15:59 | 3/22/2023 15:59 |
| HOLD for MJ AMA | Laurin Bell <laurin.bell@metrc.com> | Laurin Bell <laurin.bell@metrc.com>,Metrc All Employees <MetrcAllEmployees@metrc.com>,Metrc All Contractors <MetrcAllContractors@metrc.com>,Shay Romine <Shay.Romine@metrc.com> | FinOps <FinOps@metrc.com>,Kevin Johnson <kevin.johnson@metrc.com>,John Tolar <john.tolar@metrc.com>,Shannon Haines <Shannon.Haines@metrc.com>,Swapna Nair <swapna.nair@metrc.com>,Teresa Cochran <teresa.cochran@metrc.com>,Arhlene Hubbard <Arhlene.Hubbard@metrc.com>,Casey Weaver <casey.weaver@metrc.com>,David Urbanowicz <David.Urbanowicz@metrc.com>,Jennifer LeCoche <Jennifer.LeCoche@metrc.com>,James Lindquist <james.lindquist@metrc.com>,Michael Johnson <Michael.Johnson@metrc.com>,David Eagleson <David.Eagleson@metrc.com>,Carlee Weimer <carlee.weimer@metrc.com>,Jose Ballon <jose.ballon@metrc.com>,Sebastian Larrea <sebastian.larrea@metrc.com>,Lewis Koski <Lewis.Koski@metrc.com>,Jeff Wells <jeff.wells@metrc.com>,Sam Peterson <Sam.Peterson@metrc.com>,Marcus Estes <marcus.estes@metrc.com>,Mali Moxley <mali.moxley@metrc.com>,Thomas Haynie <thomas.haynie@metrc.com>,Tina Pilkinton <Tina.Pilkinton@metrc.com>,Jodi Wakham <jodi.wakham@metrc.com>,Joshua Miller <joshua.miller@metrc.com>,Debbie Rozen <Debbie.Rozen@metrc.com>,Cyrus Bahrassa <Cyrus.Bahrassa@metrc.com>,Wendi Odenhausen <wendi.odenhausen@metrc.com>,Ellard Douglas <ellard.douglas@metrc.com>,Brian Weatherill <Brian.Weatherill@metrc.com>,Brian Squires <brian.squires@metrc.com>,David Rodriguez <david.rodriguez@metrc.com>,Donna Sanchez <donna.sanchez@metrc.com>,Jennifer Clements <Jennifer.Clements@metrc.com>,Chris Degroote <chris.degroote@metrc.com>,Faith Bruner <faith.bruner@metrc.com>,Steve Shirley <Steve.Shirley@metrc.com>,Cindy Register <cindy.register@metrc.com>,Susan White <Susan.White@metrc.com>,Jessica Hayes <jessica.hayes@metrc.com>,April Michaels <april.michaels@metrc.com>,Brianna Phy <Brianna.Phy@metrc.com>,Deonna Barrientos <Deonna.Barrientos@metrc.com>,Jesse Naranjo <Jesse.Naranjo@metrc.com>,Lexie Castorela <Lexie.Castorela@metrc.com>,Jennifer Alexander | | | 3/16/2023 15:33 | 3/16/2023 15:33 |
| Accepted: Connect @ Mon Mar 6, 2023 1pm - 1:30pm (PST) (Michael Johnson) | Google Calendar <calendar-notification@google.com> | Michael Johnson <Michael.Johnson@metrc.com> | | | | 3/6/2023 1:19 | 3/6/2023 1:20 |
| Connect | Michael Johnson </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2C3D446A509C4 A5E832A3B179485846D-MICHAEL.JOH> | Michael Johnson <michael.johnson@metrc.com>,Marcus Estes <marcus@chroma.io> | | | | 3/6/2023 0:47 | 3/6/2023 0:47 |
| confirmed: Comet tech scan debrief | Matt Van Itallie <mvi@semasoftware.com> | Matt Van Itallie <mvi@semasoftware.com>,Andrea Kiehl <Andrea.Kiehl@metrc.com>,Sam Peterson <Sam.Peterson@metrc.com>,Jesse Naranjo <Jesse.Naranjo@metrc.com>,Marcus Estes <marcus@chroma.io>,Leif Shackelford <leif@chroma.io> | | | | 3/2/2023 18:11 | 3/2/2023 18:11 |
| Accepted: Comet - Technical Review @ Thu Mar 2, 2023 11:30am - 1pm (PST) (Blake Harbert) | Google Calendar <calendar-notification@google.com> | Blake Harbert <blake.harbert@metrc.com> | | | | 2/27/2023 19:46 | 2/27/2023 19:46 |

