## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

METRC, INC., METRC ID, LLC

        Plaintiffs,

v.

MARCUS ESTES,

        Defendant.

Case No. 8:24-cv-01252-WFJ-CPT

### Declaration of Jesse Naranjo

I, Jesse Naranjo, being duly sworn, depose and say:

1.      My name is Jesse Naranjo, I am over 18 years of age, and I make this declaration truthfully and based upon my personal knowledge as well as the business records of Metrc, which records are regularly maintained in the ordinary course of business by individuals whose responsibility it is to maintain the accuracy of such records.

2.      I am the Vice President of Software Engineering, and I work out of Metrc's headquarters located in Lakeland, Florida.

3.      As the Vice President of Software Engineering, I am familiar with Metrc's acquisition of Chroma Protocol Corporation ("Chroma"), the hiring of Marcus Estes, and Estes' responsibilities and duties while Metrc employed him. I am also aware of some of Estes' visits to Florida in connection with both the sale of Chroma to Metrc, as well as in his role as Executive Vice President at Metrc after the acquisition was completed.

1

4.      Estes' role required him to work almost exclusively with Metrc's Florida-based teams to produce Retail ID. Estes' supervisors, with whom he was required to meet weekly via virtual conference, lived and worked in Florida.

5.      Estes used Metrc's equipment, including its computer servers, in the course of completing his duties as Executive Vice President.

6.      Estes had access to and used Metrc's confidential information during his employment with Metrc, much of which information was generated in Lakeland, Florida.

7.      I met Estes in person at Metrc's headquarters in Lakeland, Florida on or around December 7, 2022. The purpose of Estes' December 2022 visit to Florida was to meet with Metrc executives in Florida and discuss Metrc's potential acquisition of Estes' company, Chroma.  I have also reviewed Estes' communications with Michael Johnson ("Johnson"), Chief Executive Officer, regarding the former's visit to Metrc. I've attached a communication from Estes sent to Johnson dated December 4, 2022, discussing his travel plans to meet with Johnson at Metrc's headquarters in Lakeland, Florida (by way of Tampa) on December 7, 2022, **as Exhibit A**.  I've also attached a communication from Estes to Johnson dated December 12, 2022, thanking Johnson for hosting Estes at Metrc's headquarters in Lakeland, Florida the prior week, as **Exhibit B**.  I've also included the expenses that Estes submitted to Metrc as part of his December trip to Florida, as well as his hotel and car rental information, as **Composite Exhibit C.**

8.      On May 18, 2023, Estes again travelled to Metrc's headquarters in Lakeland, Florida to meet with Metrc's Chroma team as part of Metrc's go to market strategy for its new product, Retail ID.  Estes made the trip to Florida and attended the conference in his role as Metrc Executive Vice President.  Estes attended the two-day conference in Lakeland, and although I was not a member of the Chroma team, I specifically recall meeting with Estes in person during this

conference. I am attaching the calendar entry for the Chroma Go-to-Market strategy conference, corroborating Estes' presence in Florida for the meetings, as **Exhibit D**. To prepare this declaration, I also reviewed Estes' car rental and flight information for his May 2023 visit to Florida, which is attached as **Composite Exhibit E**.

9.    Based on my recollection of events and my review of the documents, any assertion by Estes that he has never done business in Florida, and only visited Florida once, is simply not true.

**IN ACCORDANCE WITH THE PROVISIONS OF 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on this 22nd day of July, 2024.

**Jesse Naranjo**

Exhibit A



**From:** Marcus Estes <marcus@chroma.io>
**Sent:** Sunday, December 4, 2022 3:41 PM
**To:** Michael Johnson <Michael.Johnson@metrc.com>
**Subject:** Re: Flight plans?

CAUTION: This email is from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ok, I've figured out a travel plan that should work well. I'm going to drive down in a rental car on Tuesday and will stay overnight in Tampa.

I'll be free the whole day Wednesday and will fly out Thursday morning.

