UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
DIVISION

Metrc, Inc., and Metrc ID, LLC
(Plaintiffs),

    Plaintiff,

CASE NO: 8:24-cv-01252

vs.

Marcus Estes (Defendant),

    Defendant.
_____/

### MEDIATOR RESULTS REPORT

A mediation conference was held on November 6, 2024 and all required persons were in attendance. The results of the Mediation Conference are as follows:

RESULTS:
- ☐ Matter was fully settled.
- ☐ Partial agreement. See comments below.
- ☒ No agreement was reached. See comments below.

COMMENTS: Impasse

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed electronically with the Clerk of Court utilizing Florida Court's E-Filing Portal system and in compliance with Florida Rules of Judicial Administration 2.515 and 2.516(3), which will automatically transmit an electronic copy to counsel of record.

    Respectfully Submitted:

*/s/ Christopher L. Griffin*
Christopher L. Griffin, Mediator
Florida Mediator Number 35934R
Griffin Mediation, LLC
(813) 314-7449
Email: chris@chrisgriffinmediation.com
Email: support@chrisgriffinmediation.com