## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

METRC, INC., METRC ID, LLC

        Plaintiffs,

   v.

MARCUS ESTES,

        Defendant.

Case No. 8:24-cv-01252-WFJ-CPT

### JOINT MOTION TO EXTEND
### CASE MANAGEMENT DEADLINES

Plaintiffs METRC, INC. ("METRC") and METRC ID, LLC (collectively, "Plaintiffs"), and Defendant Marcus Estes ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby file this Joint Motion to Extend Case Management Deadlines, and in support state as follows:

1. Plaintiffs filed their Complaint on May 23, 2024, and Defendant filed his Answer and Affirmative Defenses on August 14, 2024. [DE 1 and DE 26.]

2. On August 12, 2024, the Court issued its Case Management and Scheduling Order providing a discovery deadline of April 14, 2025, a dispositive motion deadline of May 19, 2025, and a trial term commencing October 6, 2025. [DE 25].

3.     The Parties devoted considerable time in trying to resolve this matter unsuccessfully, including the attendance of a November 6, 2024 mediation, which was unsuccessful.  The Parties are continuing in their efforts to resolve the case.

4.     The Parties are actively engaged in discovery.

5.     Extending the discovery deadline by 60 days, up to and including June 13, 2025, would allow the Parties sufficient time to depose the remaining witnesses and finalize discovery, and/or possibly reach settlement.

6.     The Parties additionally request that the dispositive motion and other remaining deadlines be correspondingly extended by 60 days.

7.     This Motion is not submitted to this Court for improper purposes or to needlessly delay the resolution of this matter. Rather, this Motion is submitted out of a legitimate need by the Parties for more time to properly conclude discovery in this action.

8.     This Motion has been filed before the current discovery deadline has expired. This is the Parties' first request for an extension of any of the deadlines set forth in the Court's Case Management and Scheduling Order.

9.     In compliance with Local Rule 3.01(g), counsel for Plaintiffs has conferred with Defendant's counsel regarding this motion, and Defendant has joined in this Motion for extension of the discovery, dispositive motion, and remaining case management deadlines.

## **LEGAL ARGUMENT**

When the federal rules require or allow an act to be done within a specified period, the Court for cause shown, may order that period enlarged. *See* Fed. R. Civ. P. 6(b). It has been stated that a rule of liberality ordinarily should apply in the granting of extensions of time when the period to act has not elapsed, the moving party is guilty of no bad faith or negligence, the privilege of extensions has not been abused, and there is no prejudice to the parties. 1 Moore's Federal Practice, Section 6.06[1][a]. All of these factors are applicable here and support the requested joint extension of time in this matter.

**WHEREFORE**, the Parties respectfully request that this Court grant this Joint Motion to Extend the Remaining Case Management Deadlines by sixty (60) days.

Dated: April 9, 2025

Respectfully submitted,

FORDHARRISON LLP

*/s/ Nicholas S. Andrews*
Edward B. Carlstedt, Esquire
Florida Bar No. 0136972
ecarlstedt@fordharrison.com
Nicholas S. Andrews, Esquire
Florida Bar No. 0105699
nandrews@fordharrison.com
401 East Jackson Street, Suite 2500
Tampa, FL 33602
Telephone (813) 261-7800
Facsimile (813) 261-7899
*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on April 9, 2025, a true and correct copy of the foregoing has been served via electronic mail to counsel of record: Andrew DeWeese, to email address andrew@andrewdeweese.com, 55 NW Yeon Ave # 527. Portland, OR 97210.

*/s/ Nicholas S. Andrews*
Attorney

4