# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| METRC, INC., METRC ID, LLC<br><br>      Plaintiffs,<br><br>  v.<br><br>MARCUS ESTES,<br><br>      Defendant. | Case No.: 8:24-cv-01252-WFJ-CPT |

**PLAINTIFFS' MOTION FOR BRIEF EXTENSION OF TIME TO RESPOND TO DEFENDANT'S DISCOVERY**

Plaintiffs, Metrc, Inc. and Metrc ID, LLC ("Plaintiffs"), by and through undersigned counsel, hereby respectfully move this Court for a brief extension of time to submit their amended responses to Defendant's First Set of Interrogatories, and in support thereof state as follows:

1. Defendant's First Set of Interrogatories were served upon Plaintiffs on or about August 28, 2024. Plaintiffs submitted their responses on October 25, 2024.

2. On February 25, 2025, the Parties entered into a Confidentiality Agreement.

3. On April 9, 2025, the parties filed a Joint Motion to Extend Case Management Deadlines.

1

4. Undersigned counsel has been diligently working to update Plaintiffs' interrogatory responses under the Confidentiality Agreement and request brief extension of time to and including May 20, 2025, for Plaintiffs to amend their responses to their interrogatory answers pursuant to the parties' Confidentiality Agreement.

5. This Motion for Brief Extension of Time is made for good cause, in good faith, and not for purposes of delay.

6. None of the parties to this action will be prejudiced by the granting of this Motion for Brief Extension of Time.

7. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, this Court has the authority to grant the brief extension of time requested herein.

WHEREFORE, Plaintiffs, Metrc, Inc. and Metrc ID, LLC, respectfully request that this Court grant the brief extension of time requested herein and extend the time for Plaintiffs to amend their answers to Defendant's discovery until, or before, May 20, 2025.

Dated this May 16, 2025.

          FORDHARRISON LLP

By: */s/ Edward B. Carlstedt*
Edward B. Carlstedt
Florida Bar No. 0136972
ecarlstedt@fordharrison.com
Nicholas S. Andrews
Florida Bar No. 0105699
nandrews@fordharrison.com
FordHarrison LLP
401 East Jackson Street, Suite 2500
Tampa, Florida 33602
Telephone (813) 261-7800
Facsimile (813) 261-7899
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 16, 2025, a true and correct copy of the foregoing was filed via CM/ECF which will send a copy via electronic mail to counsel of record: Andrew DeWeese, to email address andrew@andrewdeweese.com, 55 NW Yeon Ave # 527. Portland, OR 97210.

          */s/ Edward B. Carlstedt*
          Attorney