Dear Marcus Estes,

On behalf of MCS Acquisition LLC (the "**Company**" and together with its parent entity and other affiliates, the "**Company Group**") I am pleased to extend an offer of full-time employment for the position of Founder/EVP Chroma Signet on the terms summarized below. This offer is contingent on, and effective as of, the closing of the transactions contemplated by that certain Asset Purchas Agreement, dated as of April 7, 2023, by and among the Company, Chroma Protocol Corporation and other parties thereto. Your start date of employment is scheduled to begin on _____, 2023. Please take the time to review our formal offer as it includes key details about your compensation, benefits and the terms and conditions of your anticipated employment with the Company.

**Compensation**
Your initial compensation package includes a pay rate of **$175,000** on an annual basis and is subject to deductions for taxes and other withholdings as required by law.  You will be paid on a **bi-weekly basis**, beginning with the first full pay period after your start date. As this is an exempt position you are not eligible for overtime.

**Bonus**
This position will be eligible to participate in an incentive bonus plan which will be earned based on the achievement of goals specific to your individual performance as well as overall company performance. In your first year of employment, your bonus potential will be subject to proration for time of service. The goal targets are determined at the discretion of the CEO and the details of your participation level are as follows: **25% of your Annual Base Salary**.

**Stock Options**
This position is eligible for participation in the company stock options plan in the amount of 50,000 shares subject to board approval. Separate paperwork will be issued explaining the program via Carta after onboarding is complete.

**Benefits**
As a new team member of the Company Group you will be eligible for benefits the first day of the month following 30 days of employment. These benefits include company supplemented medical, dental, and vision insurance. Additionally, you will be eligible to participate in the 401(k) plan on the first day of the month following 90 days of employment. You will find a summary of our benefit options below and will be given instructions on how to enroll as a part of the onboarding process. It is your responsibility to complete the enrollment process by the designated enrollment date to ensure coverage. You are automatically enrolled in the 401k plan at 3% to ensure you are receiving the maximum benefit, however, you may choose to change your contribution at any time. The Company Group matches the first 6% which you contribute.

**One-Time Signing Bonus**
Within fifteen 15 days following your start date, the Company will pay you a one-time cash award of $100,000 (the "**Signing Bonus**").  The Signing Bonus is considered taxable wages and is subject to deductions for taxes and other withholdings as required by law. If your employment with the Company terminates prior to the second-year anniversary of your start date for any reason, you agree to repay to the Company the gross amount of the Signing Bonus within thirty (30) days following the effective date

of your termination of employment.  You hereby authorize the Company to offset against and reduce any amounts otherwise due to you for any amounts in respect of your obligation to repay the Signing Bonus, except to the extent that any such offset would result in penalties under Section 409A of the Internal Revenue Code of 1986, as amended.

**Paid Time Off**
The Company offers a single, flexible Unlimited Paid Time Off (PTO) program to all regular full-time, salaried, exempt team members to promote work-life balance and allow team members to take reasonable time-off as needed. This PTO policy is meant to provide a single and flexible paid time off program which addresses the varying needs to take time away from work, while meeting the Company's need to effectively conduct business and meet client needs and expectations.

**Company Holidays**
The Company observes the following ten (10) designated holidays per year:
- Memorial Day
- Juneteenth Day
- Independence Day
- Labor Day
- Veteran's Day
- Thanksgiving Day
- Day after Thanksgiving
- Christmas Day
- Workday directly before or after Christmas (depending on day of the week of Christmas Day)
- New Year's Eve

**Contingency Matters**
This offer package and your continued employment are conditioned upon the following:

- the Company's receipt of satisfactory results to verification of your qualifications and a standard background check.
- Providing the Company with any necessary I-9 documentation as listed on the INS I-9 form.
- the Company's receipt of a signed Non-Disclosure Agreement and No Industry Affiliation Acknowledgement
- Your return of the signed offer letter by the date indicated below.
- Satisfactory completion of our 90-day probationary period.

Your employment at the Company is on an "at will" basis which means that employment may be terminated with or without cause and with or without notice at any time at the discretion of either the Company or the employee.  All Company Group policies, benefits, programs, and plan provisions are subject to change.

We look forward to the possibility of you joining our team. Please signify your formal acceptance of this offer by signing below and returning the signed letter. Please contact people@metrc.com if you have any questions.

Sincerely,

By: *Shay Romine* (DocuSigned by: D0686A06A32A44D...)

Name: Shay Romine
Title: Senior Vice President, People & Culture

**Accepted by:**

_____
Marcus Estes

Date: _____, 2023

We look forward to the possibility of you joining our team. Please signify your formal acceptance of this offer by signing below and returning the signed letter. Please contact people@metrc.com if you have any questions.

Sincerely,

By: _____
Name: Shay Romine
Title: Senior Vice President, People & Culture

**Accepted by:**

*[signature: DocuSigned by, CE48971E6C13424...]*

Marcus Estes

Date: April 1, 2023