| | |
|---|---|
| **From:** | Stephanie Arakel <stephanie@khalifakush.com> |
| **Sent:** | Monday, April 22, 2024 9:26 PM |
| **To:** | David Eagleson |
| **Subject:** | Re: Metrc Retail ID Follow Up |

CAUTION: This email is from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi David,

Thank you for reaching out and your patience while we navigated 420 week. I'd love to get a call and review next steps on everything we were discussing with Marcus. How is your availability the remainder of this week or early next week.

Thanks,
Steph

**Stephanie Arakel**
VP of Marketing, Khalifa Kush
818.288.4690

khalifakush.com

> On Apr 15, 2024, at 6:41 PM, David Eagleson <David.Eagleson@metrc.com> wrote:
>
> Good Evening Khalifa Kush Team,
>
> My name is David Eagleson and I'm the Director of Product at Metrc. I wanted to inform you that going forward, I'll be taking over managing aspects of the Retail ID product and it has come to my attention that you all had previously been engaging with Marcus Estes around certain deliverables for creating labels utilize our Retail ID application.
>
> I'd like to see if you'd be open for a quick intro call and discussing what open items we at Metrc owe you to ensure you can utilize our Retail ID application? I can be flexible for whenever is most convenient for you!
>
> Thanks,

1

Exhibit 8

PLAINTIFF-003864

**David Eagleson**

<Outlook-Icon Desc.png>
Director – Product

**m** 443-758-4435

metrc.com

| | |
|---|---|
| **From:** | David Eagleson |
| **Sent:** | Monday, April 22, 2024 9:36 PM |
| **To:** | Stephanie Arakel |
| **Cc:** | retail-id@metrc.com |
| **Subject:** | Re: Metrc Retail ID Follow Up |

Hi Stephanie,

Not a problem at all! Hope the week was successful for you and your team. This week is a bit tight, but how does Monday 12 PST or Tuesday 1PST work for you?

Thanks,

**David Eagleson**
Director – Product

---

**From:** Stephanie Arakel <stephanie@khalifakush.com>
**Sent:** Monday, April 22, 2024 9:26 PM
**To:** David Eagleson <David.Eagleson@metrc.com>
**Subject:** Re: Metrc Retail ID Follow Up

CAUTION: This email is from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi David,

Thank you for reaching out and your patience while we navigated 420 week. I'd love to get a call and review next steps on everything we were discussing with Marcus. How is your availability the remainder of this week or early next week.

Thanks,
Steph

**Stephanie Arakel**
VP of Marketing, Khalifa Kush
818.288.4690

khalifakush.com


> On Apr 15, 2024, at 6:41 PM, David Eagleson <David.Eagleson@metrc.com> wrote:
>
> Good Evening Khalifa Kush Team,

1

Exhibit 8

PLAINTIFF-003866

My name is David Eagleson and I'm the Director of Product at Metrc. I wanted to inform you that going forward, I'll be taking over managing aspects of the Retail ID product and it has come to my attention that you all had previously been engaging with Marcus Estes around certain deliverables for creating labels utilize our Retail ID application.

I'd like to see if you'd be open for a quick intro call and discussing what open items we at Metrc owe you to ensure you can utilize our Retail ID application? I can be flexible for whenever is most convenient for you!

Thanks,

<Outlook-Icon Desc.png>
**David Eagleson**
Director – Product
**m** 443-758-4435
metrc.com

2

Exhibit 8

PLAINTIFF-003867

| | |
|---|---|
| **From:** | Stephanie Arakel <stephanie@khalifakush.com> |
| **Sent:** | Monday, April 22, 2024 11:13 PM |
| **To:** | David Eagleson |
| **Subject:** | Re: Metrc Retail ID Follow Up |

CAUTION: This email is from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Monday at 12pm would be great, thank you.

-Steph

**Stephanie Arakel**
VP of Marketing, Khalifa Kush
818.288.4690

khalifakush.com

On Apr 22, 2024, at 6:35 PM, David Eagleson <David.Eagleson@metrc.com> wrote:

Hi Stephanie,

Not a problem at all! Hope the week was successful for you and your team. This week is a bit tight, but how does Monday 12 PST or Tuesday 1PST work for you?

Thanks,

**David Eagleson**

Director – Product

**From:** Stephanie Arakel <stephanie@khalifakush.com>
**Sent:** Monday, April 22, 2024 9:26 PM
**To:** David Eagleson <David.Eagleson@metrc.com>
**Subject:** Re: Metrc Retail ID Follow Up

CAUTION: This email is from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

1

Exhibit 8

PLAINTIFF-003876

Hi David,

Thank you for reaching out and your patience while we navigated 420 week. I'd love to get a call and review next steps on everything we were discussing with Marcus. How is your availability the remainder of this week or early next week.

