

Exhibit 9

DEF_000360



Exhibit 9



Exhibit 9



Exhibit 9