iMessage
2/16/24, 12:40 PM

Eric Wyld

Liked "Eric Wyld"

2/19/24, 12:28 PM

Hey friend. We are running into lots of issues while making labels. "Object error". Seems to be certain skus. Could use some assistance when you have a moment.

On it, I'll ring you ASAP. Might be in a few minutes or it may take an hour. I'll also alert Leif.

No Worries. Some are working so we are not slowing down.

Liked "No Worries. Some are working so we are not slowin…"

2/20/24, 10:27 AM

Ok, just reload the page and you're good to go

Great. Labs just emailed the COAs so we should be close to update the stacks as well. Can we link up again in an hour or two to go over that step?

Yep, how's 3pm EST?

Love it!!

4/22/24, 2:49 PM



Discovery failed
https://s.chroma.io/ZibS09p8mW6PDoWfAA

https://s.chroma.io/ZibS09p8mW6PDoWfAA => bad json: JSON Parse error: Unexpected identifier "Cannot"

  

Hey friend. It's been a minute.

For a new issue in MS





This is the error on the same box using a QR code reader

We got it!

I'm going to send you an email to unpack what just happened

Hey Eric, sounds like no one filled you in: Metrc fired me without cause.

They did it 9 days before I had a pay package coming in from the acquisition.

Worse than that, they tried forcing me to sign a document saying I wouldn't tell you or anyone one else what I saw working there. I declined that and will be speaking out across the whole industry, with support from my attorneys.

There are some good people there, but in the end I don't think you guys should be one of the few MSOs to back them on this QR code. I'll have to tell you more in person sometime.

Wow. I'm so sorry to hear that my friend. Please keep in touch. Enjoyed working with you.

Thanks man, I enjoyed working with you too.

Read 4/22/24