

Exhibit 11
DEF_000355



Exhibit 11