DocuSign Envelope ID: E1D7F0DE-55D3-4A20-8259-A19A8D4AE724

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

METRC, INC., METRC ID, LLC,

        Plaintiff,

v.

MARCUS ESTES,

        Defendant.

Case No.: 8:24-cv-01252-WFJ-CPT

AUG 12 2025 PM2:36
FILED - USDC - FLMD - TPA

## DECLARATION OF ERIC MUSHRUSH IN SUPPORT OF OPPOSITION OF DEFENDANT MARCUS ESTES, IN PRO PER, TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Eric Mushrush, declare as follows:

1.      I formerly served as the Director of New Market Operations at Wyld, a cannabis manufacturing company headquartered in Portland, Oregon. I make this declaration based on my personal knowledge, and if called to testify, I could and would competently testify to the matters set forth herein.

2.      I was approached by Metrc, LLC regarding participation in the Retail ID product.

3.      I was not directly involved in the final decision to adopt or not adopt Retail ID, nor the scope of that adoption across our organization, nor in the decision whether Wyld's name would be associated with the launch press release.

Docusign Envelope ID: E1D7F0DE-55D3-4A20-8259-A19A8D4AE724

4.     At the time in question, Retail ID had not been released as a commercial product. Pricing was not established, and no point-of-sale companies had publicly committed to integrating it. I was not the final decision maker on whether Wyld would adopt Retail ID once it had been launched and pricing had been established. That decision rested with Wyld's senior leadership team and/or governing body. My role was to provide evaluation, input, and recommendations, which were considered alongside other factors in the company's decision-making process.

5.     My company's decision in regards to the free-of-charge Retail ID pilot was made independently and was not influenced by any text messages or other communications from Marcus Estes following his departure from Metrc.

6.     Collaborating with Marcus Estes on the Retail ID pilot project was among the most rewarding experiences of my career in the cannabis industry. I continue to regard it as a significant professional achievement and highlight it on my resume

I declare under penalty of perjury under the laws of the United States of America and the State of Oregon that the foregoing is true and correct.

Dated: August 11, 2025

Signed by:

Eric Mushrush

Eric Mushrush

2

Docusign Envelope ID: E1D7F0DE-55D3-4A20-8259-A19A8D4AE724

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 11, 2025, a true and correct copy of

the foregoing has been served via email to all counsel of record registered with the

Court's CM/ECF system as follows:

>Edward B. Carlstedt
>Nicholas S. Andrews
>**FordHarrison LLP**
>401 E. Jackson Street, Suite 2500
>Tampa, FL 33602
>Tel: 813-261-7800
>Fax: 813-261-7899
>Email:    ecarlstedt@fordharrison.com
>          nandrews@fordharrison.com

Dated: August 11, 2025

Marcus Estes
1142 Grand Ave
Astoria, OR 97103
Telephone: (917) 309-5894
*Defendant In Pro Per*