## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

METRC, INC., METRC ID, LLC,

      Plaintiff,

v.

MARCUS ESTES,

      Defendant.

Case No.: 8:24-cv-01252-WFJ-CPT

AUG 12 2025 PM3:20
FILED - USDC - FLMD - TPA

### DECLARATION OF STEPHANIE ARAKEL IN SUPPORT OF OPPOSITION OF DEFENDANT MARCUS ESTES, IN PRO PER, TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Stephanie Arakel, declare as follows:

1. I am the Vice President of Marketing at Khalifa Kush, a cannabis manufacturer based in Los Angeles, California. I make this declaration based on my personal knowledge, and if called to testify, I could and would competently testify to the matters set forth herein.

2. I was approached by Metrc, LLC regarding participation in the Retail ID product. I evaluated this opportunity in my capacity as Vice President of Marketing for Khalifa Kush.

3. After reviewing the available information about Retail ID, I determined that Khalifa Kush would not participate in the product at this time. My

decision was based on factors including:

    a. My assessment that the product was not yet ready for implementation in our operations;

    b. The need for additional clarity on the product's specifications, compliance requirements, and potential business impact; and/or

    c. Our company's policy of avoiding public association with new products until we have verified their stability and alignment with our operational needs.

4.    At the time in question, Retail ID had not been released as a commercial product. Pricing was not established, and no point-of-sale companies had publicly committed to integrating it. I was not the final decision maker on whether Khalifa Kush would adopt Retail ID once it had been launched and pricing had been established. That decision rested with Khalifa Kush's senior leadership team and/or governing body. My role was to provide evaluation, input, and recommendations, which were considered alongside other factors in the company's decision-making process.

5.    My company's decision in regards to the free-of-charge Retail ID pilot was made independently and was not a result of or caused by any text messages or other communications from Marcus Estes following his departure from Metrc.

2

6.    Any communications from Marcus Estes were considered, if at all, only in the context of our broader evaluation. They were not a determining factor in the company's position on Retail ID.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: August 11, 2025

Stephanie Arakel

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 11, 2025, a true and correct copy of

the foregoing has been served via email to all counsel of record registered with the

Court's CM/ECF system as follows:

> Edward B. Carlstedt
> Nicholas S. Andrews
> **FordHarrison LLP**
> 401 E. Jackson Street, Suite 2500
> Tampa, FL 33602
> Tel: 813-261-7800
> Fax: 813-261-7899
> Email:      ecarlstedt@fordharrison.com
>              nandrews@fordharrison.com

Dated: August 11, 2025

_____
Marcus Estes
1142 Grand Ave
Astoria, OR 97103
Telephone:  (917) 309-5894
*Defendant In Pro Per*

4