# EXHIBIT A

# EXHIBIT A

## CHRONOLOGY OF PROCEDURAL HISTORY

| Date | Event/Comments | Cite/Source |
|---|---|---|
| 4/18/23- 4/9/24 | Period of Estes employment at Metrc. | Complaint, ¶ 3. |
| 5/23/24 | **Complaint (Metrc v. Estes; case no. 1252).** | D.E. 1 |
| 8/14/24 | Answer to Complaint. | D.E. 26 |
| 8/14/24 | After receiving draft of Counterclaim, Metrc advises Estes that Estes should wait on filing Counterclaim until after mediation; otherwise, no chance to settle at mediation. Metrc later states in Opposition filed 7/11/25: "**Accordingly, the parties agreed that Defendant would refrain from filing the Counterclaim until mediation occurred.**" | D.E. 52 (Opposition to Motion for Leave to file Counterclaim, ¶ 6, p. 4) |
| 11/3/24 | **In advance of mediation on 11/6/24, through counsel, Estes sends to Metrc document titled "Draft Allegations of Estes' Putative Claims." (D.E. 52-7; Ex. G). Document twice states that it is a "Complaint"** *Id.*, ¶¶ **71-72. Counsel for Estes states in a Declaration filed June 13, 2025 that in November 2024, he advised counsel for Metrc that Estes would be filing the "Draft Allegations of Estes's Putative Claims" as a Complaint in Oregon. (D.E. 47, ¶ 80).** | |
| 11/6/24 | Mediation; no settlement. | D.E. 35 |
| 4/4/25 | **Estes files Complaint against Metrc in OR district court, alleging retaliatory discharge and wrongful discharge claims under Oregon whistleblower protection statute ("OR WB Complaint").** | D.E. 1 (OR district court docket, attached hereto as Exhibit B.) |
| 4/8/25 | Metrc takes Estes deposition in case no. 1252. | |
| 4/29/25 | Metrc files motion to dismiss OR WB Complaint under "first-to-file" rule. | D.E. 8 (OR docket). |
| 5/13/25 | Counsel for Estes files Amended Answer in FL action, refers to "Counterclaim" but no text regarding Counterclaim. | D.E. 42 |

| Date | Event/Comments | Cite/Source |
|---|---|---|
| 5/15/25 | Metrc files motion in FL action (1252) for extension of time to respond to discovery propounded by Estes. (D.E. 43). Counsel for Estes complains in later Declaration that Metrc unduly delayed in providing discovery responses and documents not received until May 22, 2025. (D.E. 47). | |
| 5/23/25 | Estes files Opposition to Metrc motion to dismiss OR WB Complaint under first-to-file rule. | D.E. 15 (OR docket) |
| 6/5/25 | Metrc files Reply brief in support of motion to dismiss OR WB Complaint under first-to-file rule. | D.E. 18 (OR docket) |
| 6/9/25 | **OR district court issues Order granting Metrc motion to dismiss OR WB Complaint under "first-to-file" rule, dismissal is without prejudice.** | **D.E. 19 (OR docket)** |
| 6/13/25 | **Estes files:<br>(1) in OR action, Motion for Reconsideration of dismissal of OR WB Complaint ("Motion for Reconsideration") (D.E. 21 (OR docket)); and<br>(2) in FL action, Motion for Leave to Amend to Add as Counterclaim the OR WB Complaint, and for Extension of Pre-Trial Deadlines ("Motion for Leave to Amend"). (D.E. 45).** | |
| 6/13/25 | Discovery cut-off in FL action. | |
| 6/23/25 | Metrc files Opposition to Motion for Reconsideration. | D.E. 23 (OR docket) |
| 6/30/25 | Estes files Reply in support of Motion for Reconsideration. [OR district court later grants Motion for Reconsideration by Order dated 8/4/25. (D.E. 25 (OR docket)] | D.E. 24 (OR docket) |
| 7/11/25 | Metrc files Opposition to Motion for Leave to Amend. | D.E. 52 |
| 7/14/25 | **Court enters Order denying Motion for Leave to Amend.** | **D.E. 53** |
| 7/14/25 | Counsel for Estes files motion to withdraw. | D.E. 54 |
| 7/21/25 | Metrc files motion for partial summary judgment on Complaint in FL action. | D.E. 55 |
| 7/22/25 | Court enters order granting motion to withdraw filed by Estes's counsel. | D.E. 56 |

2

| Date | Event/Comments | Cite/Source |
|---|---|---|
| 8/4/25 | OR Court enters Order granting Motion for Reconsideration, vacating dismissal of OR WB Complaint, and transferring OR WB Complaint to this Court for adjudication. | D.E. 25 (OR docket) |
| 8/12/25 | Estes files Opposition to Metrc motion for partial summary judgment | D.E. 60 |
| 8/20/25 | Metrc files motion to consolidate new FL action based upon transfer of OR WB Complaint (case no. ending 2067) with case no. 1252, and for stay. | |
| 8/26/25 | Metrc files Reply in support of motion for partial summary judgment. | D.E. 65 |
| 8/27/25 | **Court enters Order granting motion for consolidation, and granting in part and denying in part motion to stay. Order requires parties to confer and file a joint (or separate if disputed) proposed case management schedule within 10 days.** | **D.E. 66** |
| 9/9/25-9/10/25 | Metrc and Estes file unilateral case management reports for consolidated action. | D.E. 67-69 |
| 9/17/25 | Court enters Order requiring further joint report from parties by 9/29/25 regarding pleadings in consolidated action, case management. | D.E. 70 |
| 9/19/25 | Metrc files motion to dismiss transferred and now-consolidated OR WB Complaint. Per Court's later Order of 10/16/25, this motion was mooted and ordered to be refiled after Estes filed Second Amended Answer and Counterclaim. | D.E. 71 |
| 9/29/25 | Parties file joint report with court re pleadings in consolidated action and case management. | D.E. 72 |
| 10/14/25 | **Court enters Order setting new final pre-trial conference date of 2/12/26, and jury trial for March 2026 trial term commencing 3/2/26. Joint pretrial statement due 2/5/26.** | **D.E. 73** |

3

| Date | Event/Comments | Cite/Source |
|---|---|---|
| 10/16/25 | Court enters Order "directing [Estes] to file a Second Amended Answer, adding counterclaims identical to those raised in the consolidated complaint [the OR WB Complaint]." Order then "directs [Metrc] to refile their Motion to Dismiss, now referencing the Second Amended Answer." Order sets timeframe for these filings and briefing on Metrc's refiled Motion to Dismiss. Order states that "an updated case management and scheduling order will be entered after the Court has ruled upon the refiled Motion to Dismiss." | D.E. 75 |
| 10/20/25 | Estes files Second Amended Answer and Counterclaim. | D.E. 76 |
| 10/27/25 | Metrc files Motion to Dismiss Counterclaim. | D.E. 77 |

4