## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

METRC, INC., METRC, ID LLC,

     *Plaintiffs,*         **CASE NO.: 8:24-cv-01252**

v.

MARCUS ESTES,

     *Defendant.*

_____/

### PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|
| 1. | | | | 4/1/23 Offer Letter to Estes (DEF_000143-000146) | |
| 2. | | | | 4/7/23 Asset Purchase Agreement between MCS Acquisition, LLC, Chroma Protocol Corp., and Marcus Estes (DEF_000006-000142) | |
| 3. | | | | 4/7/23 Assignment of Inventions, Non-Disclosure, Non-Competition and Non-Solicitation Agreement (Ex. 2 to Complaint) | |
| 4. | | | | 4/18/23 Domain Name Assignment Agreement (PLAINTIFF-003802-003806] | |
| 5. | | | | 9/22/23 Meeting Accept by L. Werner re Chroma Signet Metrc pilot kickoff (PLAINTIFF-003860-003861) | |

Exhibit A

| Exhibit No. | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|
| 6. | | | | 9/22/23 Meeting Accept by M. Lopez re Chroma Signet Metrc pilot kickoff (PLAINTIFF-003862-003863] | |
| 7. | | | | 1/31/24-4/6/25 Text messages between Estes and John Brown (DEF_000378-000381) | |
| 8. | | | | 2/16/24 – 4/2/24 Text messages between Estes and Eric Mushrush (DEF_000382-000383) | |
| 9. | | | | 4/2/24 Email from Taylor Coffield re Vesting (DEF_000156-000157) | |
| 10. | | | | 4/4/24 – 4/11/24 Text messages between Estes and Mark Goetz (DEF_000355-000356) | |
| 11. | | | | 4/4/24 – May 2024 Text messages between Estes and Lief Shackelford (DEF_000340-000352) | |
| 12. | | | | 4/8/24 Email re domain shifting to 1a4 Prod Timeline (PLAINTIFF-003732-003733) | |
| 13. | | | | 4/8/24 Email re domain issues with Estes (PLAINTIFF-003747-003782) | |
| 14. | | | | 4/8/24 Email re moving domains (PLAINTIFF-003732-003733) | |
| 15. | | | | 4/9/24 Termination Email from Taylor Coffield (DEF_000161) | |
| 16. | | | | 4/9/24 Email from Metrc Service Desk re return of company owned equipment (DEF_000158) | |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|
| 17. | | | | 4/10/24 Email re second chance for Estes with Eagle (PLAINTIFF-003751) | |
| 18. | | | | 4/10/24 – 5/5/24 Multiple emails re Estes declining to provide access to domains (PLAINTIFF-003747, 003750, 003752, 003767, 003770-003773, 003780-003782) | |
| 19. | | | | 4/12/24 Cease and Desist letter (DEF_000162-000176) | |
| 20. | | | | 4/15/24 Emails between David Eagleson and Stephanie Arakel re Metrc Retail ID Follow Up (PLAINTIFF- 003864-003867, 003876-003885]) | |
| 21. | | | | 4/22/24 Emails between D. Eagleson and S. Arakel re Metrc Retail ID Follow Up (PLAINTIFF-003878-003879) | |
| 22. | | | | 4/22/24 Emails re Metrc QR Code Project Meeting (PLAINTIFF-003872-003875) | |
| 23. | | | | 4/24/24 text messages between Estes and Stephanie Arkel (DEF_000360-000363) | |
| 24. | | | | 4/26/24 Cease and Desist letter (DEF_000177-000178) | |
| 25. | | | | 4/26/24 messages between Estes and Paul Botto (DEF_000357-000359) | |
| 26. | | | | 4/26/24 Letter to Estes re post-employment obligations (DEF_000177-000178) | |

Exhibit A

| Exhibit No. | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|
| 27. | | | | 4/29/24 Emails between David Eagleson and Stephanie Arakel re Metrc Retail ID Follow Up (PLAINTIFF-003883-003885) | |
| 28. | | | | 5/9/24 Cease and Desist letter (PLAINTIFF-003797-00398) | |
| 29. | | | | 5/17/24 Email re domain re-possession (PLAINTIFF-003800) | |
| 30. | | | | 6/14/24 Email re Wyld asking not to do press (PLAINTIFF-003808) | |
| 31. | | | | 6/25/24 CA Dept of Technology Standard Agreement (PLAINTIFF-003886-4069) | |
| 32. | | | | 10/31/24 Estes' Response to Plaintiff's First Set of Interrogatories | |
| 33. | | | | 4/8/25 Deposition Transcript excerpt - Marcus Estes | |
| 34. | | | | 4/28/25 Estes' First Amended Response to Plaintiff's First Set of Interrogatories | |
| 35. | | | | 5/15/25 Metrc's Amended Objections and Answers to Defendant's First Set of Interrogatories | |
| 36. | | | | 7/1/25 Declaration of Michael Johnson in Support of Summary Judgment | |
| 37. | | | | 8/11/25 Declaration of Eric Mushrush in Support of Opposition of Estes to Metric's Motion for Partial Summary Judgment | |

Exhibit A

4

| Exhibit No. | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|
| 38. | | | | 8/11/25 Declaration of Stephanie Arakel in Support of Opposition of Estes to Metrc's Motion for Partial Summary Judgment | |
| 39. | | | | Metrc's Damages Spreadsheet | |
| 40. | | | | All exhibits attached to depositions to the extent not included above | |
| 41. | | | | All exhibits listed by Plaintiff | |
| 42. | | | | Demonstrative Aids by Plaintiff | |
| 43. | | | | Demonstrative Aids by Defendant | |

Dated May \_\_\_\_, 2026

Respectfully Submitted,

By:  /s/ *Nicholas S. Andrews*
Edward B. Carlstedt
Florida Bar No. 0136972
ecarlstedt@fordharrison.com
Nicholas S. Andrews
Florida Bar No. 0105699
nandrews@fordharrison.com
**FORDHARRISON, LLP**
401 East Jackson Street, Suite 2500
Tampa, Florida 33602
Telephone (813) 261-7800
Facsimile (813) 261-7899
Attorneys for Plaintiffs

Exhibit A

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF, which will send an electronic notification of the filing to all counsel of record, and that a true and correct copy of this motion was sent via email and mail to:

Marcus Estes
1142 Grand Ave.
Astoria, Oregon 97103
Marcus.e@gmail.com

/s/ *Nicholas S. Andrews*
Attorney

WSACTIVELLP:115198939.1 - 6/3/2026 3:28 PM