**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

METRC, INC., METRC, ID LLC,

        *Plaintiffs,*           **CASE NO.: 8:24-cv-01252**

v.

MARCUS ESTES,

        *Defendant.*
_____/

**PLAINTIFFS' WITNESS LIST**

| Witness | Address | Will Call | May Call |
| --- | --- | --- | --- |
| David Eagleson | c/o FordHarrison, LLP 401 E. Jackson St., Ste 2500 Tampa, FL 33602 | X | |
| James Daley | 242 Lion Heart Ln Maggie Valley, NC 28751 | | |
| Mark Goetz | 6255 S Oneida Way Centennial, CO 80111 | X | |
| John Brown | c/o Holistic Industries 9220 Alaking Ct, Capitol Heights, MD 20743 | | X |
| Eric Mushrush | c/o Wyld 11773 S.E. Hwy. 212, Suite 113 Clackamas, OR 97015 | | X |
| Stephanie Arakel | c/o Khalifa Kush (a/k/a KKE Brands, LLC) 13456 Beach Ave. Marina del Rey, CA 90292 | | X |
| Taylor Coffield | 4015 Oxford Park Ln, Cumming, GA 30040 | | X |
| Leif Shackleford | c/o FordHarrison, LLP 401 E. Jackson St., Ste. 2500 Tampa, FL 33602 | | X |
| Sam Peterson | 460 Palmwood Ln, Key Biscayne, FL 33149 | | X |

Exhibit B

| Marcus Estes | 1142 Grand Ave Astoria, Oregon 97103 | | X |
|---|---|---|---|
| Records custodians for all documents listed in Plaintiffs' and/or Defendant's Exhibit Lists | | | X |
| Rebuttal Witnesses | | | X |
| Impeachment Witnesses | | | X |
| Witnesses listed by Defendant on his Trial Witness List, subject to Plaintiffs' objections thereto | | | X |

DATED this _____ day of ____, 2026.

FORDHARRISON LLP

By:    /s/ *Nicholas S. Andrews*
        Edward B. Carlstedt
        Florida Bar No. 0136972
        ecarlstedt@fordharrison.com
        Nicholas S. Andrews
        Florida Bar No. 0105699
        nandrews@fordharrison.com
        FordHarrison LLP
        401 East Jackson Street, Suite 2500
        Tampa, Florida 33602
        Telephone (813) 261-7800
        Facsimile (813) 261-7899
        Attorneys for Plaintiffs

2

Exhibit B

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 3, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF, which will send an electronic notification of the filing to all counsel of record, and that a true and correct copy of this motion was sent via email and mail to:

Marcus Estes
1142 Grand Ave.
Astoria, Oregon 97103
Marcus.e@gmail.com

/s/  *Nicholas S. Andrews*
Attorney

Exhibit B