<u>**Exhibit E**</u>
Plaintiffs' Damages Calculations
Metrc, LLD and Metrc ID, LLC v. Estes

## 1. Overview

Metrc seeks damages arising from Estes' breach of the parties' non-solicitation agreement and tortious interference with Metrc's advantageous business relationships with Holistic and Wyld and prospective business relationship with Khalifa Kush.

Metrc's damages arise from Estes' intentional and wrongful interference with two active prospective customer relationships during Metrc's pilot program for Retail ID. At the time of Estes' interference, Holistic and Wyld were already participating in the pilot, and Khalifa Kush was in talks to begin participation. Estes then communicated with one or more representatives of those customers and prospective customer and made negative statements concerning Metrc's product (specifically, Retail ID), character, business, capabilities, or suitability for adoption. Following Estes' interference, Wyld and Holistic reduced their engagement with Retail ID, and Khalifa Kush declined or failed to engage in the Retail ID pilot at all.

Metrc will prove that, but for Estes' wrongful conduct, there was a reasonable probability that Metrc would have continued and expanded Retail ID adoption with Wyld and Holistic, and commenced the pilot relationship with Khalifa Kush.

Early adopters are integral to the adoption of any new and innovative product.  Early adopters of technologies comprise approximately 13.5% of the mainstream market base, and their use of new technologies is critical to obtaining future technological adoption across a wider swathe of the consumer base. For this reason, it was critical that Metrc ensure partnerships with its early adopters, and that it be able to market its successes with these partners.

Metrc will further prove that its pilot relationships with Wyld, Holistic and Khalifa Kush were designed and intended to generate commercial customer relationships as well to further the adoption of Retail ID, allowing Metrc to monetize its contract with California's Department of Cannabis control.

1

Exhibit C

**<u>Exhibit E</u>**
Plaintiffs' Damages Calculations
Metrc, LLD and Metrc ID, LLC v. Estes

Because the relationships at issue were pilot-stage opportunities, Metrc's damages are not limited to amounts already invoiced. The absence of immediate pilot revenue does not eliminate the economic value of the relationships Estes disrupted. Pilot programs are a customary and commercially meaningful step in Metrc's sales process, and the purpose of the pilots was to obtain sufficient market adoption and eventually convert qualified prospective customers into paying customers. Tortious-interference damages may include lost contracts, lost profits, and other economic harm when adequately supported by the evidence.

Metrc presently discloses the following categories of damages, subject to supplementation based trial evidence and rulings of the Court.

### 2. Lost Profits / Lost Customer Revenue

Metrc seeks lost profits caused by Estes' interference with Metrc's advantageous business relationships with Wyld and Holistic, and prospective business relationship with Khalifa Kush. These damages include the profits Metrc reasonably expected to earn had the pilots proceeded in the ordinary course and either: (1) allowed sufficient early adoption for Metrc to monetize Retail ID through its Department of Cannabis Control contract, or (2) converted into paid customer relationships.

Metrc expects to prove these damages through evidence including, without limitation:

1. Communications with Holistic, Wyld, and Khalifa Kush before and after Estes' interference;

2. The stage of each customer relationship at the time of interference;

3. Anticipated contract value, usage level, and expansion opportunities;

4. Contracts with the Department of Cannabis Control discussing prospective monetization;

5. Documents evidencing the number of unit transfers within the California cannabis market during the relevant time period; and

Exhibit C

**Exhibit E**
Plaintiffs' Damages Calculations
Metrc, LLD and Metrc ID, LLC v. Estes

6.      Testimony from Metrc's officers and financial personnel;

**3. Lost Profits (Inability to Monetize Retail ID) Attributable to Interference with pilot partners Wyld, Holistic, and Khalifa Kush**

From May 2024 through April 2025, there were 238,720,098 units eligible for Retail ID monetization in California.

238,720,098 units available x $.025 contract rate per Retail ID tag order (per DCC contract) = $5,968,002.45 in unrealized revenue.

The Department of Cannabis control receives a blended SaaS/consumable rebate of $200,000 per 15,000,000 Retail ID Tags ordered.  The total rebate is calculated by taking the total number of Retail ID Tags ordered and dividing that number by 15,000,000, rounding the resulting number down to the nearest whole number, and then multiplying that number by $200,000.

Rebate calculation:  238,720,098 units available/15,000,000 Tags Ordered = 15.91.  Rounded down this equals 15.

13 x $200,000 rebate multiplier = $3,000,000.

$5,968,002.45 - $3,000,000 = $2,968,002.45 lost profits.

 The total rebate during this twelve-month period was $3,000,000.  After applying the rebate, Metrc's lost profits were $2,968,002.45.

**Total estimated lost profits / lost customer revenue: $2,968,002.45**

**4.      Loss of Business Opportunity / Loss of Chance of Conversion**

Alternatively, if the Court or jury determines that Metrc's expected profits cannot be calculated with sufficient precision, Metrc seeks damages measured by the lost value of the prospective business opportunities, including the lost probability of converting the pilot relationships into paid customer relationships.

3

Exhibit C

**Exhibit E**
Plaintiffs' Damages Calculations
Metrc, LLD and Metrc ID, LLC v. Estes

Thus, Metrc seeks damages for the loss or impairment of identifiable business opportunities with Wyld and Khalifa Kush. Estes' interference with Wyld and Khalifa Kush diminished Metrc's opportunity to obtain product validation, secure customer feedback, convert the customers into paid accounts, and use the customers as reference accounts for future Retail ID adoption and monetization.

