**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

|  |  |
|---|---|
| METRC, INC. and METRC ID, LLC<br><br>Plaintiffs,<br><br>v.<br><br>MARCUS ESTES,<br><br>Defendant. | Case Nos.: 8:24-cv-01252-WFJ-CPT |

**PLAINTIFFS METRC, INC. AND METRC ID, LLC'S**
**DEPOSITION DESIGNATIONS**

Plaintiffs Metrc, Inc. and Metrc ID, LLC (collectively, "Metrc"), by and through their undersigned counsel, files and submits these deposition designations in connection with their pre-trial statement. The following designations are for the April 8, 2025, deposition excerpts of Defendant, Marcus Estes, which may be offered by Metrc at trial:

| Page | Line |
|---|---|
| 5 | 16-18 |
| 22 | 11-25 |
| 23 | Entire page |
| 24 | 1-4 |
| 28 | 5-21 |
| 29 | 19-25 |
| 30 | 1-3 |
| 36 | 5-10 |
| 37 | 14-21 |
| 39 | 23-25 |
| 40-41 | Entire pages |
| 42 | 1-5 |
| 44 | 6-16; 23-25 |

| Page | Line |
|---|---|
| 45 | Entire page |
| 46 | 1-16 |
| 47 | 9-23 |
| 48 | 4-14 |
| 49 | 20-25 |
| 50 | Entire page |
| 51 | 1-4 |
| 53 | 8-12 |
| 55 | 21-25 |
| 56-58 | Entire pages |
| 59 | 1-2 |
| 60 | 25 |
| 61 | Entire page |
| 62 | 1-20 |
| 69 | 21-25 |
| 70 | 1-18 |
| 134 | 1-8 |
| 169 | 14-25 |
| 170 | 1-18 |
| 230 | 11-23 |
| 232 | 20-25 |
| 233 | Entire page |
| 234 | 1-9 |
| 235 | 4-10 |
| 237 | 3-15; 21-25 |
| 238 | 1-10 |
| 239 | 3-25 |
| 240 | Entire page |
| 241 | 1-3 |
| 243 | 9-25 |
| 244 | 1-24 |
| 249 | 8-21 |
| 250 | 3-7 |
| 251 | 19-25 |
| 252 | 1-5 |
| 258 | 6-9 |
| 261 | 22-25 |
| 262 | 1-13 |
| 269 | 5-18 |
| 270 | 23-25 |

| Page | Line |
|------|------|
| 271-272 | Entire pages |

Dated __June 3, 2026_____

FORDHARRISON LLP

By:     /s/ *Nicholas S. Andrews*
        Edward B. Carlstedt
        Florida Bar No. 0136972
        ecarlstedt@fordharrison.com
        Nicholas S. Andrews
        Florida Bar No. 0105699
        nandrews@fordharrison.com
        FordHarrison LLP
        401 East Jackson Street, Suite 2500
        Tampa, Florida 33602
        Telephone (813) 261-7800
        Facsimile (813) 261-7899
        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF, which will send an electronic notification of the filing to all counsel of record, and that a true and correct copy of was sent via email and mail to:

Marcus Estes
1142 Grand Ave.
Astoria, Oregon 97103
Marcus.e@gmail.com

/s/  Nicholas S. Andrews
Attorney