June 4, 2026

Clerk of Court
United States District Court
Middle District of Florida, Tampa Division
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Tampa, FL 33602

**Re:** *Metrc, Inc. and Metrc ID, LLC v. Marcus Estes,*
   Case No. 8:24-cv-01252-WFJ-CPT

Dear Clerk:

Enclosed for filing in the above-captioned action is Defendant Marcus Estes's Pretrial Statement, together with the following attachments:

   Exhibit "A" - Defendant's Objections to Plaintiffs' Exhibit List
   Exhibit "B" - Defendant's Exhibit List
   Exhibit "C" - Defendant's Objections to Plaintiffs' Witness List
   Exhibit "D" - Defendant's Witness List
   Exhibit "F" - Defendant's Objections to Plaintiffs' Deposition Designations and
   Defendant's Counter-Designations

Defendant respectfully advises the Court that this Pretrial Statement is submitted one day after the June 3, 2026 deadline. Defendant was unable to complete and transmit the filing within the Clerk's filing window on June 3, 2026, and submits it the following day. Defendant respectfully requests that the Court accept this filing notwithstanding the one-day delay, and apologizes for any inconvenience to the Court and to Plaintiffs.

Defendant is proceeding pro se. Consistent with the Court's Order to Show Cause dated February 13, 2026 (D.E. 88), the Pretrial Statement bears the notice "Prepared with the Assistance of Counsel" and includes a certification regarding counsel assistance.

A copy of the foregoing has been served on counsel of record for Plaintiffs by email and U.S. mail.

Respectfully submitted,

_____
Marcus Estes, Pro se
1142 Grand Ave.
Astoria, Oregon 97103
Telephone: (917) 309-5894
Marcus.e@gmail.com