IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

METRC, INC. and METRC ID, LLC,
     Plaintiffs,

v.

MARCUS ESTES,
     Defendant.

CASE NO.: 8:24-cv-01252-WFJ-CPT

_____/

## EXHIBIT "C" : DEFENDANT'S OBJECTIONS TO PLAINTIFFS' WITNESS LIST

Defendant does not object to the listed fact witnesses appearing at trial to the extent their testimony is relevant to the issues remaining for trial: Count II as to Holistic; the amount of damages, if any, on Count II as to Wyld and Khalifa Kush; and Count III (tortious interference) liability, damages, and punitive damages. Defendant's specific objections are noted below, and Defendant reserves all objections to the relevance, scope, foundation, and admissibility of specific testimony, to be raised at trial or by motion in limine.

| Plaintiffs' witness | Defendant's objection |
|---|---|
| David Eagleson | No objection to appearance. Object to testimony concerning the collateral post-termination domain dispute (Fed. R. Evid. 401, 403); reserve scope and foundation. |
| James Daley | No objection. |
| Mark Goetz | No objection. |
| John Brown | No objection (also on Defendant's witness list). |
| Eric Mushrush | No objection (also on Defendant's witness list). |
| Stephanie Arakel | No objection (also on Defendant's witness list). |
| Taylor Coffield | No objection to appearance; reserve scope and foundation objections. |
| Leif Shackleford | Object to the extent his testimony concerns the collateral post-termination domain dispute (Fed. R. Evid. 401, 403), consistent with Defendant's objections to the domain-dispute exhibits and deposition designations. Otherwise no objection. |
| Sam Peterson | No objection to appearance; reserve scope and foundation objections. |
| Marcus Estes | No objection. |

| Plaintiffs' witness | Defendant's objection |
| --- | --- |
| Records custodians (for documents on either party's exhibit list) | No objection to authentication of admissible documents. Object to the use of a custodian to admit documents that are independently inadmissible, in particular the Johnson summary-judgment declaration (Pl. Ex. 37) and Metrc's damages spreadsheet (Pl. Ex. 40), for the reasons stated in Defendant's exhibit objections. |
| Rebuttal witnesses | Object to the extent offered to call any witness not timely disclosed under Fed. R. Civ. P. 26; reserve. |
| Impeachment witnesses | Object to the extent offered to call any witness not timely disclosed under Fed. R. Civ. P. 26; reserve. |
| Witnesses listed by Defendant | No objection (these are Defendant's witnesses). |

Defendant further objects to any attempt, through any listed category, to call a witness not timely disclosed under Fed. R. Civ. P. 26, and reserves the right to object to specific testimony at trial.

Dated: June 4, 2026.

Marcus Estes, Pro se