IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

METRC, INC. and METRC ID, LLC,
     Plaintiffs,

v.

MARCUS ESTES,
     Defendant.

CASE NO.: 8:24-cv-01252-WFJ-CPT

_____/

## EXHIBIT "D" : DEFENDANT'S WITNESS LIST

| Witness | Address | Will Call | May Call |
|---|---|---|---|
| Marcus Estes | 1142 Grand Ave., Astoria, OR 97103 | X | |
| John Brown | c/o Holistic Industries, 9220 Alaking Ct, Capitol Heights, MD 20743 | | X |
| Eric Mushrush | c/o Wyld, 11773 S.E. Hwy. 212, Ste 113, Clackamas, OR 97015 | | X |
| Stephanie Arakel | c/o Khalifa Kush (KKE Brands, LLC), 13456 Beach Ave., Marina del Rey, CA 90292 | | X |
| Mark Goetz | 6255 S Oneida Way, Centennial, CO 80111 | | X |
| David Eagleson | c/o FordHarrison LLP, 401 E. Jackson St., Ste 2500, Tampa, FL 33602 | | X |
| James Daley | 242 Lion Heart Ln, Maggie Valley, NC 28751 | | X |
| Michael Johnson | c/o FordHarrison LLP, 401 E. Jackson St., Ste 2500, Tampa, FL 33602 | | X |
| Taylor Coffield | 4015 Oxford Park Ln, Cumming, GA 30040 | | X |
| Sam Peterson | 460 Palmwood Ln, Key Biscayne, FL 33149 | | X |
| Jesse Naranjo | c/o FordHarrison LLP, 401 E. Jackson St., Ste 2500, Tampa, FL 33602 | | X |
| Elliott Lewis | c/o HNHPC, Inc. dba Catalyst Cannabis Company | X | |
| Leif Shackleford | 11939 NE Davis St, Portland, OR 97220 | | X |
| Records custodians for documents on either | | | X |

| Witness | Address | Will Call | May Call |
|---|---|---|---|
| party's exhibit list | | | |
| Rebuttal witnesses | | | X |
| Impeachment witnesses | | | X |
| Any witness listed by Plaintiffs | | | X |

Dated: June 4, 2026.

Marcus Estes, Pro se