June 8, 2026

Clerk of Court
United States District Court
Middle District of Florida, Tampa Division
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Tampa, FL 33602

**Re:** *Metrc, Inc. and Metrc ID, LLC v. Marcus Estes,*
     Case No. 8:24-cv-01252-WFJ-CPT

Dear Clerk:

Enclosed for filing in the above-captioned action is Defendant Marcus Estes's Response in Opposition to Plaintiffs' Omnibus Motion in Limine (D.E. 95).

Plaintiffs filed their Omnibus Motion in Limine on June 3, 2026 (D.E. 95). This Response is filed within the time allowed for a response under the Local Rules.

Defendant is proceeding pro se. Consistent with the Court's Order to Show Cause dated February 13, 2026 (D.E. 88), the Response includes a certification regarding counsel assistance and the use of generative artificial intelligence. No counsel drafted, revised, reviewed, or directed the content of this filing; accordingly, the notice "Prepared with the Assistance of Counsel" is not required.

As stated in that certification, this Response was prepared by Defendant and was physically transmitted to the Clerk for filing by a member of the staff of Greenberg Gross LLP as a clerical accommodation only. Greenberg Gross LLP does not represent Defendant in this action and did not draft, revise, review, edit, or otherwise contribute to the content of this filing.

A copy of the foregoing has been served on counsel of record for Plaintiffs by email.


Respectfully submitted,

_____

Marcus Estes, Pro se
1142 Grand Ave.
Astoria, Oregon 97103
Telephone: (917) 309-5894
Marcus.e@gmail.com