**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CLERK'S MINUTES**

| CASE NO.:   8:24-cv-1252-WFJ-CPT | DATE:   June 9, 2026 | |
|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | |
| **METRC, INC. et al,**<br><br>    **Plaintiff**<br><br>**v.** | **PLAINTIFF COUNSEL**<br>Edward Carlstedt | |
| **MARCUS ESTES**<br><br>    **Defendant** | **DEFENDANT COUNSEL**<br>Pro Se | |
| **COURT REPORTER:** Tana Hess | **DEPUTY CLERK:** | Gabriella Lobaina |
| **TIME:**  9:19 AM – 9:52 AM<br>**TOTAL:**  33 Minutes | **COURTROOM:** | 15B |

**PROCEEDINGS:**    FINAL PRETRIAL CONFERENCE

Court in session. Counsel identified for the record.

The Court discusses with the parties regarding trial posture, pretrial statements, and Motions in Limine (dkt. 95).

Jury Trial (date certain) to commence Monday, July 27, 2026, at 9:00AM.

Expected trial length 2 – 3 days.

Counsel to confer and submit joint pre-opening and closing jury instructions by June 23, 2026.

Pretrial filings due by June 23, 2026.

Court adjourned.