**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

METRC, INC. and METRC ID, LLC

Plaintiffs,

v.

MARCUS ESTES,

Defendant.

Case Nos.:  8:24-cv-01252-WFJ-CPT

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN
SUPPORT OF ITS OMNIBUS MOTION IN LIMINE
AND INCORPORATED MEMORANDUM OF LAW**

Plaintiffs Metrc, Inc. and Metrc ID, LLC (collectively, "Metrc") pursuant to Local Rule 3.01(e), move for leave to file a limited reply in support of their Omnibus Motion in Limine [DE 95] ("Motion"), and state:

1.      On June 3, 2026, Metrc filed their Omnibus Motion in Limine, arguing that any evidence related to Defend Marcus Estes's ("Estes") whistleblower and wrongful-discharge claims be barred from trial as such claims have already been dismissed. Estes filed his Response in Opposition on June 8, 2026. [DE 99.]

2.      In his Response, Estes asserted, for the first time, a "justification" defense – arguing that his subjective beliefs, purpose, and intent should be presented as evidence at trial. Resp. pg. 2.

1

3. Defendant's Response does not merely address the evidence Plaintiffs seek to bar at trial, but introduces new defense and theories not contained in previous motions or pleadings.

4. A limited reply is necessary to address these new matters, and Metrc will also be filing a separate motion to strike/exclude evidence on this new, untimely defense theory.

5. Plaintiffs therefore seek leave to file a reply not exceeding ten (10) pages in support of its Omnibus Motion in Limine to clarify the scope of admissible evidence at trial. The requested reply will assist the Court in resolving the Motion and ensure that the issues are properly framed.

## MEMORANDUM OF LAW

"The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court." *Weiss v. AT&T Inc.*, No. 6:23-cv-120-WWB-EJK, 2023 WL 3092631, at *1 (M.D. Fla. Apr. 26, 2023) (internal quotation marks omitted). Courts grant leave where a reply will aid the Court's resolution of the pending motion. *Id.*

Good cause exists here. Defendant's Response introduces new defenses and expanded theories regarding his subjective state of mind. A reply will assist the Court by addressing Defendant's improper attempt to supplement his defense posture through briefing, explaining why those new defenses cannot be considered at this late stage, and demonstrating that Estes's new justifications should not be admissible.

2

Without a reply, these new matters would remain unaddressed and risk obscuring the proper analysis. Accordingly, Metrc respectfully requests leave to file a limited reply not to exceed ten (10) pages.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that counsel conferred with Defendant (*Pro Se*) regarding the relief requested in this motion, and Defendant does not oppose the relief sought herein, on the condition that he is permitted to file a sur-reply of equal length.

FORDHARRISON LLP

By:   /s/ *Nicholas S. Andrews*
      Edward B. Carlstedt
      Florida Bar No. 0136972
      ecarlstedt@fordharrison.com
      Nicholas S. Andrews
      Florida Bar No. 0105699
      nandrews@fordharrison.com
      FordHarrison LLP
      401 East Jackson Street, Suite 2500
      Tampa, Florida 33602
      Telephone (813) 261-7800
      Facsimile (813) 261-7899
      Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 18, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF, which will send an electronic notification of the filing to all counsel of record, and that a true and correct copy of this motion was sent via email and mail to:

Marcus Estes
1142 Grand Ave.
Astoria, Oregon 97103
Marcus.e@gmail.com

/s/  *Nicholas S. Andrews*
Attorney

4