**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**METRC, INC.** and **METRC ID, LLC**,

    Plaintiffs,

v.                                           Case No. 8:24-cv-01252-WFJ-CPT

**MARCUS ESTES**,

    Defendant.

_____/

## OMNIBUS ORDER

Before the Court is the parties' Joint Stipulation Regarding Resolution of Remining Claims, Attorney's Fees, and Costs. Dkt. 120. Upon review of the Stipulation and the record, the Court approves the parties' agreement. Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1. The Joint Stipulation Regarding Resolution of Remining Claims, Attorney's Fees, and Costs, Dkt. 120, is **APPROVED**.

2. The Court's Rule 54(b) Final Judgment on Count I (breach of contract as to the Offer Letter Agreement) remains in full force and effect.

3. The Court's determination of liability under Count II (breach as to the Non-Solicitation Agreement) concerning Wyld and Khalifa Kush, together with the injunctive relief previously entered under Count II, remains in full force and effect.

4. The unresolved portions of Count II (breach of contract as to the Non-Solicitation Agreement) concerning: (a) monetary damages as to Wyld and Khalifa Kush, (b) claims regarding Holistic, and (c) any request for additional relief, are **DISMISSED with prejudice**.

5. Count III (tortious interference with business relationships) is **DISMISSED with prejudice**.

6. Each party shall bear its own attorneys' fees, taxable costs, nontaxable costs, expert witness fees, litigation expenses, and all other costs incurred in this action, consistent with the parties' mutual waivers set forth in the Stipulation.

7. No claims remain pending before this Court. The Clerk is **DIRECTED** to terminate all pending motions and close this case, subject to the continuing enforceability of the Final Judgment as to Count I and the preserved injunctive relief under Count II.

**DONE AND ORDERED** at Tampa, Florida, on July 22, 2026.

*/s/ William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO:**
Counsel of Record

2