| Subject | Organizer | Attendees | Other | | Date | Date |
|---|---|---|---|---|---|---|
| | | <blake.harbert@metrc.c om>,Sam Peterson <Sam.Peterson@metrc.c om>,Marcus Estes <marcus@chroma.io>,Le if Shackelford <leif@chroma.io>,Jesse Naranjo <jesse.naranjo@metrc.c om>,Brian Weatherill <brian.weatherill@metrc | | | | |
| Comet - Technical Review | Blake Harbert <blake.harbert@metrc.com> | .com> | Andrea Kiehl <andrea.kiehl@metrc.com> | | 2/27/2023 19:30 | 2/27/2023 19:30 |
| Comet - Product Overview | Blake Harbert <blake.harbert@metrc.com> | Blake Harbert <blake.harbert@metrc.c om>,Sam Peterson <Sam.Peterson@metrc.c om>,James Daley <james.daley@metrc.co m>,Jesse Naranjo <jesse.Naranjo@metrc.c om>,Michael Johnson <Michael.Johnson@metr c.com>,Marcus Estes <marcus@chroma.io> | Justin Green <Justin.Green@metrc.com>,Audrey Prior <audrey.prior@metrc.com>,Andrea Kiehl <Andrea.Kiehl@metrc.com>,Matt Greene <Matt.Greene@metrc.com> | | 2/23/2023 18:37 | 2/23/2023 18:37 |
| Accepted: Comet - Product Overview @ Thu Feb 23, 2023 10:30am - 12:30pm (PST) (Blake Harbert) | Google Calendar <calendar-notification@google.com> | Blake Harbert <blake.harbert@metrc.c om> | | | 2/21/2023 16:48 | 2/21/2023 16:48 |
| Accepted: Comet - Product Overview @ Fri Feb 24, 2023 10:30am - 12:30pm (PST) (Blake Harbert) | Google Calendar <calendar-notification@google.com> | Blake Harbert <blake.harbert@metrc.c om> | | | 2/20/2023 17:46 | 2/20/2023 17:46 |
| Blake Harbert Comet - Product Overview | Blake Harbert <blake.harbert@metrc.com> | Blake Harbert <blake.harbert@metrc.c om>,Sam Peterson <Sam.Peterson@metrc.c om>,James Daley <James.Daley@metrc.co m>,Jesse Naranjo <jesse.naranjo@metrc.c om>,Michael Johnson <michael.johnson@metr c.com>,Marcus Estes <marcus@chroma.io> | Justin Green <justin.green@metrc.com>,Audrey Prior <audrey.prior@metrc.com>,Andrea Kiehl <andrea.kiehl@metrc.com>,Matt Greene <Matt.Greene@metrc.com> | | 2/20/2023 17:46 | 2/20/2023 17:46 |
| Canceled: IP/Tech Discussion | Project Comet <comet@metrc.com> | Andrea Kiehl <andrea.kiehl@metrc.co m>,Sam Peterson <Sam.Peterson@metrc.c om>,Marcus Estes <marcus@chroma.io>,TB ianchi@siwip.com,mobla d@gunder.com,SteveDav is@perkinscoie.com,CCar lson@perkinscoie.com,h yu@gunder.com,dlim@g under.com,myang@gund er.com,Blake Harbert <blake.harbert@metrc.c om> | Alice J. Kuo <akuo@gunder.com>,Katie Gardner <kgardner@gunder.com>,Leif Shackelford <leif@chroma.io> | | 2/17/2023 18:35 | 2/17/2023 18:35 |
| IP/Tech Discussion | Blake Harbert <blake.harbert@metrc.com> | Andrea Kiehl <Andrea.Kiehl@metrc.co m>,Sam Peterson <Sam.Peterson@metrc.c om>,Marcus Estes <marcus@chroma.io>,TB ianchi@siwip.com,mobla d@gunder.com,SteveDav is@perkinscoie.com,CCar lson@perkinscoie.com,h yu@gunder.com,dlim@g under.com,myang@gund er.com,Blake Harbert <blake.harbert@metrc.c om> | Alice J. Kuo <akuo@gunder.com>,Katie Gardner <kgardner@gunder.com>,Leif Shackelford <leif@chroma.io> | | 2/17/2023 18:32 | 2/17/2023 18:32 |
| Accepted: IP/Tech Discussion @ Fri Feb 17, 2023 10:30am - 12pm (PST) (Project Comet) | Google Calendar <calendar-notification@google.com> | Project Comet <comet@metrc.com> | | | 2/16/2023 21:09 | 2/16/2023 21:09 |
| Accepted: Comet Daily @ Weekly from 9:30am to 10:30am on weekdays from Wed Feb 15 to Wed Aug 2 (PST) (Blake Harbert) | Google Calendar <calendar-notification@google.com> | Blake Harbert <blake.harbert@metrc.c om> | | | 2/15/2023 17:36 | 2/15/2023 17:36 |
| Accepted: Intro to Sema Software and Next Steps @ Thu Feb 16, 2023 11:30am - 11:55am (PST) (Sam Peterson) | Google Calendar <calendar-notification@google.com> | Sam Peterson <Sam.Peterson@metrc.c om> | | | 2/15/2023 17:36 | 2/15/2023 17:36 |
| Intro to Sema Software and Next Steps | Sam Peterson <Sam.Peterson@metrc.com> | Matt Van Hallie <mv@semasoftware.co m>,Marcus Estes <marcus@chroma.io> | | | 2/15/2023 14:01 | 2/15/2023 14:01 |
| Canceled: Commet Connect | Blake Harbert </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D1EED0710 6A4 B248FE2F9565DAC280B-BLAKE HARBE> | Marcus Estes <marcus@chroma.io> | | | 2/14/2023 20:59 | 2/14/2023 20:59 |
| Canceled: Comet Connect | Blake Harbert </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D1EED0710 6A4 B248FE2F9565DAC280B-BLAKE HARBE> | Marcus Estes <marcus@chroma.io> | | | 2/14/2023 20:59 | 2/14/2023 20:59 |
| Accepted: Diligence/Steps forward @ Tue Feb 14, 2023 11am - 11:45am (PST) (Justin Green) | Google Calendar <calendar-notification@google.com> | Justin Green <Justin.Green@metrc.co m> | | | 2/14/2023 16:47 | 2/14/2023 16:47 |
| Accepted: Marcus / Sam @ Tue Feb 14, 2023 12:30pm - 12:55pm (PST) (Sam Peterson) | Google Calendar <calendar-notification@google.com> | Sam Peterson <Sam.Peterson@metrc.c om> | | | 2/14/2023 16:47 | 2/14/2023 16:47 |