What time should I arrive at the office on Wednesday?

On Sun, Dec 4, 2022 at 11:11 AM Michael Johnson <Michael.Johnson@metrc.com> wrote:

We can make that work. I doubt there is a bus, are you comfortable taking an Uber or taxi or something?

-Michael

**From:** Marcus Estes <marcus@chroma.io>
**Sent:** Saturday, December 3, 2022 5:35:37 PM

**To:** Michael Johnson <Michael.Johnson@metrc.com>
**Subject:** Re: Flight plans?

1

CAUTION: This email is from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Assuming an hour drive from Tampa (is there a bus, or can someone pick me up?), here's what looks like the best travel plan:



# Multi-city

👤 1



## Track prices

Monitor the lowest price fo
itinerary, and receive price
travel tips by email

---

✈ Flight 1 · Wed, Dec 7

---

11:14 AM ⟶ 2:00 PM

BNA                              TPA

  Nonstop · 1 hr 46 min

Total flight cost: $621, before fees and taxes. This would entail an overnight stay. If you can book us a morning meeting on day 2 we could try to make it productive.

Is Sam able to join us?

There's no particular reason to rush this visit on my end, I'd be equally happy to fly out from LA later in December if needed.

But if you can confirm these details this weekend I'll book right away. Feel free to ring me to discuss:

917-309-5894

On Thu, Dec 1, 2022 at 7:58 PM Michael Johnson <Michael.Johnson@metrc.com> wrote:

Thanks Marcus! I would probably pick the 7th...I don't know that you need to spend a full day here but really up to you. It is probably easiest for you to book and bill, but I can definitely connect you with our HR team that can help. Let me know, very excited!


Regards,


**Michael**

---

**From:** Marcus Estes <marcus@chroma.io>
**Sent:** Thursday, December 1, 2022 5:48 PM
**To:** Michael Johnson <Michael.Johnson@metrc.com>
**Subject:** Re: Flight plans?

CAUTION: This email is from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Correct, I'm free all day from the 7th-9th. If we can be productive for more than one day I'm happy to stay overnight.

Appreciate the offer of travel expenses. Would you like me to buy a flight and invoice you? If it's easier to book for me just connect me with the person I can send my details to.

Looking forward to it.

On Thu, Dec 1, 2022 at 12:35 PM Michael Johnson <Michael.Johnson@metrc.com> wrote:

Marcus:

Sorry for the delay, I think you said you were flexible the 7-9 so I would say that whichever day works for you on either the 7th or 8th, let me know and how long you can be available. We will be ready!

Regards,

**Michael**

---

**From:** Marcus Estes <marcus@chroma.io>
**Sent:** Wednesday, November 30, 2022 5:53 PM
**To:** Michael Johnson <Michael.Johnson@metrc.com>
**Subject:** Flight plans?

---

CAUTION: This email is from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Michael,

Hope your holidays were nice. Mine have been.

Are you still planning to have me visit HQ next week? Let me know if you need my flight info.

--

Marcus Estes
CEO / CHROMA SIGNET
917.309.5894 / chromasignet.com

--

Marcus Estes
CEO / CHROMA SIGNET
917.309.5894 / chromasignet.com

--

Marcus Estes
CEO / CHROMA SIGNET
917.309.5894 / chromasignet.com

--

Marcus Estes
CEO / CHROMA SIGNET
917.309.5894 / chromasignet.com

Exhibit B

**From:** Marcus Estes <marcus@chroma.io>
**Sent:** Monday, December 12, 2022 4:18 PM
**To:** Michael Johnson <Michael.Johnson@metrc.com>
**Subject:** Next steps

> CAUTION: This email is from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Michael,

Thanks again for hosting me last week. I truly had a great time meeting Jeff and the rest of the team.

I've arrived back in LA and have begun work on our next steps. This included a chat with our board chair about possible outcomes.

The board is prepared to move swiftly to support us. I think most shareholders will want to take a little cash off the table, but could also be persuaded to roll over a large slice of their stake.