Thanks,
Steph

**Stephanie Arakel**
VP of Marketing, Khalifa Kush
818.288.4690

khalifakush.com

> On Apr 15, 2024, at 6:41 PM, David Eagleson <David.Eagleson@metrc.com> wrote:
>
> Good Evening Khalifa Kush Team,
>
> My name is David Eagleson and I'm the Director of Product at Metrc. I wanted to inform you that going forward, I'll be taking over managing aspects of the Retail ID product and it has come to my attention that you all had previously been engaging with Marcus Estes around certain deliverables for creating labels utilize our Retail ID application.
>
> I'd like to see if you'd be open for a quick intro call and discussing what open items we at Metrc owe you to ensure you can utilize our Retail ID application? I can be flexible for whenever is most convenient for you!
>
> Thanks,
>
> **David Eagleson**
>
> <Outlook-Icon Desc.png>   Director — Product
>
> **m** 443-758-4435
>
> metrc.com

2

Exhibit 8

PLAINTIFF-003877

| | |
|---|---|
| **From:** | David Eagleson |
| **Sent:** | Tuesday, April 23, 2024 11:50 AM |
| **To:** | Stephanie Arakel |
| **Cc:** | retail-id@metrc.com |
| **Subject:** | Re: Metrc Retail ID Follow Up |

Great, just sent an invite out for Monday!

**David Eagleson**
Director – Product

**From:** Stephanie Arakel <stephanie@khalifakush.com>
**Sent:** Monday, April 22, 2024 11:13 PM
**To:** David Eagleson <David.Eagleson@metrc.com>
**Subject:** Re: Metrc Retail ID Follow Up

CAUTION: This email is from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Monday at 12pm would be great, thank you.

-Steph

**Stephanie Arakel**
VP of Marketing, Khalifa Kush
818.288.4690

khalifakush.com

> On Apr 22, 2024, at 6:35 PM, David Eagleson <David.Eagleson@metrc.com> wrote:
>
> Hi Stephanie,
>
> Not a problem at all! Hope the week was successful for you and your team. This week is a bit tight, but how does Monday 12 PST or Tuesday 1PST work for you?
>
> Thanks,
>
> **David Eagleson**
> Director – Product

1

Exhibit 8

PLAINTIFF-003878

**From:** Stephanie Arakel <stephanie@khalifakush.com>
**Sent:** Monday, April 22, 2024 9:26 PM
**To:** David Eagleson <David.Eagleson@metrc.com>
**Subject:** Re: Metrc Retail ID Follow Up

CAUTION: This email is from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi David,

Thank you for reaching out and your patience while we navigated 420 week. I'd love to get a call and review next steps on everything we were discussing with Marcus. How is your availability the remainder of this week or early next week.

Thanks,
Steph

**Stephanie Arakel**
VP of Marketing, Khalifa Kush
818.288.4690

khalifakush.com

> On Apr 15, 2024, at 6:41 PM, David Eagleson <David.Eagleson@metrc.com> wrote:
>
> Good Evening Khalifa Kush Team,
>
> My name is David Eagleson and I'm the Director of Product at Metrc. I wanted to inform you that going forward, I'll be taking over managing aspects of the Retail ID product and it has come to my attention that you all had previously been engaging with Marcus Estes around certain deliverables for creating labels utilize our Retail ID application.
>
> I'd like to see if you'd be open for a quick intro call and discussing what open items we at Metrc owe you to ensure you can utilize our Retail ID application? I can be flexible for whenever is most convenient for you!
>
> Thanks,
>
> <Outlook-Icon Desc.png>  **David Eagleson**
> Director – Product
> **m** 443-758-4435
> metrc.com

| | |
|---|---|
| **From:** | Stephanie Arakel <stephanie@khalifakush.com> |
| **Sent:** | Monday, April 29, 2024 11:45 AM |
| **To:** | David Eagleson |
| **Cc:** | retail-id@metrc.com |
| **Subject:** | Re: Metrc Retail ID Follow Up |

CAUTION: This email is from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi David,
I need to reschedule today due to some health complications. I will be in touch when my schedule reopens.

Thank you,
Steph


**Stephanie Arakel**
VP of Marketing, Khalifa Kush
818.288.4690

khalifakush.com


> On Apr 23, 2024, at 8:50 AM, David Eagleson <David.Eagleson@metrc.com> wrote:
>
> Great, just sent an invite out for Monday!
>
> **David Eagleson**
>
> Director – Product
>
> ---
>
> **From:** Stephanie Arakel <stephanie@khalifakush.com>
> **Sent:** Monday, April 22, 2024 11:13 PM
> **To:** David Eagleson <David.Eagleson@metrc.com>
> **Subject:** Re: Metrc Retail ID Follow Up

1

Exhibit 8

PLAINTIFF-003880

> CAUTION: This email is from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Monday at 12pm would be great, thank you.

-Steph

**Stephanie Arakel**
VP of Marketing, Khalifa Kush
818.288.4690

khalifakush.com

> On Apr 22, 2024, at 6:35 PM, David Eagleson <David.Eagleson@metrc.com> wrote:
>
> Hi Stephanie,
>
> Not a problem at all! Hope the week was successful for you and your team. This week is a bit tight, but how does Monday 12 PST or Tuesday 1PST work for you?
>
> Thanks,
>
> **David Eagleson**
>
> Director – Product
>
> ---
>
> **From:** Stephanie Arakel <stephanie@khalifakush.com>
> **Sent:** Monday, April 22, 2024 9:26 PM
> **To:** David Eagleson <David.Eagleson@metrc.com>
> **Subject:** Re: Metrc Retail ID Follow Up
>
> > CAUTION: This email is from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Hi David,
>
> Thank you for reaching out and your patience while we navigated 420 week. I'd love to get a call and review next steps on everything we were discussing with Marcus. How is your availability the remainder of this week or early next week.