The damages for these lost opportunities may be calculated by assigning a reasonable economic value to each prospective customer relationship and applying a probability factor reflecting the likelihood of conversion absent Estes's wrongful conduct. This approach is particularly appropriate where, as here, the opportunity had measurable commercial value even though the pilot itself was free.

Metrc expects to rely on evidence including:

1.  the maturity of each customer opportunity at the time of interference;

2.  the customer's expressed interest before Estes' communications;

3.  the customers' conduct after Estes' communications;

4.  Evidence of difficulty in obtaining alternative pilot opportunities;

5.  Expected duration of the customer relationship;

6.  Expected monetization amounts;

7.  market value of comparable customer accounts;

8.  customer lifetime value; and

9.  expected renewal, expansion, referral, or reference value.

Metrc presently estimates these damages as follows:

4

Exhibit C

**Exhibit E**
Plaintiffs' Damages Calculations
Metrc, LLD and Metrc ID, LLC v. Estes

| Wyld | |
|---|---|
| Opportunity Value | **$500,000[1]** |
| Probability of Conversion Before Interference | **75%** |
| Probability of Conversion After Interference | **50%** |
| Difference Attributable to Estes | **$125,000** |

| Khalifa Kush | |
|---|---|
| Opportunity Value | **$100,000[2]** |
| Probability of Conversion Before Interference | **75%** |
| Probability of Conversion After Interference | **0%** |
| Difference Attributable to Estes | **$75,000** |

**Total estimated lost opportunity damages: $200,000.**

**5.    Reputational, Reference, and Market-Validation Harm**

Metrc seeks damages for the loss of customer reference value, market validation, testimonial value, and reputational benefit associated with successful pilot relationships involving Wyld, Holistic and Khalifa Kush.

---

[1] Assuming conservative estimate of 20,000,000 units tagged with Retail ID in expanded markets that were discussed but ultimately never executed with Wyld.

[2] Assuming conservative estimate of 4,000,000 units tagged with Retail ID in expanded markets during relationship lifetime.

5

Exhibit C

**Exhibit E**
Plaintiffs' Damages Calculations
Metrc, LLD and Metrc ID, LLC v. Estes

Metrc's pilot program was intended not only to convert individual prospects as early adopters but also to generate customer proof points that Metrc could use in future sales efforts.

Estes's interference impaired Metrc's ability to use Wyld and Khalifa Kush as successful pilot references reduced customer confidence and harmed Metrc's ability to demonstrate market adoption. Metrc will present evidence of this harm through testimony and customer communications and actions, including Wyld's request not to be associated with Retail ID in any press releases.

Metrc presently estimates these damages as $100,000, or in an amount to be determined by the trier of fact based on the evidence presented at trial.

## 6. Nominal Damages

If the trier of fact finds that Estes breached the non-solicitation agreement or tortiously interfered with Metrc's prospective business relationships, but further finds that Metrc's compensatory damages cannot be calculated with sufficient certainty, Metrc seeks nominal damages in an amount permitted by law.

Metrc includes nominal damages to preserve its contractual and tort claims and to support any associated equitable, declaratory, fee-shifting, or other relief available under the governing law and the parties' agreement.

## 7. Punitive / Exemplary Damages,

Metrc seeks punitive or exemplary damages to the extent permitted by applicable law. Metrc contends that Estes' conduct was intentional, malicious, willful, and undertaken with knowledge that it would harm Metrc's existing and prospective customer relationships. Metrc further contends that Estes acted despite contractual obligations prohibiting solicitation, interference, or related conduct.

Metrc will seek punitive or exemplary damages in an amount to be determined by the trier of fact.

Exhibit C

**Exhibit E**
Plaintiffs' Damages Calculations
Metrc, LLD and Metrc ID, LLC v. Estes

## 8. Attorneys' Fees, Costs, and Interest

Metrc seeks an award of attorneys' fees, litigation expenses, taxable costs, pre-judgment interest, and post-judgment interest to the extent permitted by contract, statute, rule, or applicable law.

Metrc's claim for attorneys' fees is based on Florida Statute, 542.335(1)(k). Metrc will submit evidence of fees and costs at the appropriate time, including billing records, testimony, declarations, or other proof required by the Court.

## 9. Current Damages Summary

Subject to supplementation, Metrc currently discloses the following damages:

| Category | Amount |
|---|---|
| Lost profits / lost customer revenue | $2,968,002.45 |
| Lost business opportunity / loss of chance of conversion | $200,000 |
| Reputational, reference, and market-validation harm | $100,000 |
| Nominal damages | As permitted by law |
| Punitive / exemplary damages, if available | $50,000 |
| Attorneys' fees, costs, and interest | TBD |

**Total damages presently claimed, excluding attorneys' fees, costs, interest, and punitive or exemplary damages: $3,318,002.45**

Exhibit C

**Exhibit E**
Plaintiffs' Damages Calculations
Metrc, LLD and Metrc ID, LLC v. Estes

## 10. Reservation of Rights

Metrc reserves the right to supplement, amend, or refine this damages disclosure based on trial testimony, documentary evidence, motions in limine, rulings of the Court, and evidence admitted at trial.

Metrc further reserves the right to present damages in the alternative, including lost profits, lost business opportunity, wasted expenditures, reliance damages, nominal damages, disgorgement, punitive or exemplary damages, attorneys' fees, costs, and interest, to the extent permitted by law and the evidence.

Metrc does not seek duplicative recovery. To the extent multiple damages theories compensate for the same injury, Metrc will elect or accept the measure of damages permitted by law and supported by the verdict.