| Subject | Organizer | Attendees | Name | Date 1 | Date 2 |
|---|---|---|---|---|---|
| Diligence/Steps forward | Justin Green <Justin.Green@metrc.com> | <Justin.Green@metrc.com>,Marcus Estes <marcus@chroma.io> | Blake Harbert <blake.harbert@metrc.com> | 2/14/2023 13:52 | 2/14/2023 13:52 |
| Accepted: Commet Connect @ Weekly from 12:30pm to 1:30pm on Thursday from Thu Feb 16 to Thu Aug 3 (PST) (Blake Harbert) | Google Calendar <calendar-notification@google.com> | Blake Harbert <blake.harbert@metrc.com> | | 2/13/2023 17:08 | 2/13/2023 17:08 |
| Accepted: Comet Connect @ Weekly from 1pm to 2pm on Tuesday from Tue Feb 14 to Tue Aug 1 (PST) (Blake Harbert) | Google Calendar <calendar-notification@google.com> | Blake Harbert <blake.harbert@metrc.com> | | 2/13/2023 17:07 | 2/13/2023 17:07 |
| Commet Connect | Blake Harbert <blake.harbert@metrc.com> | Sam Peterson <Sam.Peterson@metrc.com>,Justin Green <Justin.Green@metrc.com>,Andrea Kiehl <Andrea.Kiehl@metrc.com>,Marcus Estes <marcus@chroma.io> | Michael Johnson <Michael.Johnson@metrc.com> | 2/13/2023 14:16 | 2/13/2023 14:16 |
| Comet Connect | Blake Harbert <blake.harbert@metrc.com> | Andrea Kiehl <Andrea.Kiehl@metrc.com>,Sam Peterson <Sam.Peterson@metrc.com>,Justin Green <Justin.Green@metrc.com>,Marcus Estes <marcus@chroma.io> | | 2/13/2023 14:15 | 2/13/2023 14:15 |
| Marcus <> Blake | Google Calendar <calendar-notification@google.com> Blake Harbert </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D1EED07106A4 B24BFE2F95650AC280B-BLAKE HARBE> | Blake Harbert <blake.harbert@metrc.com> Marcus Estes <marcus@chroma.io> | | 2/10/2023 22:45 2/10/2023 22:45 | 2/10/2023 22:45 2/10/2023 22:45 |
| Accepted: Sam / Marcus @ Mon Feb 13, 2023 8am - 8:25am (PST) (Sam Peterson) | Google Calendar <calendar-notification@google.com> | Sam Peterson <Sam.Peterson@metrc.com> | | 2/10/2023 22:23 | 2/10/2023 22:23 |
| Accepted: Chroma / Metrc @ Fri Feb 10, 2023 2pm - 2:25pm (PST) (Sam Peterson) | Google Calendar <calendar-notification@google.com> | Sam Peterson <Sam.Peterson@metrc.com> | | 2/10/2023 17:13 | 2/10/2023 17:14 |
| Chroma / Metrc | Sam Peterson <Sam.Peterson@metrc.com> | Marcus Estes <marcus@chroma.io>,Jesse Naranjo <Jesse.Naranjo@metrc.com> | | 2/10/2023 17:13 | 2/10/2023 17:13 |
| Accepted: Chroma / Metrc @ Fri Feb 10, 2023 9am - 9:25am (PST) (Sam Peterson) | Google Calendar <calendar-notification@google.com> | Sam Peterson <Sam.Peterson@metrc.com> | | 2/9/2023 17:22 | 2/9/2023 17:22 |
| Chroma + Treez + Glasshouse update | Marcus Estes <marcus@chroma.io> | Marcus Estes <marcus@chroma.io>,Jesse Naranjo <jesse.naranjo@metrc.com>,Treez Treez <hope@treez.io>,Sam Peterson <Sam.Peterson@metrc.com> | | 2/1/2023 3:32 | 2/1/2023 3:32 |