In order to make that pitch I want to arm them with as much info as possible. Here's a good starting point:

- High level financials. You can choose what level of detail makes sense. Narrative over accounting minutia. I think demonstrating net profitability will be huge.

- Prior valuations. And what valuation you're seeking from the market for this raise. Any details on the upcoming raise will be helpful.

- Draft investment deck would be great, although I can understand why you'd need to keep it under lock and key. I'd like to review it myself over a screen share, if possible.

- Cap table, or summary of how much preferred sits on top of common stock and at what liquidation preference. Am I correct in assuming you'd like to issue us common stock?

If you have thoughts on the deal structure that you're seeking, go ahead and lay it out. I have our pricing ask coming together and will lead with that once we get some of these details fleshed out.

Also, I have receipts for hotel / car rental. Where can I send that? Happy to use our invoicing system if it's helpful.


Marcus Estes
CEO / CHROMA SIGNET
917.309.5894 / chromasignet.com

Composite Exhibit C



**From:** Marcus Estes <marcus@chroma.io>
**Sent:** Wednesday, December 14, 2022 8:28 PM
**To:** Michael Johnson <Michael.Johnson@metrc.com>
**Subject:** Expense report and receipts

CAUTION: This email is from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Michael,

I've attached a PDF document containing my expense line items, and I've inlined receipt images.

Let me know if it's easier to use our invoicing system for payment. Thanks again for the trip support.

# Tahitian Inn **Hotel** Cafe & Spa

It's on! Your booking is all set and you're on your way to a great stay.

Here are all the **hotel** details:



Tahitian Inn **Hotel** Cafe & Spa
601 S Dale Mabry Highway
Tampa, FL 33609

+1 8138776721

Get Directions

---

**Receipt & Details**

| | |
|---|---|
| Room | $114 |
| Taxes & Fees | $17 |
| **Total** | **$131** |
| | |
| **Balance due** | **$0** |

- Guest: Marcus Estes
- Room type: Selected by **hotel**
- Check-in: 3:00 PM - Dec 7, 2022
- Check-out: 11:00 AM - Dec 8, 2022
- **HotelTonight** booking ID: 3GTKDA
- Confirmation number:
  218471458|3GTKDA
- We charged $131 to your Apple Pay -
  Visa card under the name **HotelTonight**.
- Booked: 8:25 PM - Dec 7, 2022 EST

# La Quinta Inn & Suites by Wyndham Tampa North I-75

It's on! Your booking is all set and you're on your way to a great stay.

Here are all the hotel details:



 La Quinta Inn & Suites by
Wyndham Tampa North I-75
17301 Dona Michelle Dr
Tampa, FL 33647

 +1813-971-4809

Get Directions

**Receipt & Details**

| | |
|---|---|
| Room | $110 |
| Taxes & Fees | $16 |
| Total | $126 |
| | |
| **Balance due** | **$0** |

- Guest: Marcus Estes
- Room type: Selected by hotel

- Check-in: 3:00 PM - Dec 6, 2022
- Check-out: 11:00 AM - Dec 7, 2022

- HotelTonight booking ID: PC2467
- Confirmation number: 89400EE002944

- We charged $126 to your Apple Pay - Visa card under the name HotelTonight.
- Booked: 11:33 PM - Dec 6, 2022 EST

3



Marcus Estes
CEO / CHROMA SIGNET
917.309.5894 / chromasignet.com

Exhibit D



Composite Exhibit E



**9020 AVIATION BLVD**
**INGLEWOOD, CA 90301**

**Rental Agreement #:**
**Bill Ref #:** 9014-9422-950
**Invoice Date:** 05/12/2023
**Account #:** XZ42AE9

| BILLING DETAIL | | | |
|---|---|---|---|
| **Description** | **Qty/Per** | **Rate** | **Amount** |
| TIME & DISTANCE | 2  DAY | 70.00 | 140.00 |
| | | Subtotal | 140.00 |
| CUSTOMER FACILITY CHARGE 9.00/DAY | 2  DAY | 9.00 | 18.00 |
| TOURISM COMMISSION REC 3.50 PCT | PCT | 3.50 | 4.90 |
| AIRPORT CONCESSION FEE 11.11 PCT | PCT | 11.11 | 15.77 |
| VEHICLE LICENSE RECOVERY FEE | 2  DAY | 0.98 | 1.96 |
| SALES TAX | PCT | 10.00 | 15.58 |
| **Total Charges (USD)** | | | **196.21** |