2

Exhibit 8

PLAINTIFF-003881

Thanks,
Steph

**Stephanie Arakel**
VP of Marketing, Khalifa Kush
818.288.4690

khalifakush.com

> On Apr 15, 2024, at 6:41 PM, David Eagleson <David.Eagleson@metrc.com> wrote:
>
> Good Evening Khalifa Kush Team,
>
> My name is David Eagleson and I'm the Director of Product at Metrc. I wanted to inform you that going forward, I'll be taking over managing aspects of the Retail ID product and it has come to my attention that you all had previously been engaging with Marcus Estes around certain deliverables for creating labels utilize our Retail ID application.
>
> I'd like to see if you'd be open for a quick intro call and discussing what open items we at Metrc owe you to ensure you can utilize our Retail ID application? I can be flexible for whenever is most convenient for you!
>
> Thanks,
>
> **David Eagleson**
>
> <Outlook-Icon Desc.png>   Director – Product
>
> **m** 443-758-4435
>
> metrc.com

3

Exhibit 8

PLAINTIFF-003882

| | |
|---|---|
| **From:** | David Eagleson |
| **Sent:** | Monday, April 29, 2024 11:48 AM |
| **To:** | Stephanie Arakel |
| **Cc:** | retail-id@metrc.com |
| **Subject:** | Re: Metrc Retail ID Follow Up |

Ok, I'm sorry to hear that and I hope all goes well on your end.

We'll be on the lookout for an update on when another time is good for you!

Thanks,

**David Eagleson**
Director — Product

**From:** Stephanie Arakel <stephanie@khalifakush.com>
**Sent:** Monday, April 29, 2024 11:44 AM
**To:** David Eagleson <David.Eagleson@metrc.com>
**Cc:** retail-id@metrc.com <retail-id@metrc.com>
**Subject:** Re: Metrc Retail ID Follow Up

CAUTION: This email is from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi David,
I need to reschedule today due to some health complications. I will be in touch when my schedule reopens.

Thank you,
Steph


**Stephanie Arakel**
VP of Marketing, Khalifa Kush
818.288.4690

khalifakush.com


> On Apr 23, 2024, at 8:50 AM, David Eagleson <David.Eagleson@metrc.com> wrote:
>
> Great, just sent an invite out for Monday!

1

Exhibit 8

PLAINTIFF-003883

**David Eagleson**
Director — Product

---

**From:** Stephanie Arakel <stephanie@khalifakush.com>
**Sent:** Monday, April 22, 2024 11:13 PM
**To:** David Eagleson <David.Eagleson@metrc.com>
**Subject:** Re: Metrc Retail ID Follow Up

CAUTION: This email is from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Monday at 12pm would be great, thank you.

-Steph

**Stephanie Arakel**
VP of Marketing, Khalifa Kush
818.288.4690

khalifakush.com

> On Apr 22, 2024, at 6:35 PM, David Eagleson <David.Eagleson@metrc.com> wrote:
>
> Hi Stephanie,
>
> Not a problem at all! Hope the week was successful for you and your team. This week is a bit tight, but how does Monday 12 PST or Tuesday 1PST work for you?
>
> Thanks,
>
> **David Eagleson**
> Director — Product
>
> ---
>
> **From:** Stephanie Arakel <stephanie@khalifakush.com>
> **Sent:** Monday, April 22, 2024 9:26 PM
> **To:** David Eagleson <David.Eagleson@metrc.com>
> **Subject:** Re: Metrc Retail ID Follow Up
>
> CAUTION: This email is from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Hi David,

Thank you for reaching out and your patience while we navigated 420 week. I'd love to get a call and review next steps on everything we were discussing with Marcus. How is your availability the remainder of this week or early next week.

Thanks,
Steph

**Stephanie Arakel**
VP of Marketing, Khalifa Kush
818.288.4690

khalifakush.com

> On Apr 15, 2024, at 6:41 PM, David Eagleson <David.Eagleson@metrc.com> wrote:
>
> Good Evening Khalifa Kush Team,
>
> My name is David Eagleson and I'm the Director of Product at Metrc. I wanted to inform you that going forward, I'll be taking over managing aspects of the Retail ID product and it has come to my attention that you all had previously been engaging with Marcus Estes around certain deliverables for creating labels utilize our Retail ID application.
>
> I'd like to see if you'd be open for a quick intro call and discussing what open items we at Metrc owe you to ensure you can utilize our Retail ID application? I can be flexible for whenever is most convenient for you!
>
> Thanks,
>
> <Outlook-Icon Desc.png>   **David Eagleson**
> Director — Product
> **m** 443-758-4435
> metrc.com

3

Exhibit 8

PLAINTIFF-003885