| Accepted: Chroma + Treez + Glasshouse update | Google Calendar <calendar-notification@google.com> Sam Peterson </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=21D6EDF90C674 S54B2ACC02FBE6D58CC-SAM PETERSO> | Marcus Estes <marcus@chroma.io> | | 2/1/2023 3:30 | 2/1/2023 3:30 |
| Invitation: Chroma + Treez + Glasshouse update @ Thu Feb 2, 2023 12pm - 12:30pm (PST) (sam.peterson@metrc.com) | Google Calendar <calendar-notification@google.com> | Treez Treez <hope@treez.io>,Sam Peterson <Sam.Peterson@metrc.com> | | 2/1/2023 3:28 | 2/1/2023 3:28 |
| Term sheet | Google Calendar <calendar-notification@google.com> Michael Johnson </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2C3D446A509C4 A5E832A3B17948S846D-MICHAEL.JOH> | Michael Johnson <Michael.Johnson@metrc.com> Marcus Estes <marcus@chroma.io> | | 1/19/2023 23:18 1/19/2023 23:18 | 1/19/2023 23:20 1/19/2023 23:18 |
| Happy new year / work proposal | Google Calendar <calendar-notification@google.com> Michael Johnson </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2C3D446A509C4 A5E832A3B17948S846D-MICHAEL.JOH> | Michael Johnson <Michael.Johnson@metrc.com> Michael Johnson <michael.johnson@metrc.com>,Marcus Estes <marcus@chroma.io> | | 1/3/2023 1:30 1/3/2023 1:30 | 1/3/2023 1:31 1/3/2023 1:30 |
| Next steps | Google Calendar <calendar-notification@google.com> Michael Johnson </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2C3D446A509C4 A5E832A3B17948S846D-MICHAEL.JOH> | Michael Johnson <Michael.Johnson@metrc.com> Marcus Estes <marcus@chroma.io> | | 12/15/2022 1:50 12/15/2022 1:46 | 12/15/2022 1:52 12/15/2022 1:46 |
| Invitation: Chroma Signet demo @ Tue Nov 22, 2022 2pm - 2:30pm (PST) (michael.johnson@metrc.com) | Google Calendar <calendar-notification@google.com> | Michael Johnson <Michael.Johnson@metrc.com> | | 11/21/2022 23:38 | 11/21/2022 23:38 |
| Metrc x Smart Cannabis | Google Calendar <calendar-notification@google.com> Michael Johnson </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2C3D446A509C4 A5E832A3B17948S846D-MICHAEL.JOH> | Michael Johnson <Michael.Johnson@metrc.com> Adie Rae <adie@smartcannabis.life> | Marcus Estes <marcus@chroma.io> | 11/9/2022 2:49 11/9/2022 2:49 | 11/9/2022 2:49 11/9/2022 2:48 |
| Request items | Google Calendar <calendar-notification@google.com> Michael Johnson </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2C3D446A509C4 A5E832A3B17948S846D-MICHAEL.JOH> | Michael Johnson <Michael.Johnson@metrc.com> Marcus Estes <marcus@chroma.io> | | 11/4/2022 18:32 11/4/2022 18:15 | 11/4/2022 18:32 11/4/2022 18:15 |