| PAYMENTS | | |
|---|---|---|
| Payment | Visa | -196.21 |
| **Total Payments  (USD)** | | **-196.21** |

**Amount Due (USD)**                                    **0.00**

Individual line item charges such as rental rates for Time and Distance, percentage-based charges (e.g., sales taxes and fees or surcharges), and charges divided between multiple parties may be rounded up or down a whole cent to ensure that the charges equal the actual Total Amount Due and/or to avoid fractional cents.

| BILL TO |
|---|
| METRC LLC |
| ATTN: DEBBIE ROZEN |
| 4151 S PIPKIN RD |
| LAKELAND, FL - 33811 |

| RENTAL INFORMATION | | |
|---|---|---|
| **Date/Time Out** | **Start Charges** | **Date/Time In** |
| 05/11/2023 10:04 AM | 05/11/2023 10:09 AM | 05/12/2023 06:50 PM |

**Renter**
ESTES, MARCUS

| RENTAL VEHICLES |
|---|

| Color | License | Model | Unit | Miles/Kms Out | In |
|---|---|---|---|---|---|
| WHITE | 9FRN640 | SENTRA | 8D1GC1 | 801 | 1,153 |

VIN: 3N1AB8CV3PY256575

| CLAIM INFORMATION |
|---|

**Claim# / PO# / RO#**          **Insured**

**Date of Loss**    **Type of Loss**    **Type of Vehicle**

**Repair Shop**

| For Billing Inquiries / Payment Terms : |
|---|
| Tel#: +1 9184016000 |
| askaradmin@ehi.com |
| Payments are due immediately. |
| Late payments are subject to a finance charge. |



**Thank You For Choosing Enterprise**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Please Return This Portion With Remittance**          **Amount Due (USD)**          0.00

**Remit To :**
EAN SERVICES, LLC
PO BOX 402383
ATLANTA, GA 30384-2383

**Paid By:**
METRC LLC
4151 S PIPKIN RD
LAKELAND, FL 33811

**Email Remit To: ARADMIN@EHI.COM**

| **Fed Tax Id:** 430702835 | **Account #** XZ42AE9 | **Rental Agreement** 560986146 | **Amount** 0.00 | **GPBR** 320L |
|---|---|---|---|---|

**Direct Travel**

|  |  |
|---|---|
| | **Printed:** 07/22/2024 |
| **METRC LLC** | **Invoice Number :** 35175612 |
| | **Issued Date:** 05/03/2023 |
| | **Agent:** PORTLAND CONCUR |