| Subject | From | To | | | Date | Date |
|---|---|---|---|---|---|---|
| Accepted: Chroma Signet x Metrc follow up | ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=21D6EDF90C674 554B2ACC02F8E6D58CC-SAM PETERSO> | Marcus Estes <marcus@chroma.io> | | | 10/19/2022 1:37 | 10/19/2022 1:37 |
| Chroma Signet x Metrc follow up | Marcus Estes <marcus@chroma.io> | Marcus Estes <marcus@chroma.io>,Sam Peterson <Sam.Peterson@metrc.com>,Michael Johnson <Michael.Johnson@metrc.com> | | | 10/19/2022 1:31 | 10/19/2022 1:31 |
| Invitation: Chroma Signet x Metrc follow up @ Wed Oct 19, 2022 2pm - 2:30pm (PDT) (sam.peterson@metrc.com) | Google Calendar <calendar-notification@google.com> | Sam Peterson <Sam.Peterson@metrc.com>,Michael Johnson <Michael.Johnson@metrc.com> | | | 10/19/2022 1:31 | 10/19/2022 1:31 |
| Invitation: Chroma Signet x Metrc follow up @ Wed Oct 19, 2022 2pm - 2:30pm (PDT) (michael.johnson@metrc.com) | Google Calendar <calendar-notification@google.com> | Sam Peterson <Sam.Peterson@metrc.com>,Michael Johnson <Michael.Johnson@metrc.com> | | | 10/19/2022 1:31 | 10/19/2022 1:31 |
| Invitation: Chroma Signet demo @ Fri Oct 14, 2022 7am - 7:30am (PDT) (sam.peterson@metrc.com) | Google Calendar <calendar-notification@google.com> | Sam Peterson <Sam.Peterson@metrc.com>,Michael Johnson <Michael.Johnson@metrc.com> | | | 10/13/2022 23:40 | 10/13/2022 23:41 |
| Invitation: Chroma Signet demo @ Fri Oct 14, 2022 7am - 7:30am (PDT) (michael.johnson@metrc.com) | Google Calendar <calendar-notification@google.com> | Sam Peterson <Sam.Peterson@metrc.com>,Michael Johnson <Michael.Johnson@metrc.com> | | | 10/13/2022 23:40 | 10/13/2022 23:41 |
| Accepted: Chroma Signet x Metrc | Michael Johnson </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2C3D446A509C4 A5E832A3B179485846D-MICHAEL.JOH> | Marcus Estes <marcus@chroma.io> | | | 10/6/2022 1:45 | 10/6/2022 1:44 |
| Updated invitation: Chroma Signet x Metrc @ Thu Oct 6, 2022 8:30am - 9am (PDT) (michael.johnson@metrc.com) | Google Calendar <calendar-notification@google.com> | Michael Johnson <Michael.Johnson@metrc.com> | | | 10/6/2022 1:43 | 10/6/2022 1:43 |
| Chroma Signet x Metrc | Marcus Estes <marcus@chroma.io> | Marcus Estes <marcus@chroma.io>,Michael Johnson <Michael.Johnson@metrc.com> | | | 10/6/2022 1:43 | 10/6/2022 1:43 |
| Invitation: Chroma Signet x Metrc @ Thu Oct 6, 2022 8:30pm - 9pm (PDT) (michael.johnson@metrc.com) | Google Calendar <calendar-notification@google.com> | Michael Johnson <Michael.Johnson@metrc.com> | | | 10/6/2022 1:43 | 10/6/2022 1:43 |