 **Passenger Information**

**ESTES/MARCUS EDMONDS**                                          **PNR Locator :**   W8NBHC

 **Your Flight Selection**

**Ticket Number (s) / Confirmation Number (s) :  7952570723**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Departure:** | Tuesday | 05/16/2023 | 11:40 am | Portland( PDX ) | | |
| **Arrival:** | Tuesday | 05/16/2023 | 7:30 pm | Atlanta( ATL ) | | |
| **Airline:** | DELTA AIRLINES INC.( DL ) | | | **Flight # :** 713 | **Class :** U | **Mileage :** 2169 |
| **Departure:** | Tuesday | 05/16/2023 | 10:30 pm | Atlanta( ATL ) | | |
| **Arrival:** | Tuesday | 05/16/2023 | 11:59 pm | Tampa( TPA ) | | |
| **Airline:** | DELTA AIRLINES INC.( DL ) | | | **Flight # :** 1126 | **Class :** U | **Mileage :** 408 |
| **Departure:** | Friday | 05/19/2023 | 12:19 pm | Tampa( TPA ) | | |
| **Arrival:** | Friday | 05/19/2023 | 2:45 pm | Minneapolis( MSP ) | | |
| **Airline:** | DELTA AIRLINES INC.( DL ) | | | **Flight # :** 1424 | **Class :** H | **Mileage :** 1309 |
| **Departure:** | Friday | 05/19/2023 | 3:55 pm | Minneapolis( MSP ) | | |
| **Arrival:** | Friday | 05/19/2023 | 5:27 pm | Portland( PDX ) | | |
| **Airline:** | DELTA AIRLINES INC.( DL ) | | | **Flight # :** 2212 | **Class :** H | **Mileage :** 1423 |

**Air Fare:** $609.30          **Taxes:** $94.10          **Total Air Fare:** $703.40

**$** **Service Fee Information**

**Serv Fee Vendor:** ARC                    **Ticket Number (s) :** 0836163168                    **Total :** $4.00

**Payment Details**

| Pay Method | PaymentNumber | Amount Paid |
|---|---|---|
| Credit Card | VI-4924 | $703.40 |
| Credit Card | VI-4924 | $4.00 |
| | | $707.40 |

|  |  |
|---|---|
| **Total Air Fare:** | $703.40 |
| **Total Rail Fare:** | $0.00 |
| **Service Fee :** | $4.00 |
| **Invoice Total :** | $707.40 |
| **Amount Paid :** | $707.40 |
| **Balance :** | $0.00 |



**Expense Report**

**Report Name :  Trip to Lakeland**

---

**Employee Name :**  Estes, Marcus E.

**Employee ID :**  177451

---

**Report Header**

**Report ID :**  C520A4493AB645C5B3C7

**Receipts Received :**  Yes

**Report Date :**  05/20/2023

**Approval Status :**  Approved

**Payment Status :**  Paid

**Currency :**  US, Dollar

**Comment :**  System, Concur (05/26/2023): Report's approval time
expired and it was sent to another manager.

---

**Hotel**

| Transaction Date | Expense Type | Business Purpose | Vendor Description | Payment Type | Amount | Department | Location | Class | State List | Amort Start | Amort End | Amort Schedule | Posting Period | Expense Vendor Name | Project |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/19/2023 | Hotel | | Hilton Hotels | Cash | $526.04 | Research & Development : Product Management | | | USA : FL CORP | | | | | | |

**Parking / Tolls**

| Transaction Date | Expense Type | Business Purpose | Vendor Description | Payment Type | Amount | Department | Location | Class | State List | Amort Start | Amort End | Amort Schedule | Posting Period | Expense Vendor Name | Project |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/19/2023 | Parking / Tolls | | | Cash | $60.00 | Research & Development : Product Management | | | USA : FL CORP | | | | | | |

---

| | |
|---|---|
| **Report Total :** | $586.04 |
| **Personal Expenses :** | $0.00 |
| **Total Amount Claimed :** | $586.04 |
| **Amount Approved :** | $586.04 |
| **Company Disbursements** | |
| **Amount Due Employee :** | $586.04 |
| **Amount Due Company Card :** | $0.00 |
| **Total Paid By Company :** | $586.04 |
| **Employee Disbursements** | |
| **Amount Due Company Card From Employee :** | $0.00 |
| **Total Paid By Employee :** | $0.00 |

HILTON GARDEN INN LAKELAND
4839 Lakeland Commerce Pkwy
LAKELAND, FL 33811
United States of America
TELEPHONE 863-647-0066   • FAX 863-646-5195
Reservations
www.hilton.com or 1 800 HILTONS