Composite Exhibit 3







Tue 1/2/2024 5:09 PM

David Eagleson <David.Eagleson@metrc.com>

**Marcus <> Eagle Sync on GG Priorities**

Required    Marcus Estes

As the meeting organizer, you do not need to respond to the meeting.

When    Wednesday, January 3, 2024 5:00 PM-5:30 PM
Location    Microsoft Teams Meeting

The operation failed.

Want to set a weekly sync for a little while to make sure we're aligned on priorities and ensuring we communicate a uniform update on the GTM meetings on Tuesday.

Microsoft Teams meeting
Join on your computer, mobile app or room device
Click here to join the meeting
Meeting ID: 254 743 071 418
Passcode: 7wuUxF
Download Teams | Join on the web
Learn More | Meeting options



Accepted: Label templates refinement · Meeting Response

File     Meeting Response     Kofax PDF

Mon 2/5/2024 3:13 PM

David Eagleson <David.Eagleson@metrc.com>

**Accepted: Label templates refinement**

To        Marcus Estes; David Eagleson

When      Monday, February 5, 2024 1:00 PM-1:30 PM (UTC-08:00) Pacific Time (US & Canada).

Location  Microsoft Teams Meeting

We couldn't find this meeting in the calendar. It may have been moved or deleted.
David Eagleson has accepted this meeting.





API Documentation Review

**API Documentation Review**

David Eagleson <David.Eagleson@metrc.com>

Required  Mark Goetz; Leif Shackelford; Cyrus Bahrassa; Marcus Estes; John Tolar

Wed 1/24/2024 12:38 PM

As the meeting organizer, you do not need to respond to the meeting.

Thursday, January 25, 2024 3:00 PM-3:30 PM    Microsoft Teams Meeting

3 PM

4 PM

████████████.pcx - Draft link for API documentation to review and answer open comments with Cyrus.

**Microsoft Teams meeting**

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 297 950 196 312
Passcode: SjAnZC
Download Teams | Join on the web

Learn More | Meeting options



**CA Dry Run Walkthrough Plan**

David Eagleson <David.Eagleson@metrc.com>

Required  Marcus Estes
Optional  Mark Goetz

Mon 2/19/2024 6:43 PM

As the meeting organizer, you do not need to respond to the meeting.

Tuesday, February 20, 2024 5:30 PM-6:00 PM    Microsoft Teams Meeting

---

## Microsoft Teams  Need help?

**Join the meeting now**

Meeting ID: 222 793 186 096

Passcode: RtZ72H

---

**Dial-in by phone**

For organizers: Meeting options | Reset dial-in PIN



## Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 210 814 116 28
Passcode: 9yaHrD
Download Teams | Join on the web

Learn More | Meeting options



Want to walk through the outline and try to complete the "end to end" happy path for Retail ID.

In ████████████████████ a4.com (QA RID) the following needs to be able to happen:

---

Microsoft Teams meeting



## Microsoft Teams meeting

**Join on your computer, mobile app or room device**

Click here to join the meeting

Meeting ID: 247 067 350 686
Passcode: J6Tg3d

Download Teams | Join on the web

Learn More | Meeting options



MD Compliance Label Sync

David Eagleson <David.Eagleson@metrc.com>

Required  John Tolar; Marcus Estes; Mark Goetz; Leif Shackelford

Mon 1/29/2024 9:29 PM

As the meeting organizer, you do not need to respond to the meeting.

Tuesday, February 6, 2024 4:30 PM–5:00 PM    Microsoft Teams Meeting

4 PM

5 PM

6 PM

---

## Microsoft Teams meeting

**Join on your computer, mobile app or room device**

Click here to join the meeting

Meeting ID: 282 656 587 421
Passcode: YKsww6

Download Teams | Join on the web

Learn More | Meeting options

---



Metrc Walkthrough

**David Eagleson** <David.Eagleson@metrc.com>
Required    Marcus Estes; Mark Goetz; John Tolar; Leif Shackelford

Tue 1/30/2024 5:50 PM

As the meeting organizer, you do not need to respond to the meeting.

Wednesday, January 31, 2024 3:30 PM-4:30 PM     Microsoft Teams Meeting

---

### Microsoft Teams meeting

**Join on your computer, mobile app or room device**

Click here to join the meeting

Meeting ID: 249 389 550 951
Passcode: mACgQG

Download Teams | Join on the web

Learn More | Meeting options

---



**Microsoft Teams** Need help?

**Join the meeting now**

Meeting ID: 236 578 162 903
Passcode: tEf9dV

**Dial-in by phone**

For organizers: Meeting options | Reset dial-in PIN