ESTES, MARCUS

█████████████

███████ CA ██████
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 238/K1RZ |
| Arrival Date: | 5/16/2023  1:16:00 AM |
| Departure Date: | 5/19/2023 12:05:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | CHRISVILLE |
| Room Rate: | 145.89 |
| AL: | |
| HH # | 1821560263 BLUE |
| VAT # | |
| Folio No/Che | 349718 A |

Confirmation Number: 3368607425

HILTON GARDEN INN LAKELAND 5/19/2023 12:04:00 PM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 5/16/2023 | GUEST ROOM | CDEATON | 1685257 | $145.89 | | |
| 5/16/2023 | RM-STATE TAX | CDEATON | 1685257 | $10.21 | | |
| 5/16/2023 | RM-LODGING TAX | CDEATON | 1685257 | $7.29 | | |
| 5/16/2023 | AIRPORT CONCESSION FEE | CDEATON | 1685257 | $2.34 | | |
| 5/17/2023 | GUEST ROOM | CDEATON | 1685558 | $138.69 | | |
| 5/17/2023 | RM-STATE TAX | CDEATON | 1685558 | $9.71 | | |
| 5/17/2023 | RM-LODGING TAX | CDEATON | 1685558 | $6.93 | | |
| 5/17/2023 | AIRPORT CONCESSION FEE | CDEATON | 1685558 | $2.23 | | |
| 5/18/2023 | *GREAT AMERICAN GRILL | LINTR | 1685656 | $32.71 | | |
| 5/18/2023 | GUEST ROOM | CDEATON | 1685850 | $134.84 | | |
| 5/18/2023 | RM-STATE TAX | CDEATON | 1685850 | $9.44 | | |
| 5/18/2023 | RM-LODGING TAX | CDEATON | 1685850 | $6.74 | | |
| 5/18/2023 | AIRPORT CONCESSION FEE | CDEATON | 1685850 | $2.16 | | |
| 5/19/2023 | *GREAT AMERICAN GRILL | LINTR | 1685940 | $16.86 | | |
| 5/19/2023 | MC *0094 | CHRISVILLE | 1685963 | | ($526.04) | |

REF=0000349718-00511076 CHIP
05
AID:A0000000041010
AID:A0000000041010
AID-NM:A0000000041010

ESTES, MARCUS

████████████

████ CA ████
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 238/K1RZ |
| Arrival Date: | 5/16/2023 12:00:00 PM |
| Departure Date: | 5/19/2023 12:05:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | CHRISVILLE |
| Room Rate: | 145.89 |
| AL: | |
| HH # | 1821560263 BLUE |
| VAT # | |
| Folio No/Che | 349718 A |

Confirmation Number: 3368607425

HILTON GARDEN INN LAKELAND 5/19/2023 12:04:00 PM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| | AC:C6E17E7B1444F9DC | | | | | |
| | | | | **BALANCE** | | $0.00 |

EXPENSE REPORT SUMMARY

| | 5/16/2023 | 5/17/2023 | 5/18/2023 | 5/19/2023 |
|---|---|---|---|---|
| ROOM AND TAX | $165.73 | $157.56 | $153.18 | $0.00 |
| FOOD AND BEVERAGE | $0.00 | $0.00 | $32.71 | $16.86 |
| DAILY TOTAL | $165.73 | $157.56 | $185.89 | $16.86 |

EXPENSE REPORT SUMMARY

| | STAY TOTAL |
|---|---|
| ROOM AND TAX | $476.47 |
| FOOD AND BEVERAGE | $49.57 |
| DAILY TOTAL | $526.04 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

*****PLEASE BE ADVISED THAT OUR AIRPORT CONCESSION FEE INCLUDES APPLICABLE SALES TAX*****

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 36228Z | MERCHANT ID | 701412973 |
| CARD NUMBER | MC *0094 | EXP DATE | 06/27 |
| TRANSACTION ID | 1685963 | TRANS TYPE | Sale |

xxxxxxxxx,

TRANSPORTATION



# Standard Parking - PDX Economy Park...

## Yesterday                                    $60.00  >



Standard Parking – PDX Economy Park...  >